**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (if known) _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Superior Linen, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Superior Linen and Laundry Services |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-1719434 |
| 4. | Debtor's address | **Principal place of business**<br><br>**4501 Mitchell St.**<br>**North Las Vegas, NV 89081**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.superiorlinenlv.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor **Superior Linen, LLC**  
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____  
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____  
District _____ When _____ Case number, if known _____

Debtor  **Superior Linen, LLC**                                              Case number (if known) _____
        Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion



Debtor **Superior Linen, LLC**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 30, 2016**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Robert E. Smith**
Printed name

Title **Chief Financial Officer**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date **September 30, 2016**
MM / DD / YYYY

**Matthew C. Zirzow**
Printed name

**LARSON & ZIRZOW, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone **(702) 382-1170**     Email address **mzirzow@lzlawnv.com**

**7222**
Bar number and State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 4

**Fill in this information to identify the case:**

Debtor name  **Superior Linen, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 30, 2016**    X  _/s/ signature_
Signature of individual signing on behalf of debtor

**Robert E. Smith**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Superior Linen, LLC
United States Bankruptcy Court for the: DISTRICT OF NEVADA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Baltic Linen<br>Attn: Managing Member<br>1999 Marcus Ave<br>Suite 220<br>Lake Success, NY 11040-5485 | | Vendor | | | | $922,348.94 |
| The Laundry List<br>Attn: Managing Member<br>4525 Sherman Oaks Ave<br>Sherman Oaks, CA 91403 | | Vendor | | | | $307,160.24 |
| Shimmer Clothing Company<br>Attn: Managing Member<br>4500 Dunham Street<br>Commerce, CA 90040 | | Vendor | | | | $128,702.10 |
| Parallon<br>Attn: Managing Member<br>2360 Corporate Circle #225<br>Henderson, NV 89074 | | Services | | | | $124,162.56 |
| United Cleaners Supply, Inc<br>Attn: Managing Member<br>PO Box 90521<br>Henderson, NV 89009-0521 | | Vendor | | | | $100,290.96 |

Debtor  **Superior Linen, LLC**               Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Ecolab<br>Attn: Managing Member<br>PO Box 100512<br>Pasadena, CA 91189-0512 | | Services | | | | $78,365.25 |
| Venus Group<br>Attn: Managing Member<br>25861 Wright Street<br>Foothill Ranch, CA 92610 | | Vendor | | | | $73,280.15 |
| City of North Las Vegas - 3460-06-0<br>Attn: Managing Member<br>Dept P.O. Box 360118<br>N. Las Vegas, NV 89036-118 | | Services | | | | $70,323.49 |
| City of North Las Vegas<br>Attn: Managing Member<br>2250 Las Vegas Blvd<br>N. North Las Vegas, NV 89030 | | Services | | | | $58,873.89 |
| Nevada Department of Taxation<br>Attn: Managing Member<br>555 E Washington Ave<br>Ste 1300 Las Vegas, NV 89101 | | Taxes | | | | $45,355.88 |
| AmTrust<br>Attn: Managing Member<br>P.O. Box 6939<br>Cleveland, OH 44101-1939 | | Services | | | | $44,326.00 |
| Icon Pac Nevada Owner Pool 3 Nevada<br>Attn: Managing Member<br>P.O. Box 843977<br>Los Angeles, CA 90084-3977 | | Services | | | | $39,020.90 |

Debtor  **Superior Linen, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Snell & Wilmer<br>Attn: Managing Member<br>1200 Seventeenth Street Suite 1900<br>Tabor Center<br>Denver, CO 80202 | | Services | | | | $37,662.00 |
| NV Energy<br>Attn: Managing Member<br>PO Box 30086<br>Reno, NV 89520-3086 | | Services | | | | $34,009.38 |
| Southwest Gas Corporation<br>Attn: Managing Member<br>PO Box 98890<br>Las Vegas, NV 89150 | | Services | | | | $33,875.86 |
| Health Plan of Nevada<br>Attn: Managing Member<br>PO Box 749546<br>Los Angeles, CA 90074-9546 | | Services | | | | $32,363.35 |
| Lovato Law Firm, P.C.<br>Attn: Managing Member<br>7465 W. Lake Mead Blvd, Suite 100<br>Las Vegas, NV 89128 | | Services | | | | $31,922.11 |
| Bedspreads Inc<br>Attn: Managing Member<br>P.O. Box 28677<br>Las Vegas, NV 89126 | | Vendor | | | | $27,589.26 |
| Bradshaw, Smith & Co., LLP<br>Attn: Managing Member<br>5851 West Charleston<br>Las Vegas, NV 89146 | | Services | | | | $27,163.79 |

Debtor  **Superior Linen, LLC**  
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Century Link <br> Attn: Managing Member <br> PO Box 4786 <br> Monroe, LA 71211-4786 | | Services | | | | $23,102.33 |

# WRITTEN CONSENT OF THE REQUIRED MEMBERS CONSENT OF SUPERIOR LINEN, LLC, a Nevada limited liability company

The undersigned, being the Required Members Consent (the "Board") of SUPERIOR LINEN, LLC, a Nevada limited liability company (the "Company"), pursuant to the Sixth Amended and Restated Operating Agreement of the Company, hereby approve and adopt the following resolutions effective as of September 30, 2016:

RESOLVED, that in the Judgment of the Board it is desirable and in the best interests of the Company and its creditors, shareholders and other interested parties that a voluntary petition for relief be filed under the provisions of chapter 11 of title 11 of the United States Code, and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings;

RESOLVED, that ROBERT E. SMITH, the Chief Financial Officer of the Company (the "Authorized Person") shall be authorized, empowered and directed, in the name, and on behalf of the Company, to execute and verify a bankruptcy petition and amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine;

BE IT FURTHER RESOLVED that ROBERT E. SMITH (the "Responsible Person") shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case;

BE IT FURTHER RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case as general reorganization counsel as subject to any requisite bankruptcy court approval;

BE IT FURTHER RESOLVED that the Responsible Person, and such other persons as the he shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all motion, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the chapter 11 case;

BE IT FURTHER RESOLVED that the Responsible Person, and such other persons as he shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the business of the Company;

BE IT FURTHER RESOLVED that any and all past actions heretofore taken by the

1

2

Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

    IN WITNESS WHEREOF, the undersigned, by execution hereof, hereby approve this Written Consent as of the date first above written.

SUPERIOR LINEN, LLC
a Nevada limited liability company:

REQUIRED MEMBERS CONSENT:

REX RUNZHEIMER:                                    FREDERICK SETO:

_____       _____

RICHARD KEISTER: *[signature]*            PHILLIPPE PAGENAU-GOYETTE: *[signature]*

Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

    IN WITNESS WHEREOF, the undersigned, by execution hereof, hereby approve this Written Consent as of the date first above written.

SUPERIOR LINEN, LLC
a Nevada limited liability company:

REQUIRED MEMBERS CONSENT:

REX RUNZHEIMER:

_____

RICHARD KEISTER:

_____

FREDERICK SETO: _____

PHILLIPPE PAGENAU-GOYETTE:

_____

2