LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Proposed Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-16-15388-mkn |
| SUPERIOR LINEN, LLC, | Chapter 11 |
| Debtor. | Date:  OST PENDING<br>Time:  OST PENDING |

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING**
**TIME TO HEAR DEBTOR'S INITIAL EMERGENCY MOTIONS**

As required by the Court, I have contacted the parties below regarding the proposed Order Shortening Time to hear the filed in Debtor's bankruptcy case:

Their positions on an order shortening time to hear the foregoing are as follows:

| **Name** | **Date Contacted** | **Agree** | **Disagree** |
|---|---|---|---|
| Office of the United States Trustee<br>(J. Michal Bloom) | 10/3/16 | X | |
| Samuel Schwartz, Esq.<br>Counsel for RD VII Investments, LLC<br>(First Priority Secured Creditor) | 10/2/16 | X | |
| Justin Obletz/Steve Stull<br>Advantage Capital<br>(Second Priority Secured Creditor) | 10/3/16 | (No immediate response) | |

Dated: October 3, 2016.

          LARSON & ZIRZOW, LLC

          By:   /s/ Matthew C. Zirzow
             ZACHARIAH LARSON, ESQ.
             MATTHEW C. ZIRZOW, ESQ.
             850 E. Bonneville Ave.
             Las Vegas, Nevada 89101

          Proposed Attorneys for Debtor

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169