**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*  16-15388          Chapter    11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Superior Linen, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Superior Linen and Laundry Services** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-1719434 |

4. Debtor's address

Principal place of business

**4501 Mitchell St.**
**North Las Vegas, NV 89081**
Number, Street, City, State & ZIP Code

**Clark**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

5. Debtor's website (URL)     **www.superiorlinenlv.com**

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Superior Linen, LLC**
_____
  Name

Case number (*if known*) **16-15388**

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    _____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

Debtor    **Superior Linen, LLC**
Name

Case number (*if known*)  16-15388

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

████ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Superior Linen, LLC**
              Name

Case number (*if known*)  **16-15388**

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 23, 2016
                        MM / DD / YYYY

X /s/ Robert E. Smith                                      Robert E. Smith
Signature of authorized representative of debtor            Printed name

Title    **Chief Financial Officer & Designated Responsible Person**

**18. Signature of attorney**

X /s/ Matthew C. Zirzow                          Date    October 23, 2016
Signature of attorney for debtor                                      MM / DD / YYYY

**Matthew C. Zirzow**
Printed name

**LARSON & ZIRZOW, LLC**
Firm name

**850 E. Bonneville Ave.
Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone   **(702) 382-1170**          Email address

**7222**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Superior Linen, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **16-15388**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October 23, 2016__    X /s/ Robert E. Smith
Signature of individual signing on behalf of debtor

__Robert E. Smith__
Printed name

**Chief Financial Officer & Designated Responsible Person**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Superior Linen, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | 16-15388 |

■ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Baltic Linen Attn: Managing Member 1999 Marcus Ave Suite 220 Lake Success, NY 11040-5485 | info@balticlinen.com (516) 791-4500 | Vendor | | | | $922,348.94 |
| City of North Las Vegas Attn: Managing Member 2250 Las Vegas Blvd N. North Las Vegas, NV 89030 | craftc@cityofnorthlasvegas.com (702) 633-2442 | Services | | | | $755,817.00 |
| Hourly Employees (384) (Average of $939.00 per Employee) | | Paid per First Day Employee Wage Order | | | | $360,577.07 |
| Shimmer Clothing Company Attn: Managing Member 4500 Dunham Street Commerce, CA 90040 | (213) 999-3034 | Vendor | | | | $160,037.82 |
| City of North Las Vegas - 3460-06-0 Attn: Managing Member P.O. Box 360118 N. Las Vegas, NV 89036-118 | 'craftc@cityofnorthlasvegas.com' (702) 633-2442 | Services | | | | $146,029.76 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Superior Linen, LLC**                                        Case number (if known)    __16-15388__
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Parallon Attn: Managing Member 2360 Corporate Circle #225 Henderson, NV 89074 | | Services | | | | $124,162.56 |
| Ecolab Attn: Managing Member P.O. Box 100512 Pasadena, CA 91189-0512 | Jorge Yepez institutionalorders @ecolab.com 800-553-8683 | Vendor | Subject to Setoff | | | $122,810.25 |
| United Cleaners Supply, Inc. Attn: Managing Agent P.O. Box 90521 Sherman Oaks, CA 91403 | unitedfabricaresup ply@aol.com (702) 564-1010 | Services | | | | $107,998.27 |
| Venus Group Attn: Managing Member 25861 Wright Street Foothill Ranch, CA 92610 | (949) 609-1299 | Vendor | | | | $73,280.15 |
| Penske Attn: Managing Member P.O. Box 7429 Pasadena, CA 91109 | (702) 420-3667 | Servies | | | | $72,153.69 |
| Southwest Gas Corporation Attn: Managing Member P.O. Box 98890 Las Vegas, NV 89150 | 877-860-6020 | Services | | | | $57,411.47 |
| Lovato Law Firm, P.C. Attn: Mario Lovato, Esq. 7465 W. Lake Mead Blvd, Suite 100 Las Vegas, NV 89128 | mpl@lovatolaw.co m (702) 979-9047 | Legal Services | | | | $51,206.82 |
| Nevada Department of Taxation 555 E. Washington Ave., Suite 1300 Las Vegas, NV 89101 | | Sales Tax | | | | $45,355.88 |

Debtor  **Superior Linen, LLC**
        Name

Case number *(if known)*   16-15388

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Snell & Wilmer, L.L.P. Attn: Managing Member 1200 17th Street, Suite 1900 Tabor Center Denver, CO 80202 | (303) 634-2097 | Legal Services | | | | $37,662.00 |
| Bedspreads Inc. Attn: Managing Member P.O. Box 28677 Las Vegas, NV 89126 | info@bedspreadsofnevada.com (702) 592-6968 | Vendor | | | | $37,387.15 |
| ChemTainer Los Angeles Attn: Managing Member 135 E. Stanley St. Compton, CA 90220 | sales@chemtainer.com (631) 661-8300 | Vendor | | | | $36,680.00 |
| NV Energy Attn: Managing Member P.O. Box 30086 Reno, NV 89520-3086 | Yvette Enos yenos@nvenergy.com | Services | | | | $34,009.38 |
| Health Plan of Nevada Attn: Managing Member P.O. Box 749546 Los Angeles, CA 90074-9546 | (702) 243-8408 | Services | | | | $32,363.35 |
| Bradshaw, Smith & Co., LLP Attn: Managing Member 5851 West Charleston Las Vegas, NV 89146 | dwinters@bradshawsmith.com (702) 878-9788 | Services | | | | $27,163.79 |
| AmTrust Attn: Managing Member P.O. Box 6939 Cleveland, OH 44101-1939 | | Services | | | | $27,142.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Superior Linen, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **16-15388**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**  **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................. $        0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $        3,596,952.37

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................. $        3,596,952.37

**Part 2:**  **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $        18,936,062.39

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. $        466,732.75

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$        3,190,088.29

4. **Total liabilities** ...............................................................................
   Lines 2 + 3a + 3b

   $      22,592,883.43

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Superior Linen, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **16-15388**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.    **Cash on hand**                                                                $1,000.00

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Nevada State Bank** | Payroll Account - Zero Balance Account | 7114 | $0.00 |
| 3.2. | **Nevada State Bank** | Operating Account | 7106 | $28,146.53 |
| 3.3. | **Nevada State Bank** | Owner Account | 3197 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $29,146.53

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Superior Linen, LLC**                                    Case number *(if known)*  **16-15388**
_____
Name

| | | |
|---|---|---|
| 7.1. | **13th Street Property, LLC - security deposit for lease (plus potential additional deposit for water/sewer billed by the City of Las Vegas in subsequent year)** | **$25,000.00** |
| 7.2. | **Ellsworth & Stout CPAs - accounting retainer** | **$18,000.00** |
| 7.3. | **First Insurance Funding - insurance prepayment (business insurance)** | **$18,412.27** |
| 7.4. | **Larson & Zirzow, LLC - general bankrutpcy counsel retainer** | **$26,803.00** |
| 7.5. | **BRE/PAC Nevada, LLC - security deposit for lease** | **$165,000.00** |
| 7.6. | **Penske Truck Rental** | **$32,500.00** |
| 7.7. | **NV Energy** | **$10,270.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                        | **$295,985.27** |
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:            **1,209,387.66**    -    **38,000.00**    = ....    **$1,171,387.66**
                                                                 face amount                          doubtful or uncollectible accounts

11b. Over 90 days old:            **86,182.00**    -    **28,000.00**    = ....    **$58,182.00**
                                                          face amount                          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                        | **$1,229,569.66** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

Debtor    **Superior Linen, LLC**
Name

Case number *(if known)*    **16-15388**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    Raw materials | | | | |
| 20.    Work in progress | | | | |
| 21.    Finished goods, including goods held for resale | | | | |
| 22.    Other inventory or supplies Linen, Uniforms & Terry (inventory count generally, but not always done on a roughly monthly basis) | September 2016 | $3,148,413.00 | N/A | Unknown |

**23.    Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| $0.00 |
|---|

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____ 81100 Valuation method ____ Cost ____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39.    Office furniture | | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Superior Linen, LLC** | | Case number *(if known)* | **16-15388** |
| | Name | | | |

| | See Exhibit B-39 | Unknown | Recent cost | $105,526.09 |
|---|---|---|---|---|

| 40. | Office fixtures | | | |
| | See Exhibit B-39 | Unknown | Recent cost | Unknown |

| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | See Exhibit B-39. | Unknown | Recent cost | Unknown |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$105,526.09

44. Is a depreciation schedule available for any of the property listed in Part 7?
☐ No
☑ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **GMC Model P32 Single Axle Step Van (VIN X1865) - owned** | $5,000.00 | Appraisal - NFLV | $5,000.00 |
| 47.2. **2012 Freightliner M2 Truck 26' (Leased from Penske Truck Leasing Co.)** | $0.00 | N/A | $0.00 |
| 47.3. **2012 Freightliner M2 Truck 26' (Leased from Penske Truck Leasing Co.)** | $0.00 | N/A | $0.00 |
| 47.4. **2011 International Durastar Truck 26' (Leased from Penske Truck Leasing Co.)** | $0.00 | N/A | $0.00 |
| 47.5. **2013 Freightliner Cascadia Tractor Truck (Leased from Penske Truck Leasing Co.)** | $0.00 | N/A | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Superior Linen, LLC**                                    Case number *(if known)*  **16-15388**
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.6. | **2011 Freightliner Cascadia Tractor Truck (Leased from Penske Truck Leasing Co.)** | $0.00 | N/A | $0.00 |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
|---|---|---|---|---|
| | 48.1. **2012 Great Dane 53' Trailer Van (Leased from Penske Truck Leasing Co.)** | $0.00 | N/A | $0.00 |
| | 48.2. **2011 Great Dane 53' Trailer Van (Leased from Penske Truck Leasing Co.)** | $0.00 | N/A | $0.00 |

| 49. | **Aircraft and accessories** | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **See Exhibit B-50** | Unknown | Appraisal - NFLV | $1,395,000.00 |

| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | $1,400,000.00 |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Superior Linen, LLC**                                    Case number *(If known)* **16-15388**
          Name

| 55.1. | **Real property lease for premises located at 125 S. 13th Street, Las Vegas, NV 89101, with 13th Street Property, LLC and 13th Street Properties North, LLC, as landlord, for approx. 13,445 sq. ft., to operate commercial laundry facility; warehouse with office** | Lessee | $0.00 | N/A | $0.00 |
|---|---|---|---|---|---|
| 55.2. | **Real property lease for premises located at 4501 Mitchell Street, North Las Vegas, Nevada, with BRE/PAC Nevada, LLC, as landlord, for approx. 105,000 sq. ft. to operate commercial laundry facility; warehouse with office** | Lessee | $0.00 | N/A | $0.00 |

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** www.superlinenlv.com | $0.00 | | $0.00 |
| 62.    **Licenses, franchises, and royalties** | | | |

Official Form 206A/B                          Schedule A/B Assets - Real and Personal Property                          page 6

| Debtor | **Superior Linen, LLC** | Case number *(If known)* **16-15388** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| LinenMaster - linen management and distribution software | $0.00 | | $0.00 |
| Business License - City of North Las Vegas, No. 99418 | $0.00 | | $0.00 |
| Business License - Clark County, No. 20004654-081-102 | $0.00 | | $0.00 |
| Quickbooks Enterprise - accounting software license | $0.00 | N/A | $0.00 |

63.  Customer lists, mailing lists, or other compilations

64.  Other intangibles, or intellectual property
     Trade Name:  Superior Linen and Laundry
     Services                                                                        $0.00                          $0.00

65.  Goodwill

66.  **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

     | | |
     |---|---|
     | | $0.00 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

     Current value of
     debtor's interest

71.  **Notes receivable**
     Description (include name of obligor)

     **Officer Loan to D.W. Doc Wiener**          87,645.00   -                    0.00   =          $87,645.00
                                          Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Superior Linen, LLC** | Case number *(if known)* | **16-15388** |
|---|---|---|---|
| | Name | | |

| | | Tax year | **2015** | **$0.00** |
|---|---|---|---|---|
| **No tax refund; Debtor is a disregarded entity and thus any NOLs are passed through to its owners; NOL per TY 2015 tax return was $6,198,201.** | | | | |

73.     Interests in insurance policies or annuities

74.     Causes of action against third parties (whether or not a lawsuit has been filed)

**Icon Pac Nevada, LLC:  Claims against Icon as landlord for Superior Linen's Mitchell location for fees and costs per a prevailing party provision in a lease agreement based on this landlord's previous multiple unsuccessful eviction proceedings;  claims for collusion with PWD Associates, Inc. d/b/a Red Rock Insulation Co. arising out of litigation, Eighth Judicial District Court, Clark County, Nevada, Case No. A723828**

Nature of claim

Amount requested         $0.00                                    **Unknown**

**PWD Associates, Inc. d/b/a Red Rock Insulation Co.: $2,000 attorneys' fee award per order entered on 12/3/15 as a result of expunging of frivolous and/or excessive mechanics lien and/or lis pendens; claims for collusion with Icon Pac Nevada, LLC arising out of litigation, Eighth Judicial District Court, Clark County, Nevada, Case No. A723828**

Nature of claim

Amount requested         $0.00                                    **Unknown**

**Potential litigation claims against Martin Harris Construction for buildout of leased space at 4501 Mitchell Street**

Nature of claim                                                      **Unknown**

Amount requested         $0.00

**Potential litigation claims against Ecolab for chemicals mismanagement and resulting loss of linens**

Nature of claim                                                      **Unknown**

Amount requested         $0.00

75.     Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76.     Trusts, equitable or future interests in property

77.     Other property of any kind not already listed *Examples:* Season tickets, country club membership

**Leasehold Improvements**                                                      **$369,979.82**

**UNLV basketball season tickets (partial payment)**                               **$5,000.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor    **Superior Linen, LLC**
          Name

Case number *(If known)*  16-15388

| | |
|---|---|
| **Accured Loss Charges (linen losses owing from customers)** | $74,100.00 |

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

$536,724.82

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Superior Linen, LLC** | Case number *(if known)* **16-15388** |
|---|---|---|
| | Name | |

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $29,146.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $295,985.27 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,229,569.66 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $105,526.09 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,400,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $536,724.82 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,596,952.37 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,596,952.37 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __Superior Linen, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __16-15388__

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** First Insurance Funding<br>Creditor's Name<br><br><br>450 Skokie Blvd., Suite 100<br>Northbrook, IL 60062-7917<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**12/28/15**<br>Last 4 digits of account number<br>**3250**<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Commercial Premium Financing Agreement; Financed Insurance Policies; Unearned Premiums; Debtor owes for 2 more monthly payments of $11,741.98 each for a total secured claim amount of $23,483.96**<br><br>Describe the lien<br>**Assignment**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,483.96** | **Unknown** |
| **2.2** H & E Equipment Services<br>Creditor's Name<br><br><br>Attn: Managing Member<br>4129 Losee Road<br>North Las Vegas, NV 89030<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred | Describe debtor's property that is subject to a lien<br>**Equipment:  Forklift/Pneumatic Tire Lift #X4207 and #X4202; 30' Articulating Boomlift #X6828; 26' Electric Scissorlift #X5148; Lease with Purchase Option; Claim Amount listed is current amount owing as of Petition Date Only; see Sch. G**<br><br>Describe the lien<br>**UCC-1 Financing Statement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No | **$19,596.84** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Superior Linen, LLC**
Name

Case number (if know)    **16-15388**

---

**Arrearages from 6/2016 to 9/2016 per Rental Agreement with Purchase Option**
**Last 4 digits of account number**
**8145;148;149;150**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Insurance Office of America** |
|---|---|

Creditor's Name

**Attn:  Managing Agent**
**8905 W. Post Rd. Ste. 220**
**Las Vegas, NV 89148**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Commercial Finance Agreement for insurance premiums**

**Describe the lien**
**Assignment**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

| 2.4 | **Midwest Community Development Fund VII** |
|---|---|

Creditor's Name

**c/o Ryan Works, Esq.**
**McDonald Carano Wilson LLP**
**2300 West Sahara, Suite 1200**
**Las Vegas, NV 89102**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/9/2014**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Substantially all of the Debtor's personal property**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$8,052,998.00    $1,171,387.66

---

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Superior Linen, LLC | Case number (if known) | 16-15388 |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. RD VII Investments, LLC**
**2. Midwest Community Development Fund VII**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **RD VII Investments, LLC** | | Describe debtor's property that is subject to a lien | $10,535,935.00 | $1,171,387.66 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Samuel Schwartz, Esq.**
**Schwartz Flansburg, PLLC**
**6623 Las Vegas Blvd. So.**
**Las Vegas, NV 89119**

**Substantially all of the Debtor's personal property**

Creditor's mailing address

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
☐ No
☑ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/7/12**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **TheLaundryList.com, Inc.** | | Describe debtor's property that is subject to a lien | $304,048.59 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Brian B. Cohen, President**
**4525 Sherman Oaks, Ave., Ste. 200**
**Sherman Oaks, CA 91403**

**Equipment:  5 Gas Dryers and other miscellaneous related equipment.**

Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/3/2016**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.7 | TheLaundryList.com, Inc. | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Superior Linen, LLC**                                                    Case number (if know)    **16-15388**
    Name

Creditor's Name

**Equipment: 2014 5-Lane Stack-N-Store with Siemens Controls, Including Anti-Static Roll & Owners Manual, Serial No. ST072314 (original cost of $69,860.15); appears to be old UCC-1 financing statement that should have been terminated**

**4525 Sherman Oaks Ave.**
**Sherman Oaks, CA 91403**

Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$18,936,062.39**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **H&E Equipment Services, Inc.**<br>**c/o The Corp. Trust Co. of Nevada**<br>**Resident Agent**<br>**701 S. Carson St., Ste. 200**<br>**Carson City, NV 89701** | Line  **2.2** | |
| **Midwest Community Development Fund VII**<br>**c/o The Corp. Trust Co. of Nevada**<br>**Resident Agent**<br>**701 S. Carson St., Ste. 200**<br>**Carson City, NV 89701** | Line  **2.4** | |
| **RD VII Investments, LLC**<br>**Attn: Managing Agent**<br>**5380 N. Bay Road**<br>**Miami Beach, FL 33140** | Line  **2.5** | |
| **TheLaundryList.com, Inc.**<br>**c/o Brian B. Cohen, Resident Agent**<br>**6250 E. Tropical Parkway, Unit #D**<br>**Las Vegas, NV 89115** | Line  **2.6** | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Superior Linen, LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number (if known)     **16-15388**

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Adelaida Garcia Jackson**<br>**7929 Seabourn Ct.**<br>**Las Vegas, NV 89129** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,273.92** | **$2,273.92** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**9/14/2016 to 9/27/2016** | Basis for the claim:<br>**Paid per First Day Employee Wage Order** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Christopher A. Hamby**<br>**4572 Ondoro Ave.**<br>**Las Vegas, NV 89141** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,895.58** | **$1,895.58** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**9/14/2016 to 9/27/2016** | Basis for the claim:<br>**Paid per First Day Employee Wage Order** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Superior Linen, LLC** | Case number (if known) | **16-15388** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,100.38 | $3,100.38 |
|---|---|---|---|---|

**Christopher C. McLemore**
**1957 Debra St.**
**Las Vegas, NV 89106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Basis for the claim:
**Paid per First Day Employee Wage Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,223.05 | $10,223.05 |
|---|---|---|---|---|

**D.W. Doc Wiener**
**117 S. Royal Ascot**
**Las Vegas, NV 89144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Basis for the claim:
**Paid per First Day Employee Wage Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,009.50 | $3,009.50 |
|---|---|---|---|---|

**D.W. Wiener**
**10244 Danskin Dr.**
**Las Vegas, NV 89166**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Basis for the claim:
**Paid per First Day Employee Wage Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,396.48 | $2,396.48 |
|---|---|---|---|---|

**Dana D. Brown**
**721 Seneca Heights**
**North Las Vegas, NV 89081**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Basis for the claim:
**Paid per First Day Employee Wage Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Superior Linen, LLC** | Case number (if known) | **16-15388** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,175.48 | $5,175.48 |
|---|---|---|---|---|

**Doc L. Wiener**
**3930 Legend Hill St., #203**
**Las Vegas, NV 89129**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Basis for the claim:
**Paid per First Day Employee Wage Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,273.92 | $2,273.92 |
|---|---|---|---|---|

**Evangeline D. Drake**
**6186 Jennings Cove Ct.**
**Las Vegas, NV 89148**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/16 to 9/27/16**

Basis for the claim:
**Paid per First Day Employee Wage Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,250.92 | $2,250.92 |
|---|---|---|---|---|

**Hortencia Taboada**
**6029 Colleg Park**
**Las Vegas, NV 89110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Basis for the claim:
**Paid per First Day Employee Wage Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360,577.07 | $360,577.07 |
|---|---|---|---|---|

**Hourly Employees (384)**
**(Average of $939.00 per Employee)**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Basis for the claim:
**Paid per First Day Employee Wage Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Superior Linen, LLC** | Case number (if known) | **16-15388** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,480.95 | $2,480.95 |
|---|---|---|---|---|

**Jordan Goodrich**
**7099 N. Hualapai Way #1077**
**Las Vegas, NV 89134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Basis for the claim:
**Paid per First Day Employee Wage Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,479.32 | $2,479.32 |
|---|---|---|---|---|

**Katherine Marck**
**1608 Sussex St., Unit 201**
**Las Vegas, NV 89144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Basis for the claim:
**Paid per First Day Employee Wage Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,686.34 | $2,686.34 |
|---|---|---|---|---|

**Lance D. Yamashita**
**8215 Amphora St.**
**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Basis for the claim:
**Paid per First Day Employee Wage Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,733.88 | $3,733.88 |
|---|---|---|---|---|

**Linda Rayne**
**P.O. Box 530692**
**Henderson, NV 89053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Basis for the claim:
**Paid per First Day Employee Wage Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Superior Linen, LLC**                                    Case number (if known)   **16-15388**
         _____
         Name

---

**2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,115.18 | $2,115.18

**Michael Browne**
**2560 Prince Edward Dr.**
**Henderson, NV 89052**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **9/14/2016 to 9/27/2016** | **Paid per First Day Employee Wage Order** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,355.88 | $45,355.88

**Nevada Department of Taxation**
**555 E. Washington Ave., Suite**
**1300**
**Las Vegas, NV 89101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **Q3 2016** | **Sales Tax** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,105.29 | $3,105.29

**Olga Cardoza**
**5045 N. Monte Cristo Way**
**Las Vegas, NV 89147**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **9/14/2016 to 9/27/2016** | **Paid per First Day Employee Wage Order** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,279.92 | $1,279.92

**Perry J. Pierce II**
**994 Pecos River Ave.**
**Henderson, NV 89002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **9/14/2016 to 9/27/2016** | **Paid per First Day Employee Wage Order** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Superior Linen, LLC**                                    Case number (if known)    **16-15388**
          Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,802.42 | $6,802.42 |

**2.19**

Priority creditor's name and mailing address

**Robert E. Smith**
**P.O. Box 371789**
**Las Vegas, NV 89137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,802.42    $6,802.42

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Paid for First Day Employee Wage Order**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20**

Priority creditor's name and mailing address

**Ron Kamakeeaina**
**3709 E. Barlette**
**North Las Vegas, NV 89030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$221.90    $221.90

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Paid per First Day Employee Wage Order**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21**

Priority creditor's name and mailing address

**Tracy Trelz**
**921 Oceanwood Ave.**
**North Las Vegas, NV 89086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,295.37    $3,295.37

Date or dates debt was incurred
**9/14/2016 to 9/27/2016**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Paid per First Day Employee Wage Order**

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

Nonpriority creditor's name and mailing address

**13th Street Property, LLC**
**Attn: Managing Member**
**3634 Darren Thornton Way**
**Las Vegas, NV 89120**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$9,814.65

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  **Real Property Lease Agreement - Rent**

Is the claim subject to offset? ☐ No  ■ Yes

**3.2**

Nonpriority creditor's name and mailing address

**Aflac**
**Attn: Managing Member**
**1932 Wynnton Road**
**Columbus, GA 31999**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$473.88

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Superior Linen, LLC**
Name

Case number (if known)  **16-15388**

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.01 |
|---|---|---|---|

**All Hose, Inc**
Attn: Managing Member
4300 N Peco Rd Ste 2
Las Vegas, NV 89115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,142.00 |
|---|---|---|---|

**AmTrust**
Attn: Managing Member
P.O. Box 6939
Cleveland, OH 44101-1939

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.68 |
|---|---|---|---|

**AquaPerfect**
Attn: Managing Member
P.O. Box 610
St. Joseph, MN 56374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274.99 |
|---|---|---|---|

**AT&T Mobility**
Attn: Managing Member
P.O. Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $947.54 |
|---|---|---|---|

**Automotive Workwear, Inc.**
Attn: Managing Member
881 Sneath Ln
San Bruno, CA 94066-2412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $922,348.94 |
|---|---|---|---|

**Baltic Linen**
Attn: Managing Member
1999 Marcus Ave Suite 220
Lake Success, NY 11040-5485

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,387.15 |
|---|---|---|---|

**Bedspreads Inc.**
Attn: Managing Member
P.O. Box 28677
Las Vegas, NV 89126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Superior Linen, LLC**
_____
Name

Case number (if known)  **16-15388**
_____

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Bluehorse Corporation
Attn: Akenaten Bluehorse
3050 Lakeside Dr. #77
Reno, NV 89509

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Bluehorse Corporation
Attn:  Akenaten Bluehorse
720 Steward #8
Reno, NV 89502

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Clams of breach to alleged oral agreement to team up on a Veteran's Administration laundry contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,163.79 |

Bradshaw, Smith & Co., LLP
Attn: Managing Member
5851 West Charleston
Las Vegas, NV 89146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

BRE/Pac Nevada, LLC
c/o Sylvester & Polednak
Attn:  Allyson Noto
1731 Village Center Circle
Las Vegas, NV 89134

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Real Property Lease Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,315.23 |

C&L Refrigeration
Attn: Managing Member
5348 Vegas Drive #1053
Las Vegas, NV 89108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,102.33 |

Century Link
Attn: Managing Member
P.O. Box 4786
Monroe, LA 71211-4786

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number  **8993**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,541.68 |

Chem-Aqua
Attn: Managing Member
23261 Network Place
Chicago, IL 60673-1232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number  **4511**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Superior Linen, LLC | | Case number (if known) | 16-15388 |
|---|---|---|---|---|
| | Name | | | |

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36,680.00

ChemTainer Los Angeles
Attn: Managing Member
135 E. Stanley St.
Compton, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,301.68

ChemTreat, Inc.
Attn: Managing Member
15045 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $755,817.00

City of North Las Vegas
Attn: Managing Member
2250 Las Vegas Blvd
N. North Las Vegas, NV 89030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Permit Hookup Costs

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $146,029.76

City of North Las Vegas - 3460-06-0
Attn: Managing Member
P.O. Box 360118
N. Las Vegas, NV 89036-118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services - Water/Sewer

Last 4 digits of account number  0060

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $726.38

City of North Las Vegas - 3461-06-8
Attn: Managing Member
P. O. Box 360118
N. Las Vegas, NV 89036-0118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services

Last 4 digits of account number  1068

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,313.81

City of North Las Vegas -3462-06-6
Attn: Managing Member
P.O. Box 360118
N. Las Vegas, NV 89036-0118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services

Last 4 digits of account number  2066

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $354.13

Codale Electric Supply, Inc.
Attn: Managing Agent
3920 W. Sunset Rd., #A
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Superior Linen, LLC**                                      Case number (if known)   **16-15388**
         Name

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,255.00 |
|---|---|---|---|

**Cohen Johnson, LLC**
Attn: Managing Member
255 E Warm Springs Road, Suite 100
Las Vegas, NV 89119

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $774.00 |
|---|---|---|---|

**Concentra**
Attn: Managing Member
P.O. Box 9010
Broomfield, CO 80021-9010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8639**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,135.97 |
|---|---|---|---|

**Consolidated Int'l Corp**
Attn: Managing Member
3804 Main Street, Suite 1
Chula Vista, CA 91911

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $597.89 |
|---|---|---|---|

**Consumers Pipe**
Attn: Managing Member
13424 Arrow Blvd
Fontana, CA 92335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3153**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,696.97 |
|---|---|---|---|

**Curtis Steel**
Attn: Managing Member
4565 Wynn Rd
Las Vegas, NV 89103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,769.23 |
|---|---|---|---|

**D.W. Doc Wiener**
117 S. Royal Ascot Dr.
Las Vegas, NV 89144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services/Commission; Difference of $80,769.23 owing, less $14,000 advance given by Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383.81 |
|---|---|---|---|

**De Lage Landen Financial Services, Inc**
Attn: Managing Member
P.O. Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1126**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Superior Linen, LLC | Case number (if known) | 16-15388 |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,700.40**

Destination, L.A. Inc.
Attn: Managing Member
3815 S. Grand Ave
Los Angeles, CA 90037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122,810.25**

Ecolab
Attn: Managing Member
P.O. Box 100512
Pasadena, CA 91189-0512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0478**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,060.00**

Elliot's Sewer and Drain
Attn: Managing Member
P.O. Box 27085
Las Vegas, NV 89126-1085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,333.22**

Fashion Seal Healthcare
Attn: Managing Member
P.O. Box 636822
Cincinnati, OH 45263-6822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number  **0851**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,329.08**

First Insurance Funding Corp.
Attn: Managing Member
P.O. Box 66468
Chicago, IL 60666-0468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number  **3142**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Frugal Pest Control
Attn: Managing Member
410 Crater Ct
Henderson, NV 89014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,080.00**

G&B Fence
Attn: Managin Agent
3748 Archer St.
Las Vegas, NV 89108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Superior Linen, LLC**                                      Case number (if known)    **16-15388**
_____
Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,376.00 |

**Garnier Thiebaut Inc.**
**Attn: Managing Member**
**3000 S Eads St**
**Arlington, VA 22202**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.35 |

**GBS Linens**
**Attn: Managing Member**
**305 North Muller St**
**Anaheim, CA 92801**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,380.41 |

**Global Industrial**
**Attn: Managing Member**
**P.O. Box 905713**
**Charlotte, NC 28290-5713**

Date(s) debt was incurred __
Last 4 digits of account number  **3807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,606.50 |

**Golden Star**
**Attn: Managing Member**
**6445 Metcalf Ave**
**Overland Park, KS 66202**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672.41 |

**Grainger**
**Attn: Managing Member**
**DEPT. 885901299 P.O. BOX 419267**
**KANSAS CITY, MO 64141-6267**

Date(s) debt was incurred __
Last 4 digits of account number  **1299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,363.35 |

**Health Plan of Nevada**
**Attn: Managing Member**
**P.O. Box 749546**
**Los Angeles, CA 90074-9546**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,953.89 |

**Henderson Electric Motors, Inc.**
**Attn: Managing Member**
**P.O. Box 92557**
**Henderson, NV 89009-2557**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Superior Linen, LLC__      Case number (if known) __16-15388__

Name

| | | |
|---|---|---|
| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$1,428.21** |

**3.45** Nonpriority creditor's name and mailing address
Imperial Textile
Attn: Managing Member
150 Bud-Mil Dr.
Buffalo, NY 12406

Date(s) debt was incurred __
Last 4 digits of account number __3662__

As of the petition filing date, the claim is: *Check all that apply.*                **$1,428.21**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address
International Fidelity Corp.
Attn:  Managing Agent
One Newark Center
Newark, NJ 07102-5207

Date(s) debt was incurred __
Last 4 digits of account number __5026__

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Bond No. DVIFSU0593724; bond to Southwest Gas Corporation (unpaid amount of $61,564.24 as of 9/30/20160__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address
Jensen USA INC.
Attn: Managing Member
Dept. CH 19533
Palatine, IL 60055-9533

Date(s) debt was incurred __
Last 4 digits of account number __2154__

As of the petition filing date, the claim is: *Check all that apply.*                **$1,238.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address
Jimmerson Hansen, P.C.
Attn: Jim Jimmerson, Esq.
415 S 6th St # 100
Las Vegas, NV 89101

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$1,404.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address
JL Linen Recovery, Inc.
Attn: Managing Member
1202 SHARP CIRCLE
North Las Vegas, NV 89030

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$9,776.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address
JMAC Plumbing & Air Conditioning
Attn: Managing Member
4225 West Post Road
Las Vegas, NV 89118

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$4,790.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address
Lavatec Laundry
Attn: Managing Member
P.O. Box 215
Beacon Falls, CT 06403

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$2,620.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   __Superior Linen, LLC_____   Case number (if known)   __16-15388__
                          Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.18 |

**Lawson Products**
Attn: Managing Member
8770 West Bryn Mawr Ave Suite 900
Chicago, IL 60631-3515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,206.82 |

**Lovato Law Firm, P.C.**
Attn: Mario Lovato, Esq.
7465 W. Lake Mead Blvd, Suite 100
Las Vegas, NV 89128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Legal Services__

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mara Hernandez**
c/o Cory J. Hilton, Esq.
Law Office of Cory J. Hilton
5545 Mountain Vista St., Suite E
Las Vegas, NV 89120-2115

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Asserted claims subject to pending litigation__

Is the claim subject to offset?  ☐ No   ☑ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Martin Harris Construction**
Attn: Managing Agent
3030 S. Highland Dr.
Las Vegas, NV 89109

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Services__

Is the claim subject to offset?  ☐ No   ☑ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,878.22 |

**McMaster-Carr**
Attn: Managing Member
P.O. Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  __5400__

Basis for the claim:  __Sevices__

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,950.29 |

**Motion Industries, Inc.**
Attn: Managing Member
P.O. Box 849737
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Services__

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,239.09 |

**NEDCO IMC**
Attn: Managing Agent
4200 W. Spring Mtn. Rd.
Las Vegas, NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Services__

Is the claim subject to offset?  ☑ No   ☐ Yes

---

Debtor    **Superior Linen, LLC**
_____
          Name

Case number (if known)    **16-15388**

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.91 |
|---|---|---|---|

**Nevada Crystal Premium**
Attn: Managing Agent
6185 S. Valley View Blvd., Ste. H
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nevada Department of Taxation**
555 E. Washington Ave., Ste. 1300
Las Vegas, NV 89101

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2013

**Basis for the claim:  Tax Notices Recorded in Clark County Official Records on 6/13/2013 as Instrument No. 201306130003165, and on 12/26/2013 at Instrument No. 201312260001443**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**New City IT**
Attn: Managing Member
P.O. Box 60787
Irvine, CA 92602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,009.38 |
|---|---|---|---|

**NV Energy**
Attn: Managing Member
P.O. Box 30086
Reno, NV 89520-3086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $883.76 |
|---|---|---|---|

**Office Plus of Nevada**
Attn: Managing Member
40 N. Mojave Road
Las Vegas, NV 89101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services**

Last 4 digits of account number  3849

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124,162.56 |
|---|---|---|---|

**Parallon**
Attn: Managing Member
2360 Corporate Circle #225
Henderson, NV 89074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,153.69 |
|---|---|---|---|

**Penske**
Attn: Managing Member
P.O. Box 7429
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Servies**

Last 4 digits of account number  0117

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Superior Linen, LLC**
_____
Name

Case number (if known)    16-15388
_____

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,775.90 |

**Premier Dry Cleaning & Laundry**
Attn: Managing Member
441 Eastgate Rd #C
Henderson, NV 89011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,034.04 |

**Principal Financial Group**
Attn: Managing Member
PLIC-SBD Grand Island
P.O. Box 10372
Des Moines, IA 50306-0372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services

Last 4 digits of account number  0001

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,823.65 |

**Purvis Industries**
Attn: Managing Member
P.O. Box 540757
Dallas, TX 75354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services

Last 4 digits of account number  8335

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**PWD Associates, Inc.**
d/b/a Red Rock Insulation
c/o Marquiz Law Office, Resident Agent
3088 Via Flaminia Ct.
Henderson, NV 89052

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services; Claims subject to pending litigation

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,160.37 |

**Reed Manufacturing Co, Inc**
Attn: Managing Member
P.O. Box 44719
Madison, WI 53744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services

Last 4 digits of account number  U101

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,702.83 |

**Regent Apparel**
Attn: Managing Member
255 Utah Ave South
San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,560.00 |

**SalesForce.com Inc.**
Attn: Managing Agent
The Landmark at One Market, #300
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Superior Linen, LLC**
　　　　　Name

Case number (if known)    **16-15388**

| | |
|---|---|
| **3.73** | Nonpriority creditor's name and mailing address |

**3.73**

Nonpriority creditor's name and mailing address

**Shimmer Clothing Company**
**Attn: Managing Member**
**4500 Dunham Street**
**Commerce, CA 90040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$160,037.82

---

**3.74**

Nonpriority creditor's name and mailing address

**Snell & Wilmer, L.L.P.**
**Attn: Managing Member**
**1200 17th Street, Suite 1900**
**Tabor Center Denver, CO 80202**

Date(s) debt was incurred __

Last 4 digits of account number  5817

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services

Is the claim subject to offset? ■ No ☐ Yes

$37,662.00

---

**3.75**

Nonpriority creditor's name and mailing address

**Southwest Gas Corporation**
**Attn: Managing Member**
**P.O. Box 98890**
**Las Vegas, NV 89150**

Date(s) debt was incurred __

Last 4 digits of account number  0023

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$57,411.47

---

**3.76**

Nonpriority creditor's name and mailing address

**Southwest Laundry Equipment LLC**
**Attn: Managing Member**
**P.O. Box #10326**
**Scottsdale, AZ 85271-0326**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$17,759.32

---

**3.77**

Nonpriority creditor's name and mailing address

**Sprint**
**Attn: Managing Member**
**P.O. Box 4181**
**Carol Stream, IL 60197-4181**

Date(s) debt was incurred __

Last 4 digits of account number  2944

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$583.94

---

**3.78**

Nonpriority creditor's name and mailing address

**Staheli Laundry Services, LLC**
**Attn: Managing Agent**
**3146 E. Deseret Dr.**
**Saint George, UT 84790**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$10,324.64

---

**3.79**

Nonpriority creditor's name and mailing address

**Stepsaver, Inc**
**Attn: Managing Member**
**1901 W, 2425 S.**
**Woods Cross, UT 84087**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$10,324.64

---

| Debtor | Superior Linen, LLC | Case number (if known) | 16-15388 |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.60 |
|---|---|---|---|

**Suburban Propane**
Attn: Managing Member
P.O. Box 12068
Fresno, CA 93776-2068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Services

Last 4 digits of account number  4543

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**Temprite Air Conditioning**
Attn: Managing Member
1111 Mary Crest Rd., Suite O
Henderson, NV 89074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,291.70 |
|---|---|---|---|

**Thermal Engineering of Arizona**
Attn: Managing Member
2250 West Wetmore
Tucson, AZ 85705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Vendor

Last 4 digits of account number  3921

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,736.09 |
|---|---|---|---|

**Tingue Brown & Co.**
Attn: Managing Member
P.O. Box 824619
Philadelphia, PA 19182-4644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Services

Last 4 digits of account number  2410

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TPM Services LLC**
c/o Marc R. Bawden, Resident Agent
8309 Mount Logan Ct.
Las Vegas, NV 89131

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Mechanics' Lien Recorded 8/18/15; Instrument No.
201508180000085

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tracy Trelz**
c/o Lucas A. Grower, Esq.
515 S. 3rd St., Suite B
Las Vegas, NV 89101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Notice only; Claims subject to pending litigation

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,998.27 |
|---|---|---|---|

**United Cleaners Supply, Inc.**
Attn: Managing Agent
P.O. Box 90521
Sherman Oaks, CA 91403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Superior Linen, LLC** | Case number (if known) | **16-15388** |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**United Healthcare Insurance Co.**
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 740800
Atlanta, GA 30374-0800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00** |
|---|---|---|---|

**University of Kentucky**
Attn: Managing Member
135 Graham Avenue
318 Erikson Hall
Lexington, KY 40506-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,319.53** |
|---|---|---|---|

**Velocity Truck Rental & Leasing**
Attn: Managing Member
P.O. Box 101327
Pasadena, CA 91189-1327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **5000**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73,280.15** |
|---|---|---|---|

**Venus Group**
Attn: Managing Member
25861 Wright Street
Foothill Ranch, CA 92610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$335.00** |
|---|---|---|---|

**Veritas Laboratories**
Attn: Managing Member
6245 Harrison Drive #4
Las Vegas, NV 89120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,443.06** |
|---|---|---|---|

**Windstream**
Attn: Managing Member
P.O. Box 9001013
Louisville, KY 40290-1013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **3697**

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor    **Superior Linen, LLC**
_____    Case number (if known)    **16-15388**
Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**    **Bluehorse Corporation**<br>c/o Akenaten Bluehorse, Resident Agent<br>212 Hillcrest Dr., #1A<br>Reno, NV 89509 | Line **3.11**<br>☐ Not listed. Explain _____ | _ |
| **4.2**    **City of North Las Vegas**<br>Attn: Legal / Christopher D. Craft, Esq.<br>2250 Las Vegas Blvd. S., St. 810<br>North Las Vegas, NV 89030 | Line **3.19**<br>☐ Not listed. Explain _____ | _ |
| **4.3**    **Leach Johnson Song & Gruchow**<br>Attn: Kirby C. Gruchow<br>8945 W. Russell Rd., Ste. 330<br>Las Vegas, NV 89148 | Line **3.62**<br>☐ Not listed. Explain _____ | _ |
| **4.4**    **Red Rock Insulation**<br>Attn: Managing Agent<br>5810 S. Wynn Road<br>Las Vegas, NV 89118 | Line **3.69**<br>☐ Not listed. Explain _____ | _ |
| **4.5**    **TPM Services, LLC**<br>c/o Rishawn Newman<br>3223 Via Seranova<br>Henderson, NV 89044 | Line **3.84**<br>☐ Not listed. Explain _____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $    466,732.75 |
| 5b. Total claims from Part 2 | 5b.  + | $    3,190,088.29 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $    3,656,821.04 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Superior Linen, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF NEVADA |
| Case number (if known) **16-15388** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease; premises located at 125 S. 13th Street, Las Vegas, Nevada 89101 | |
|---|---|---|---|
| | State the term remaining | Term through April 30, 2020 | 13th St. Property, LLC c/o Perry Shirely Jr., Resident Agent 3634 Darren Thorton Way Las Vegas, NV 89120 |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Additional notice party to Lease Agreement between debtor and 13th Street Properties, LLC | |
|---|---|---|---|
| | State the term remaining | | 13th Street Properties North LLC c/o Perry B. Shirley, Jr. Resident Agent 3634 Darren Thornton Way Las Vegas, NV 89120 |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Maintenance Agreement for Ricoh MPC 5503' (2) 5210 DN | |
|---|---|---|---|
| | State the term remaining | | Alternative Office Systems Attn: Managing Member 3930 W. Ali Baba Lane Las Vegas, NV 89118 |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Insurance - Workers Compensation / Employers' Liability | |
|---|---|---|---|
| | State the term remaining | Expires 12/30/2016 | AmTrust Insurance Co. of Kansas Attn:  Managing Agent 11300 Tomahawk Creek Pkwy., Suite 300 Leawood, KS 66211 |
| | List the contract number of any government contract | | |

Debtor 1  **Superior Linen, LLC**                                    Case number *(if known)*  **16-15388**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated 6/19/2014 | |
| | State the term remaining | Through 6/2018 | Avi Resort & Casino Attn: Managing Agent 10000 Aha Macav Parkway P.O. Box 77000 Laughlin, NV 89028-7011 |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | FMV Lease Agreement dated 4/8/2013 for Kyocera F5-9530DN Printer | |
| | State the term remaining | Original Term Through 4/2016 | Balboa Capital Corporation Attn: Managing Agent 575 Anton Blvd., 12th Floor Costa Mesa, CA 92626 |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | FMV Lease Agreement dated 8/8/2014 for Ricoh MPC 5503 (2); Ricoh 5210 DN | |
| | State the term remaining | Original Term Through 4/2016 | Balboa Capital Corporation Attn: Managing Agent 575 Anton Blvd., 12th Floor Costa Mesa, CA 92626 |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease Agreement dated July 16, 2011 for lease of premises located at Nellis Industrial Park #5, 4501 Mitchell Street, North Las Vegas, Nevada 89081 | |
| | State the term remaining | Through 10/31/22 | BRE/Pac Nevada, LLC c/o IndCor Properites Attn: Lease Administration 2 N. Riverside Plaza, Ste. 2350 Chicago, IL 60606 |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Notice party to Lease Agreement dated 7/26/2011 | |
| | State the term remaining | | BRE/Pac Nevada, LLC c/o IndCor Properites Attn: Charles E. Sullivan 7887 E. Belleview Ave., Ste. 325 Englewood, CO 80111 |
| | List the contract number of any government contract | | |

Debtor 1  **Superior Linen, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-15388**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant/Linen Agreement dated 11/2/2011** | |
|---|---|---|---|
| | State the term remaining | **Through 11/2017** | **Buddha dba TAO Nightclub**<br>**Attn: Managing Agent**<br>**3377 Las Vegas Blvd. South**<br>**Las Vegas, NV 89109** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Periodic Billing Agreement dated 4/1/2016 for specialty water treatment chemicals** | |
|---|---|---|---|
| | State the term remaining | **Through 3/2019** | **ChemTreat, Inc.**<br>**Attn: Managing Agent**<br>**4461 Cox Road**<br>**Glen Allen, VA 23060** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Second Amended and Restated Employment Agreement dated 2/20/2014.** | |
|---|---|---|---|
| | State the term remaining | **Through February 2019** | **D.W. Doc Wiener**<br>**117 S. Royal Ascot Dr.**<br>**Las Vegas, NV 89144** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Party to Repayment Agreement dated 5/5/2014 between Fortuna Parters Two, LLC, Doc Wiener, and Superior Linen, LLC** | |
|---|---|---|---|
| | State the term remaining | | **D.W. Doc Wiener**<br>**117 S. Royal Ascot Dr.**<br>**Las Vegas, NV 89144** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Notice party to Pioneer Hotel, Inc. Laundry Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **David Lowden**<br>**3221 S. Torrey Pines**<br>**Las Vegas, NV 89146** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement for Ricoh SP 8300DN** | **De Lage Landen Financial Services, Inc**<br>**Attn: Managing Member**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602** |
|---|---|---|---|

Debtor 1  **Superior Linen, LLC**
First Name    Middle Name    Last Name

Case number (*if known*)  **16-15388**

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| State the term remaining | **Original Term of 48 Months** | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated 4/1/2014 for chemical supplier** | |
| | State the term remaining | **Through 4/2017** | **Ecolab**<br>**Attn: Managing Member**<br>**P.O. Box 100512**<br>**Pasadena, CA 91189-0512** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | **Laundry Services Agreement dated 12/18/2013** | |
| | State the term remaining | **Through 2/2018** | **El Cortez Hotel & Casino**<br>**Attn: General Manager**<br>**600 East Fremont Street**<br>**Las Vegas, NV 89101** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | **Notice party to El Cortez Laundry Services Agreement** | |
| | State the term remaining | | **El Cortez Hotel & Casino**<br>**Attn: Joe Woody**<br>**600 East Fremont St.**<br>**Las Vegas, NV 89101** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.19.** | State what the contract or lease is for and the nature of the debtor's interest | **Party to Repayment Agreement dated 5/5/2014 between Fortuna Parters Two, LLC, D.W. Doc Wiener, and Superior Linen, LLC** | |
| | State the term remaining | | **Fortuna Partners Two, LLC**<br>**Attn:  Phillippe Goyette**<br>**139 E. Warm Springs Rd.**<br>**Las Vegas, NV 89119** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | **Laundry Services Agreement dated 10/10/2015** | |
| | State the term remaining | **Through 10/2021** | **FP Holdings, L.P.**<br>**dba The Palms Casino Resort**<br>**Attn: Managing Agent**<br>**4321 W. Flamingo Rd.**<br>**Las Vegas, NV 89178** |
| | List the contract number of any government contract | | |

Debtor 1  **Superior Linen, LLC**                                          Case number (*if known*)  **16-15388**
<small>First Name        Middle Name        Last Name</small>

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**        State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Laundry Services Agreement dated 8/3/2016 | |
|---|---|---|---|
| | State the term remaining | 8/2017 | Golden Gate Casino, LLC Attn: Susan Hitch, CFO 1 Fremont Street Las Vegas, NV 89101 |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Rental Purchase Option Agreement dated 5/12/2015 for 2013 Genie GS2632 26' Electric Scissor lift; Unit No. #5148 | |
|---|---|---|---|
| | State the term remaining | Through May 2017 (buyout date) | H & E Equipment Services Attn: Managing Member 4129 Losee Road North Las Vegas, NV 89030 |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Rental Purchase Option Agreement dated 5/12/2015 for 2012 Genie Z30/20N 30' Articulating Boom Lift; Unit No. X6828 | |
|---|---|---|---|
| | State the term remaining | Through April 2017 (buyout date) | H & E Equipment Services Attn: Managing Member 4129 Losee Road North Las Vegas, NV 89030 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Rental Purchase Option Agreement dated 5/12/2015 for 2013 Nissan PF50LP 5000# Pneumatic Tire Lift Truck; Unit No. X4202 | |
|---|---|---|---|
| | State the term remaining | Through March 2017 (buyout date) | H & E Equipment Services Attn: Managing Member 4129 Losee Road North Las Vegas, NV 89030 |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Rental Purchase Option Agreement dated 5/12/2015 for 2013Nissan PF50LP 5000# Pneumatic Tire Lift Truck; Unit No. X4207 | |
|---|---|---|---|
| | State the term remaining | Through Feburary 2017 (buyout date) | H & E Equipment Services Attn: Managing Member 4129 Losee Road North Las Vegas, NV 89030 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1    **Superior Linen, LLC**
_____    Case number _(if known)_    **16-15388**
First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

List the contract number of any
government contract
_____

| | | |
|---|---|---|
| **2.26.** | State what the contract or lease is for and the nature of the debtor's interest | **Laundry Services Agreement dated 6/1/2015** | |
| | State the term remaining | **Terminable on 120 days advance notice** | **HCA Far West Supply Chain Services Division Director of Contracting 1120 W. Sportsplex Drive Kaysville, UT 84037** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.27.** | State what the contract or lease is for and the nature of the debtor's interest | **Insurance - Producer** | |
| | State the term remaining | | **Insurance Office of America 8905 W. Post Road, Suite 200 Las Vegas, NV 89148** |
| | List the contract number of any government contract | **Expires 12/30/2016** | |

| | | |
|---|---|---|
| **2.28.** | State what the contract or lease is for and the nature of the debtor's interest | **Laundry Services Agreement dated 8/1/2015** | |
| | State the term remaining | | **Jean Development Company, LLC Attn: Managing Agent 5195 S. Las Vegas blvd. Las Vegas, NV 89119** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.29.** | State what the contract or lease is for and the nature of the debtor's interest | **Notice party to Pioneer Hotel, Inc. Laundry Services Agreement** | |
| | State the term remaining | | **Kevin M. Hanratty, Esq. Hanratty Law Group 1815 Village Center #140 Las Vegas, NV 89134** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.30.** | State what the contract or lease is for and the nature of the debtor's interest | **Restuarant/Linen Agreement dated 11/2/2011** | |
| | State the term remaining | | **LAVO Restaurant & Casino Club Attn: Managing Agent 3325 Las Vegas Blvd. S. Las Vegas, NV 89109** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Superior Linen, LLC**                                            Case number *(if known)*   **16-15388**
_____                                              _____
First Name      Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Laundry Services Agreement dated 2/1/2015** | |
|---|---|---|---|
| | State the term remaining | **Through 2/2019** | **LVGV, LLC dba The M Resort Spa and Casino 12300 S. Las Vegas Blvd. Henderson, NV 89044** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Linen and Laundry Services Agreement date 3/24/2014 (for Edgewater Gaming, LLC and Colorado Belle Gaming, LLC)** | |
|---|---|---|---|
| | State the term remaining | **Through 3/2018** | **Marnell Gaming, LLC Attn: Mark Bryant 2020 S. Casino Dr. Laughlin, NV 89028** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Unit Purchase Warrant** | |
|---|---|---|---|
| | State the term remaining | | **Midwest Community Development Fund VII c/o Ryan Works, Esq. McDonald Carano Wilson LLP 2300 West Sahara, Suite 1200 Las Vegas, NV 89102** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Notice party to HCA Far West Supply Chain Services Laundry Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mountain View Hospital & Medical Center Attn: Director of Enviornmental Services 3100 N. Tenaya Way Las Vegas, NV 89128** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance - Umbrella Liability** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/30/2016** | **National Union Fire Insurance Co. of Pittsburg, Pa. Attn:  Managing Agent 175 Water St., 18th Floor New York, NY 10038** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Linen Services Agreement** | **Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas Attn: Chief Financial Officer 3708 Las Vegas Blvd. S. Las Vegas, NV 89109** |
|---|---|---|---|
| | State the term remaining | **Through August 9,** | |

Debtor 1    **Superior Linen, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-15388**

▌ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract

**2019**

_____

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Notice party to Linen Service Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Nevada Property 1 LLC** dba The Cosmopolitan of Las Vegas **Attn: Legal Department** 3708 Las Vegas Blvd. S. Las Vegas, NV 89109 |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease - 125 S. 13th Street property** | |
|---|---|---|---|
| | State the term remaining | | **New Image Dry Cleaners LLC** Attn: Andrew Zimmerman, Resident Agent 3644 Emerald Beach Ct. Las Vegas, NV 89147 |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance - Automobile Liability** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/30/2016** | **Ohio Security Insurance Company** Attn: Managing Agent 9450 Seward Rd. Fairfield, OH 45014 |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease Agreement for 2013 Freightliner Cascasia SADCNB; 2012 Freightliner M2; 2012 Great Dane Classic Dry Van 53 Ft; 2012 Freightliner M2; 2011 International Durastar; 2011 Freightliner Cascadia 113; 2011 Great Dane CLD 53 Ft. Alum Van** | |
|---|---|---|---|
| | State the term remaining | | **Penske Truck Leasing Co., L.P.** Attn: Managing Member P.O. Box 7429 Pasadena, CA 91109 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Superior Linen, LLC**                                Case number *(if known)*    16-15388
First Name        Middle Name        Last Name

**▉  Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Service Agreement dated 6/29/2010 |
| | State the term remaining | |
| | List the contract number of any government contract | Penske Truck Leasing Co., L.P.<br>Attn: Managing Member<br>P.O. Box 7429<br>Pasadena, CA 91109 |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | Restaurant/Linen Agreement dated 5/12/2012 |
| | State the term remaining | Piero's<br>Attn: Managing Agent<br>355 Convention Center<br>Las Vegas, NV 89169 |
| | List the contract number of any government contract | |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | Laundry Services Agreement dated 5/20/2014 |
| | State the term remaining | Through 7/2018 |
| | List the contract number of any government contract | Pioneer Hotel, Inc.<br>dba Pioneer Hotel & Gamling Hall<br>Attn: Margaret Gabaldon<br>2200 S. Casino Drive<br>Laughlin, NV 89029 |
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Laundry Services Agreement dated 8/6/2014 |
| | State the term remaining | Through 8/2017 |
| | List the contract number of any government contract | Plaza Hotel and Casino, LLC<br>dba Plaza<br>Attn: Michael Pergolini<br>One Main Street<br>Las Vegas, NV 89101 |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement dated August 11, 2014, for payroll services |
| | State the term remaining | Through 9/2017 |
| | List the contract number of any government contract | QTS Custom Payrll & HR Solutions<br>Attn: Managing Member<br>8170 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117 |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Exclusivity Agreement |
| | State the term remaining | Railroad Cleaners<br>Attn: S. Cunningham, Resident Agent<br>2195 Railroad Ave.<br>Pittsburg, CA 94565 |
| | List the contract number of any | |

Debtor 1    **Superior Linen, LLC**

| First Name | Middle Name | Last Name |

Case number (*if known*)    **16-15388**

## ◼ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Laundry Services Agreement dated 7/1/2016** | |
|---|---|---|---|
| | State the term remaining | **Through 7/2020** | **Riverside Resort & Casino, LLC** Attn: Managing Agent 1650 South Casino Drive Laughlin, NV 89029 |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Severance Agreement - Employee** | |
|---|---|---|---|
| | State the term remaining | **At Will** | **Robert E. Smith** 2003 Cedarcrest Ct. P.O. Box 371789 Las Vegas, NV 89134 |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Restuarant/Linen Agreement dated 11/2/2011** | |
|---|---|---|---|
| | State the term remaining | **Through 11/2017** | **RoofDeck, LLC** dba Marquee Kitchen Attn: Managing Agent 3700 Las Vegas Blvd. South Las Vegas, NV 89109 |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Notice party to Far West Supply Chain Services Laundry Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Southern Hills Hospital & Medical Center** Attn: Director of Environmental Services 9300 W. Sunset Road Las Vegas, NV 89148 |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Laundry Services Agreement dated 2/2013** | |
|---|---|---|---|
| | State the term remaining | **Original Term Through 4/2015** | **The Primadonna Company, LLC** Primm Valley/Bufffalo Bills/Whiskey Pete Attn: Managing Agent 31900 Las Vegas Blvd. South Jean, NV 89019 |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Service Agreement dated 3/21/2016** | **TopGolf USA Las Vegas, LLC** Attn: Managing Agent 4627 Koval Lane Las Vegas, NV 89109 |
|---|---|---|---|

Debtor 1  **Superior Linen, LLC**
_____     Case number (*if known*)  **16-15388**
First Name        Middle Name        Last Name                                    _____

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | |
|---|---|
| State the term remaining | **Through 3/2018** |
| List the contract number of any government contract | _____ |

---

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance - Commercial General Liability** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/30/2016** | **West American Insurance Company** |
| | List the contract number of any government contract | _____ | **Attn: Managing Agent**<br>**175 Berkley St.**<br>**Boston, MA 02116** |

---

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **IP Simple Equipment Rental dated 2/20/2015** | |
|---|---|---|---|
| | State the term remaining | | **Windstream Communications, LLC** |
| | List the contract number of any government contract | _____ | **Attn: Managing Member**<br>**P.O. Box 9001013**<br>**Louisville, KY 40290-1013** |

---

**Fill in this information to identify the case:**

Debtor name __Superior Linen, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __16-15388__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | D.W. Doc Wiener | 117 S. Royal Ascot Dr.<br>Las Vegas, NV 89144<br>Guarantor | 13th St. Property, LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |
| 2.2 | Fred Soto | 6588 Ruby Mountain Rd.<br>Reno, NV 89506<br>Guarantor | 13th St. Property, LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |
| 2.3 | Philippe Pageau Goyette | 6671 Las Vegas Blvd. S. Bldg D210<br>Las Vegas, NV 89119<br>Guarantor | 13th St. Property, LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

B-39

| Date | Name | Memo | Orig Amt |
|---|---|---|---|
| **Office Furniture and Equipment- DDB - 7 yrs - Line 19C** | | | |
| 05/27/2010 | Corona furniture | 7-yr | 900.00 |
| 12/10/2010 | Apple store | | 3,317.00 |
| 12/17/2010 | Apple computer | reimbursement-Doc | 2,151.00 |
| 04/27/2011 | laptop & equipment | Frys | 1,052.00 |
| 06/06/2011 | equipment | Best Buy | 857.00 |
| 06/22/2011 | iiView Computer | | 871.00 |
| 10/21/2011 | work tables | 2 stainless steel | 409.00 |
| 11/08/2011 | chairs | break room | 86.00 |
| 10/07/2011 | laminator | | 96.00 |
| 12/02/2011 | 2 powerscan RF and base | | 2,570.00 |
| 04/19/2011 | chemtainer carts | | 1,100.00 |
| 5/18/2012 | Laptop | | 602.11 |
| 7/13/2012 | Reception Desk | | 799.00 |
| 7/13/2012 | Chairs  (3) | | 437.00 |
| 7/13/2012 | Vertical File Cabinet (2) | | 298.00 |
| 7/13/2012 | Desk (2) | | 1,040.94 |
| 7/19/2012 | Office Furniture | | 901.99 |
| 8/16/2012 | Phone and Internet Install | | 18,864.44 |
| 11/9/2012 | Computer | | 4,300.00 |
| 12/17/2012 | Office Furniture | | 1,464.76 |
| 12/20/2012 | Office Furniture | | 2,579.80 |
| 01/10/2013 | Printer-Dan Terry | | 164.99 |
| 05/18/2013 | 3 computers-Staples | | 1,676.74 |
| 01/08/2014 | Brian Comeno | Desk, credenza | 525.00 |
| 02/07/2014 | Best Buy | Computer | 691.63 |
| 02/28/2014 | Office Max | 10 chairs | 540.39 |
| 02/28/2014 | Office Max | 4 chairs | 216.16 |
| 03/01/2014 | SW Modular, Inc | Conf table, white board | 1,133.97 |
| 03/01/2014 | Office Max | 4 chairs | 216.16 |
| 03/10/2014 | Adam Cookson | 6 whiteboards | 1,715.88 |
| 03/10/2014 | Best Buy | Laptop-CFO | 1,245.00 |
| 03/13/2014 | Office Depot | CHAIRS CONF | 1,153.45 |
| 03/17/2014 | petty cash | shelving | 1,621.28 |
| 03/25/2014 | Best Buy | Op Mgr computer | 1,166.35 |
| 03/26/2014 | Tangerine Office Systems | 4 janitor rubbermaid janitor carts | 1,116.62 |
| 03/27/2014 | Best Buy | Cabling | 159.93 |
| 03/31/2014 | | reclass A/C repairs | 9,953.80 |
| 04/07/2014 | Best Buy | Computer | 1,091.76 |
| 04/11/2014 | Best Buy | Computer | 864.78 |
| 04/15/2014 | Amazon | 4 whiteboards | 1,174.95 |
| 06/02/2014 | Best Buy | | 1,794.38 |
| 06/04/2014 | Lawrence Doors | | 968.00 |
| 06/04/2014 | Sales Tax for Lawrence Doors $968.00 | | 78.41 |
| 06/04/2014 | Office Furniture USA | Invoice # 710750-0 | 1,220.45 |
| 06/12/2014 | Best Buy | | 1,629.23 |
| 06/16/2014 | Best Buy | | 1,199.53 |
| 06/23/2014 | Best Buy | | 1,772.74 |
| 07/07/2014 | Office Furniture USA | | 1,068.03 |
| 07/07/2014 | Office Furniture USA | | 862.64 |
| 07/14/2014 | Office Furniture USA | | 897.23 |
| 07/14/2014 | Best Buy | | 1,636.57 |
| 07/17/2014 | Best Buy | | 3,037.10 |
| 07/21/2014 | Office Furniture USA | | 1,539.34 |
| 07/24/2014 | Best Buy | | 1,216.19 |
| 08/13/2014 | Office Furniture USA | Storage Cabinet | 270.25 |
| 09/10/2014 | Office Furniture USA | Chair, Conf Table, Task Chairs | 1,848.51 |
| 09/14/2014 | Andy Gasser | Laptop, Printer and Accessories | 2,057.70 |
| 09/17/2014 | BizChair Office Furniture | Lockers for employees | 1,264.72 |
| 09/22/2014 | BizChair Office Furniture | Chair | 147.04 |
| 09/29/2014 | Best Buy | Lenovo laptop | 699.99 |
| 09/29/2014 | Best Buy | Brother Printer | 294.99 |
| 10/01/2014 | Office Furniture USA | Credenza & Table | 717.78 |
| 10/08/2014 | Lou Wiener | Dyson Vacuum | 461.29 |
| 10/31/2014 | Best Buy | Computer for Service | 1,808.65 |
| 11/30/2014 | Best Buy | Computer for Sasha | 1,161.59 |
| 12/08/2015 | Best Buy | Apple Mac Book-Doc | 3,537.93 |
| 01/12/2016 | McMaster-Carr | PO#KS3955 - Heavy Duty 4 Shelves cabinet | 1,209.93 |

105,526.29

B-50

| Item # | QTY | DESCRIPTION | MANUFACTURER | MODEL | SERIAL | From 2016 Appraisal FLV | OLV | Status 3/2016 |
|---|---|---|---|---|---|---|---|---|
| 3 | 1 | Ridgid Mount Open-Pocket Washer Extractor , (2002), 140-Lb. Capacity,42" Cylinder Dia., 26" Cylinder Depth,20.8 cu. Ft. Cylinder Volume, 33 & 40 RPM Wash Speeds, 10-Hp Motor & Controls | Milnor | 42026V8J | AAJ/0201068601 (Date Code- 2235) | | | 13th Street |
| 5 | 1 | Ridgid Mount Open-Pocket Washer Extractor , (2009), 125-Lb. Capacity, 19.2 Cu. Ft. Cylinder Volume;with 10-Hp Motor & | Unimac | UW125PVQU | 0609295930032269 | 6,000 | 8,000 | Mitchell |
| 6 | 1 | NaturalGasIndustrial Dryer, (2003),310-Lb.Max. Capacity, 62.5" Tumbler Dia., 80" Tumbler Depth, 106.5 cu. Ft. Tumbler Volume,36.75" x 43" Door | American Dryer Corporation | 310 | 48 1214 | 8,000 | 12,000 | Mitchell |
| 7 | 1 | Natural Gas Industrial Dryer, 190-Lb. Max.Capacity, 55.62" Tumbler Dia., | Milnor | MLG 190 | 567311 | | | 13th Street |
| 8 | 1 | Natural Gas Industrial Dryer, (1993), 150-Lb.Max. Capacity,52", Tumbler Dia., 40.5" Tumbler Depth, 58 cu. Ft. Tumbler Volume, 30" Door OpeninQ, 500,000 Btu/Hr. | Huebsch | Originator 150 | MTCK930600372 5 | | | 13th Street |
| 9 | 1 | NaturalGas Industrial Dryer, (2001), 125-Lb.Max.Capacity,44" Tumbler Dia., 41" Tumbler Depth, 35.1 cu. Ft. Tumbler Volume,26.875" Door Ooenina, 300,000 Btu/Hr. | Cissell | H0125G | 2012014574 | 1,500 | 2,000 | Mitchell |
| 10 | 1 | 40" Sliding Sealing Drawer, (2011) | Felrap | Felrapper Console F-240 | | 1,200 | 1,600 | Mitchell |
| 11 | 1 | 800mm Dia.3-Roll Flatwork Ironer,(2001), 3,000mm Working Width;with Jensen Draping Stacker Single Storage Bar Draping Stacker;Jensen Silverline Plus Automatic Folder/Crossfolder, | Jensen | Jenroll EX8 | 650353 | 17,500 | 22,500 | Mitchell |
| 12 | 1 | 1,300mm Dia. 2-Roll Flatwork Ironer, (2004) ;with Chicago Belt Spreader ; Chicago Skyline 2000 S-10-2000 120" 2-Lane A utomatic Folder/Crossfolder,S/N 53077 5/05, (2005), 80 to 200 FPM & PLC Controls | Chicago | Century 5200 Cent1162ST | 52000 5/04 | 35,000 | 40,000 | Mitchell |
| 13 | 1 | NaturalGas Wide-Body Steam Tunnel Finisher, (2007), 900 Garments/Hr., 400,000 Btu/Hr.;with 213"L x 85"W x 93"H Continuous Garment Pendant Conveyor · & PLC Controls | Colmac | CFS 1200 (D1206811) | 040907C FF0214 | | | 13th Street |
| 14 | 1 | 42"W x 71"1_ Small Piece Folder, (2004) , with Jensen Compact Plus Sin11e Stora11e Bar Stacker & PLC Controls | Jensen | Butterfly | 37-6148-CP | 5,000 | 6,500 | Mitchell |
| 15 | 1 | 36"W x 72"L Small Piece Folder (2005) | Chicago | Air Chicago | 53098 5/05 | 4,000 | 5,000 | Mitchell |
| 18 | 1 | Hydraulic Dump Hopper with 28"W x Approximately 30'L Power Belt Conveyor | Speed Check Conveyor | CDE-650 | 4916 | 4,000 | 5,000 | Mitchell |
| 19 | 1 | Waste Water Treatment System, To Include: T.E.A. 19023 Plate & Frame Heat Exchanger ;T.E.A. Custom Designed & Fabricated System 2000 Waste Water Recovery Unit; 48" x 17" Plate Pack with (107) Plates; 375-Gallon Holding Tank ; & 7,000-Gallon Cold Water Tank | | | | | | Parts |
| 21 | 1 | Double Buck Steam Type Laundry Press, (2000) | Unipress | CRD | 311321 | | | Mitchell |
| 22 | 1 | Heat Sealing Machine | Texas Automat ion | ES32 | 475 | 250 | 300 | Mitchell |
| 24 | 1 | Hot Water System,To Include: (2) Parker Boiler Natural Gas Fired,25-Hp Boilers, 1,075,000-Btu/Hr., 132-PS I,26902 Nat. Board Number; (1) T.E.A. DC-1-50 Water Heater, S/N 0161; (1) T.E.A. C2-G-15 Hot Water Tank , S/N 018945789 ;(1) Parker Boiler Natural Gas Fired,70-Hp Boiler, (1993) 2,940,000-Btu/ Hr., 150-PSI, 43085 Nat.Board Number;(2) T-Energy DS480072SS Water Softeners; & (3) Vertica l Steel Durabrin Tanks | Thermal Engineering | | | | | 13th Street |
| 27 | 1 | 4,900-Lb. LPG Fork Lift Truck (1973) with 188" Maximum Lift | Clark | C500-55 | 355-2200-2560 | 1,400 | 1,850 | Mitchell |
| 28 | 1 | 60"W x 60"L 5,000-Lb Platform Lift | Autoquip | | | | | 13th Street |
| 29 | 1 | Ridgid Mount Open-Pocket Washer Extractor, (2005), 140-Lb. Capacity, 42" Cylinder Dia., 26" Cylinder Depth. 20.8 cu. Ft. Cylinder Volume ,33 & 40 RPM Wash Speeds, 10-Hp Motor & Controls,14 ACOST1ceni | Milnor | 42026V6J | AAQ/0502421101 | 4,000 | 5,000 | Mitchell |
| 30 | 1 | Lot of Miscellaneous Office Furniture & Business Machines | | | | | | Mitchell |
| 31 | 1 | Lot of Miscellaneous Factory & Support Equipment | | | | | | Mitchell |
| 33 | 1 | Waste Water Heat Recovery System ;with Plate & Frame Heat Exchanger, (1986), with 54-Plates | Thermal Engineering of Arizona (T.E.A.) | TS-Sm | | 2,500 | 3,000 | Mitchell |
| 34 | 2 | 4x4 Roll off Scales | Airweiah | | | 16,000 | 23,500 | Mitchell |
| 1 | 1 | 30"W x 36'L Soiled Linen Sort Conveyor with Platform | Hvtrol | TL | 137795 | 1,250 | 1,750 | Mitchell |
| 2 | 1 | New Vertical Cart Dumoer | Speed Check | SCCD | | 5,000 | 6,500 | Mitchell |

| # | Qty | Description | Manufacturer | Model | Serial | Low | High | Notes |
|---|-----|-------------|--------------|-------|--------|-----|------|-------|
| 3 | 1 | Rebuilt, 12-Compartment Continuous Batch Wash Line, To Include: Milnor CONW306 H 35.5'W x Approx. 21'L Stainless Steel Incline Conveyor,S/N AAOn094060 ,(1998) ;(3) Milnor 4-Compartment Continuous Batch Washers , Model's 76039S4F, 76039S4L & 76039S4M, S/N's ABK/7094001 , ABK/7094002 & ABK/7094004, (1998) ; Milnor MP1603 R Laundry Press, S/N AAB/0201030901 , (2002) ;Milnor COINC11 Incline Load Conveyor ,S N AAG/0201072601 , (2002) ; Milnor COSH0112 Shuttle Conveyor , S/N AAB/0201071901, (2002) ; (5) Milnor 64058TG1 Natural Gas Fired Double Batch Dryers, S/N's AAB/020098240 1, AAB/020098720I,,AAB/020098710 1 ,AAB/020098230 I & AAB/020098230 1, (2002) ;Milnor Reusewat Reuse Water Tank Assembly , S/N AAJn094040, (1998) ; Milnor Flowlift Flow Lifter Tank , S/N AAHn094042, (1998); Milnor Flow SPLI Flow Splitter Tank, S/N AAHn094041, (1998);Milnor Mentor Controls,S/N 7094001, (1998) ; Milnor COSHQ 112 Shuttle Conveyor ,S/N AAB/0201071901, (2002); Milnor Inverter Drive Box, S/N AADn094076, (1998) ;& Milnor Belbow Control Center.AAA/0200959201, (2002) | Milnor | | | 200,000 | 250,000 | Mitchell |
| 4 | 1 | Direct Contact Water Heating Stack Economizer,(2011) | Thermal Engineering | DC-2 | | | | |
| 5 | 2 | 120" 2-Lane Automatic Folder/Crossfolder, (2008). 80 to 200 FPM;with Chicago King Edge 120" 2-Lane Automatic Spreader/Feeder ,S/N 54606 12/06, (2009), 30 to 150 FPM; Chicago Max Stack Stacker; & PLC Controls | Chicago | Skyline 2000 S-16-2000 | 66280 3/08 | 12,000 | 18,000 | Mitchell |
| 7 | 1 | 120" 2-Lane Automatic Cornerless Spreader/Feeder, (2005), 30 to 150 FPM. 1.800 Pieces/Hr. (at 13th st???) | Chicago | Eddie Maxx | 53315 4/5 | | | Mitchell |
| 8 | 2 | 36"W x 72"L Small Piece Folder, (2005) | Chicago | Air Chicago | 53317 7/05 & 53316 7/05 | 8,000 | 11,000 | Mitchell |
| 9 | 1 | r36"W x 72"L Small Piece Folder, (2008) | Chicago | Air Chicago | 66281 3/08 | 7,000 | 8,500 | Mitchell |
| 10 | 1 | 1,300mm Dia. 2-Roll Flatwork Ironer, (2006);with Chicago Belt Soreader & PLC Controls | Chicago | Century 5200 Cent1152ST | 53315 1/6 | 30,000 | 35,000 | Mitchell |
| 11 | 1 | 450lb., Open-Pocket Washer Extractor, (2009), 48" Door Opening, 136.75" Max. Tilting Height, 68" Cylinder Dia., 36" Cylinder Depth,75.6 cu. Ft. Cylinder Volume, 25 -32 RPM Wash Speeds , 40-Hp Motor & Controls | Milnor | 68036F5N | AAB/0803779601 | 12,500 | 16,500 | Mitchell |
| 13 | 1 | NEW, 500-Hp Natural Gas Fired Boiler, 150-PSI;with Hurst Boiler OM-D- 40-50 Deaerator; Grunfos HBCR15-7 Duplex Pump System; Webster HDRMB170-500-Mini MK7-M.30VGD-NFPA Ultra Low NOx Burner;Slowdown Separator ; & 50-Gallon Polyethylene Chemical Feed System | Hurst Boiler | S2-G-500-150 | | 100,000 | 135,000 | Mitchell |
| 17 | 1 | Double Buck Lab Coat Press (at 13th St) | Unipress | UDC | 166010 | | | parts |
| 19 | 1 | Steam Type Sleeve Press, (2001) | Unipress | ucs | 156010 | 1,000 | 1,500 | Mitchell |
| 20 | 3 | Lift Tables; with (12) Wire Carts Each | Norman | | | 4,500 | 6,000 | Mitchell |
| 21 | 6 | Spreaders/Feeders | Sager | 08 AC | 40331 | 10,000 | 15,000 | Mitchell |
| 22 | 1 | 100" to 140" Blanket Folder/Crossfolder, (2005) , Maximum Speed: 200-F PM 878 to 1 285 Blankets/Hr. ·with Large Piece | Lavatec | Lavafold | BFORV0501021 | 5,500 | 6,500 | Mitchell |
| 29 | 1 | NEW, Waste Water Heat Exchanger System | TEA | | | 25,000 | 30,000 | Mitchell |
| 31 | 1 | 450lb.Gas Heated Drver with Stainless Steel Lint Trao | Consolidated | 194GP | | 20,000 | 25,000 | Mitchell |
| 32 | 1 | 1OOhp Air Compressor with 3500oal. Air Receiver and New Air Drver | Atlas Cooco | | | 12,000 | 14,500 | Mitchell |
| 33 | 1 | Garment Finishing Tunnel | Colmac | CFS2100 | | | | Mitchell |
| 34 | 2 | Rebuilt, 8 roll Steam Heated Ironers | American | Hvpro's | | 36,000 | 46,000 | Mitchell |
| 35 | 1 | Water Softener | Kibler | Dual | | 7,000 | 8,500 | Mitchell |
| 36 | 2630 | Miscellaneous Laundry Carts of Various Sizes Each Value: | Lavatec | | | 200,000 | 250,000 | Mitchell |
| 100 | 1 | Rebuilt, 16-Compartment Continuous batch wash line Lavatec | Lavatec | | | 150,000 | 200,000 | Mitchell |
| 101 | 1 | 450 lb open pocket washer extractor (1999) | Brim | 4523020030 | 459808100 | 12,000 | 16,000 | Mitchell |
| 104 | 1 | Main Electrical switch board, 5 sections,3,000 amp, 480/277 | Sylvania | 3000A | | | | Mitchell |
| 105 | 1 | Transformer,500 kva, 3 phase, w 800 amp heavy duty switch | Siemens | 3f3y500ftp1 | | | | Mitchell |
| 107 | 1 | Transformer, 75 kva w/ 200 amp safety switch | Acme | | | | | Mitchell |
| 108 | 5 | Transformer, 30 kva w/ 60-100 amp safety switch | | | | | | Mitchell |
| 109 | 2 | Transformer, 7.5kva w/ 60 amp safety switch | Eaton | | | | | Mitchell |
| 110 | 1 | Water sfting system incl 2 primary tanks, secondary filtration system, johns water filtration system | Tenergy Water | vs48072ss | o2u160 | 8,000 | 10,000 | Mitchell |
| 111 | 2 | Polishing softners | | | | | | Mitchell |
| 112 | 1 | Hot water tank 70.5 x 96" | Anco | 2atm3672- | | 10,000 | 12,000 | Mitchell |
| 113 | 1 | Hot water tank 72 x 108" | | | | | | Mitchell |
| 114 | 1 | Lot of misc shop parts | | | | 30,000 | 40,000 | Mitchell |
| | 1 | 2003 Continuous Tunnel Washer, 16 module 200 lb | Lavatec | | 90.007 | 100,000 | 125,000 | Mitchell |
| 13 | 1 | Natural Gas Industrial Dryer, 110 lb 44" Tumbler dia, 41" tumbler depth, 36.1 cu ft volume, 300k btu | Cissell | L44FD42G | ABF11651 | 1,500 | 2,000 | Mitchell |
| 15 | 1 | 2000 Steam type dbl buck laundry press | UniPress | CRD | 0031321 | 2,500 | 3,000 | Mitchell |
| 17 | 1 | 2000 Steam Type Collar & Cuff Press | UniPress | 3TZP | 0054780 | 1,500 | 2,200 | Mitchell |
| 18 | 1 | 1981 Steam Type Dbl Pants Legger Press 24 x 42, w Finishing | American Ajax | 2442 | 260136361181 | 800 | 1,200 | Mitchell |
| 19 | 1 | 2011 Natural Gas Right Hand Wide body Steam Tunnel Finisher  900 oarments/hr | Colmac | CFS-1200 G/S RH | 110896GPF0180 | 20,000 | 25,000 | Mitchell |
| 29 | 1 | 2000 Automatic Folder / Cross foldeer w Jensen sngl storage | Jensen | Silverline Plus | 551190 / 630157 | 14,000 | 18,000 | Mitchell |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 35 | 1 | 2005 Automatic Small piece folder 36 x 72 | Chicago | | 53099 | 5,000 | 6,500 | Mitchell |
| 37 | 1 | 2012 refrigerated Air dryer, 288-scfm | Atlas Copco | FX 15 | CAI544761 | 3,500 | 4,500 | Mitchell |
| 41 | 1 | 2002 Triple pumping hot water system | TEA | PBB150BBA | PCB-02-2558 | | | Mitchell |
| 43 | 1 | 7,000 GALLON FIBERGS TANK | Justin Tanks | | | | | Mitchell |
| 44 | 1 | Skid mounted rotary air compressor | Gardner Denver | | | 10,000 | 12,500 | Mitchell |
| 53 | 1 | 2001 Natural Gas Industrial dryer | Cissewil | | 2012014574 | 1,500 | 2,000 | Mitchell |
| | 1 | Washer Extraction from Laundry List #M7972 | Unimac | | | 5,000 | 6,000 | Mitchell |
| | | Conveyor (48x60) | Roach | | | 1,750 | 2,250 | Mitchell |
| | | Conveyor (48x50) | Hytrol | | | 1,500 | 2,000 | Mitchell |
| | | Washer/Extractor | Wascomat | | | 1,000 | 1,500 | Mitchell |
| | | Washer/Extractor | B&C | | | 4,000 | 5,000 | Mitchell |
| | | Washer/Extractor | Unimac | | | 8,000 | 10,000 | Mitchell |
| | | Dryer | Cissell | | | 1,500 | 2,000 | Mitchell |
| | | Spotting board | Cissell | | | 2,000 | 3,000 | Mitchell |
| | | Dryer | Cissell | | | 1,500 | 2,000 | Mitchell |
| | | Dryer | Kenmore | | | 200 | 250 | Mitchell |
| | | Press | Forenta | | | 400 | 500 | Mitchell |
| | | Press | Forenta | | | 600 | 800 | Mitchell |
| | | Puff Iron | Forenta | | | 300 | 400 | Mitchell |
| | | Heat Seal | Texas | | | 250 | 300 | Mitchell |
| | | Small Piece Folder | Chicago | | | 7,000 | 8,500 | Mitchell |
| | | Ironer | American | | | 18,000 | 23,000 | Mitchell |
| | | Utility Cart | Taylor-Dunn | | | 500 | 800 | Mitchell |
| | | Van | GMC | | | 5,000 | 7,000 | Mitchell |
| | | Calculated Value | | | | 1,239,900 | ######## | |
| | | Value per Appraisal | | | | | | |
| | | Variance | | | | | | |
| | | | | | | (264,900) | (691,700) | expenses |
| | | | | | | 975,000 | 895,000 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Superior Linen, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **16-15388** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to Filing Date | ■ Operating a business<br>☐ Other _____ | **$9,446,897.00** |
   | **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$10,677,480.00** |
   | **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$11,972,081.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Debtor | Superior Linen, LLC | Case number *(if known)* | 16-15388 |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | 13th St. Property, LLC<br>c/o Perry Shirely Jr., Resident Agent<br>3634 Darren Thorton Way<br>Las Vegas, NV 89120 | 7/1/2016-9/30<br>/2016 | $29,459.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.2. | AmTrust<br>Attn: Managing Member<br>P.O. Box 6939<br>Cleveland, OH 44101-1939 | 7/1/2016-9/30<br>/2016 | $34,368.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | Baltic Linen<br>Attn: Managing Member<br>1999 Marcus Ave Suite 220<br>Lake Success, NY 11040-5485 | 7/1/2016-9/30<br>/2016 | $236,052.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Bedspreads Inc.<br>Attn: Managing Member<br>P.O. Box 28677<br>Las Vegas, NV 89126 | 7/1/2016-9/30<br>/2016 | $43,073.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | ChemTainer Los Angeles<br>Attn: Managing Member<br>135 E. Stanley St.<br>Compton, CA 90220 | 7/1/2016-9/30<br>/2016 | $151,514.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | City of North Las Vegas<br>Attn: Managing Member<br>2250 Las Vegas Blvd<br>N. North Las Vegas, NV 89030 | 7/1/2016-9/30<br>/2016 | $39,311.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | City of North Las Vegas - 3460-06-0<br>Attn: Managing Member<br>Dept P.O. Box 360118<br>N. Las Vegas, NV 89036-118 | 7/1/2016-9/30<br>/2016 | $125,538.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. | City of North Las Vegas -3462-06-6<br>Attn: Managing Member<br>Dept P. O. Box<br>N. Las Vegas, NV 89036-0118 | 7/1/2016-9/30<br>/2016 | $11,599.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Superior Linen, LLC | | Case number (if known) | 16-15388 |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Consolidated Int'l Corp**<br>**Attn: Managing Member**<br>**3804 Main Street, Suite 1**<br>**Chula Vista, CA 91911** | 7/1/2016-9/30<br>/2016 | $16,258.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. | **Ecolab**<br>**Attn: Managing Member**<br>**P.O. Box 100512**<br>**Pasadena, CA 91189-0512** | 7/1/2016-9/30<br>/2016 | $71,051.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. | **First Insurance Funding Corp.**<br>**Attn: Managing Member**<br>**P.O. Box 66468**<br>**Chicago, IL 60666-0468** | 7/1/2016-9/30<br>/2016 | $37,032.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. | **Global Industrial**<br>**Attn: Managing Member**<br>**P.O. Box 905713**<br>**Charlotte, NC 28290-5713** | 8/2016 | $9,676.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | **H & E Equipment Services**<br>**Attn: Managing Member**<br>**4129 Losee Road**<br>**North Las Vegas, NV 89030** | 7/1/2016-9/30<br>/2016 | $11,879.58 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. | **Health Plan of Nevada**<br>**Attn: Managing Member**<br>**P.O. Box 749546**<br>**Los Angeles, CA 90074-9546** | 7/1/2016-9/30<br>/2016 | $97,865.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15. | **Icon Pac Nevada**<br>**Attn: Managing Member**<br>**P.O. Box 843977**<br>**Los Angeles, CA 90084-3977** | 7/1/2016-9/30<br>/2016 | $103,361.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **Rent** |
| 3.16. | **K-1 Construction, Inc.**<br>**5640 Cameron St.**<br>**Las Vegas, NV 89118** | 8/2016 | $42,490.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Superior Linen, LLC**                                          Case number *(if known)*  **16-15388**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17 **Lincoln National Life Insurance**<br>Attn:  Managing Agent<br>1300 South Clinton St.<br>Fort Wayne, IN 46802 | 8/2016 | $6,960.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.18 **Barnett & Associates**<br>3883 Howard Hughes Parkway, #790<br>Las Vegas, NV 89169 | 8/2016 &<br>9/2016 | $10,572.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.19 **Nevada Department of Taxation**<br>Attn: Managing Member<br>555 E Washington Ave. Ste 1300<br>Las Vegas, NV 89101 | 7/1/2016-9/30<br>/2016 | $34,471.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.20 **Penske Truck Leasing Co., L.P.**<br>Attn: Managing Member<br>P.O. Box 7429<br>Pasadena, CA 91109 | 7/1/2016-9/30<br>/2016 | $178,390.94 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21 **Premier Dry Cleaning & Laundry**<br>Attn: Managing Member<br>441 Eastgate Rd #C<br>Henderson, NV 89011 | 7/1/2016-9/30<br>/2016 | $36,112.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.22 **Principal Financial Group**<br>Attn: Managing Member<br>PLIC-SBD Grand Island<br>P.O. Box 10372<br>Des Moines, IA 50306-0372 | 7/1/2016-9/30<br>/2016 | $12,654.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.23 **Shimmer Clothing Company**<br>Attn: Managing Member<br>4500 Dunham Street<br>Commerce, CA 90040 | 7/1/2016-9/30<br>/2016 | $128,468.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.24 **Southwest Gas Corporation**<br>Attn: Managing Member<br>P.O. Box 98890<br>Las Vegas, NV 89150 | 7/1/2016-9/30<br>/2016 | $124,973.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Superior Linen, LLC**                                    Case number (if known)  **16-15388**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.25. | **Staheli Laundry Services**<br>**Attn: Managing Agent**<br>**3146 E. Deseret Dr.**<br>**Saint George, UT 84790** | 7/1/2016-9/30<br>/2016 | $53,969.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.26. | **Stepsaver, Inc**<br>**Attn: Managing Member**<br>**1901 W, 2425 S.**<br>**Woods Cross, UT 84087** | 7/1/2016-9/30<br>/2016 | $8,879.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.27. | **TheLaundryList.com, Inc.**<br>**Attn: Brian B. Cohen, President**<br>**4525 Sherman Oaks, Ave., Ste. 200**<br>**Sherman Oaks, CA 91403** | 7/1/2016-9/30<br>/2016 | $77,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.28. | **United Cleaners Supply, Inc.**<br>**P.O. Box 90521**<br>**Henderson, NV 89009** | 7/1/2016-9/30<br>/2016 | $41,598.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.29. | **Venus Group**<br>**Attn: Managing Member**<br>**25861 Wright Street**<br>**Foothill Ranch, CA 92610** | 7/1/2016-9/30<br>/2016 | $101,560.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.30. | **Windstream Communications**<br>**Attn: Managing Member**<br>**P.O. Box 9001013**<br>**Louisville, KY 40290-1013** | 7/1/2016-9/30<br>/2016 | $7,315.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
   may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | **BrightLight Holdings, LLC**<br>**Attn: Richard L. Keister**<br>**3101 S. Ocean Dr., #3708**<br>**Hollywood, FL 33019**<br>**Member** | 10/1/2015<br>thru<br>9/30/2016 | $19,049.97 | **Reimbursements** |

Debtor    Superior Linen, LLC _____    Case number *(if known)* 16-15388

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **D.W. Doc Wiener** 117 S. Royal Ascot Dr. Las Vegas, NV 89144 Officer - President & Member | 10/1/2015 thru 9/30/2016 | $282,607.82 | W2 Wages |
| 4.3. **Doc Louis Wiener** 3930 Legend Hill St., #203 Las Vegas, NV 89129 General Manager (Relative of Officer; Son of D.W. Doc Wiener) | 10/1/2015 thru 9/30/2016 | $107,408.41 | W2 Wages |
| 4.4. **D.W. Wiener** 10244 Danskin Dr. Las Vegas, NV 89166 Supervisor (Relative of Officer; Son of D.W. Doc Wiener) | 10/1/2015 thru 9/30/2016 | $77,574.00 | W2 Wages |
| 4.5. **D.W. Doc Wiener** 117 S. Royal Ascot Dr. Las Vegas, NV 89144 Officer - President & Member | 10/1/2015 thru 9/30/2016 | $71,968.72 | Reimbursements |
| 4.6. **Doc Louis Wiener** 3930 Legend Hill St., #203 Las Vegas, NV 89129 General Manager (Relative of Officer; Son of D.W. Doc Wiener) | 10/1/2015 thru 9/30/2016 | $22,669.54 | Reimbursements |
| 4.7. **Robert E. Smith** P.O. Box 371789 Las Vegas, NV 89137 Officer - Chief Financial Officer | 10/1/2015 thru 9/30/2016 | $137,587.97 | W2 wages |
| 4.8. **D.W. Wiener** 10244 Danskin Dr. Las Vegas, NV 89166 Supervisor (Relative of Officer; Son of D.W. Doc Wiener) | 10/1/2015 thru 9/30/2016 | $4,775.96 | Reimbursements |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Superior Linen, LLC | Case number (if known) | 16-15388 |
|---|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | PWD Associates Inc. d/b/a Red Rock Insulation v. BRE/PAC Nevada, LLC and Superior Linen, LLC<br>A723828 | Collection, and expunging of frivolous lis pendens and/or mchanics lien asserted for work allegedly performed on Superior Linen's leased real property in North Las Vegas | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Superior Linen, LLC v. Aquarecycle, LLC<br>A736309 | Collection; Dismissed with Prejudice on 6/20/16 | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | Mara Hernandez v. Superior Linen, LLC and Tracy Trelz<br>A738187 | Alleged intentional torts committed by Tracy Trelz, as department head/manager, and allegedly imputed to Superior Linen per vicarious liability as employer, and related theories | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Keep Memory Alive<br>c/o Kaempfer Crowell, Ltd.,<br>Res. Agent<br>510 W. Fourth St.<br>Carson City, NV 89703 | Cash | 10/2015 | $5,000.00 |
| | Recipients relationship to debtor<br>None | | | |

Debtor    **Superior Linen, LLC**                                    Case number (if known)  **16-15388**

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | | |
| **LARSON & ZIRZOW, LLC** 850 E. Bonneville Ave. Las Vegas, NV 89101 | **Larson & Zirzow received a retainer of $35,000, and prior to the filing incurred and was paid the sum of $8,197 for pre-petition services, including the filing fee for the chapter 11 case, thus leaving a remaining balance in its trust account for post-petition services in the sum of $26,803.** | **9/28/2016; 9/30/2016** | **$35,000.00** |
| Email or website address **www.lzlawnv.com** | | | |
| Who made the payment, if not debtor? **Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

| Debtor | Superior Linen, LLC | Case number *(if known)* | 16-15388 |
|---|---|---|---|

■ Does not apply

**Address**

**Dates of occupancy**
**From-To**

---

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Superior Linen, LLC**                                          Case number *(if known)*  **16-15388**

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **13th Street Property**<br>**125 S. 13th Street**<br>**Las Vegas, NV 89101** | **New Image Dry Cleaners**<br>**Attn: Doc Louis Wiener,**<br>**Manager**<br>**125 S. 13th Street**<br>**Las Vegas, NV 89101** | **See Schedule B-50 (items listed with a location of 13th Street)** | ☐ No<br>■ Yes |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
   ■  No.
   ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**
   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Superior Linen, LLC**                                      Case number *(if known)*  **16-15388**

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

**26. Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

       ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Ellsworth & Stout, CPAs<br>7881 W. Charleston Blvd., Ste. 155<br>Las Vegas, NV 89117 | Outside Accountant:<br>2015 to present |
| 26a.2. | Bradshaw, Smith & Co., LLP<br>Mark A. Jolley<br>5851 W. Charleston Blvd.<br>Las Vegas, NV 89146 | Outside Accountant:<br>2014 |
| 26a.3. | Robert E. Smith<br>P.O. Box 371789<br>Las Vegas, NV 89137 | Chief Financial<br>Officer: 6/2013 to<br>9/2014; Analyst:<br>10/2014 to 9/2015;<br>Chief Financial<br>Officer: 10/2015 to<br>present |
| 26a.4. | Kurt Tashima<br>9633 Camino Capistrano Lane<br>Las Vegas, NV 89147 | Controller: 1/2015<br>to 6/2015 |
| 26a.5. | Kathryn Marck<br>1608 Sussex St., #201<br>Las Vegas, NV 89144 | Assistant<br>Controller: 7/2014<br>to present |
| 26a.6. | Evangeline Drake<br>6186 Jennings Cove Ct.<br>Las Vegas, NV 89148 | Accounts Payable:<br>3/2015 to present |
| 26a.7. | Adelaida Garcia Jackson<br>7929 Seabourn Ct.<br>Las Vegas, NV 89129 | Payroll/HR: 9/2014<br>to present |
| 26a.8. | Lance Yamashita<br>8215 Amphora St.<br>Las Vegas, NV 89139 | Senior Analyst:<br>10/2015 to present |
| 26a.9. | Andrew P. Gasser<br>4379 Brittonhurst Dr.<br>Hilliard, OH 43026 | Chief Financial<br>Officer: 9/2014 to<br>9/2015 |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

       ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

       ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

Debtor    **Superior Linen, LLC**                                          Case number *(if known)*   **16-15388**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **D.W. Doc Wiener**<br>**117 S. Royal Ascot Dr.**<br>**Las Vegas, NV 89144** | |
| 26c.2. | **Robert E. Smith**<br>**P.O. Box 371789**<br>**Las Vegas, NV 89137** | |
| 26c.3. | **Ellsworth & Stout, CPAs**<br>**7881 W. Charleston Blvd., Ste. 155**<br>**Las Vegas, NV 89117** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | **All on List of Equity Security Holders** |
|---|---|
| 26d.2. | **Midwest Community Development Fund VII**<br>**Attn:  Michael T. Johnson, Manager**<br>**909 Poydras Street, Ste. 2230**<br>**New Orleans, LA 70112** |
| 26d.3. | **SSG Capital**<br>**Five Tower Bridge, Suite 420**<br>**300 Barr Harbor Drive**<br>**Conshohocken, PA 19428** |
| 26d.4. | **Bradshaw, Smith & Co. LLP**<br>**5851 W. Charleston Blvd.**<br>**Las Vegas, NV 89146** |
| 26d.5. | **Ellsworth & Stout, CPAs**<br>**7881 W. Charlestopn Blvd., Ste. 155**<br>**Las Vegas, NV 89117** |
| 26d.6. | **Gordon Brothers**<br>**Prudential Tower**<br>**800 Boylston Street, 27th Floor**<br>**Boston, MA 02199** |
| 26d.7. | **FCC, LLC d/b/a First Capital Corp.**<br>**c/o Ares Commercial Finance LP**<br>**2000 Avenue of the Stars, 12th Floor**<br>**Los Angeles, CA 90067** |
| 26d.8. | **ACF Finco, LLP**<br>**c/o Ares Management, L.P.**<br>**2000 Avenue of the Stars, 12th Floor**<br>**Los Angeles, CA 90067** |
| 26d.9. | **A&M Capital Partners**<br>**289 Greenwich Ave., 2nd Floor**<br>**Greenwich, CT 06830** |
| 26d.10. | **Enhanced Capital**<br>**201 St. Charles Ave., Suite 3400**<br>**New Orleans, LA 70170** |

Debtor    Superior Linen, LLC                                         Case number (if known)  16-15388

**Name and address**

| | |
|---|---|
| 26d.11. | Twain Financial Partners<br>1232 Washington Ave., Suite 200<br>Saint Louis, MO 63103 |
| 26d.12. | DCA Capital Partners<br>661 Sierra Rose Dr.<br>Reno, NV 89511 |
| 26d.13. | Capstone<br>8681 W. Sahara Ave., #100<br>Las Vegas, NV 89117 |
| 26d.14. | Kensington Capital<br>95 St. Clair Ave. W., #905<br>Toronto, Ontario M4V 1N6<br>Canada |
| 26d.15. | Dudley Ventures<br>22 East Jackson St.<br>Phoenix, AZ 85004 |
| 26d.16. | CNH Finance<br>2 Greenwich Plaza<br>Greenwich, CT 06830 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Doc Louis Wiener | 9/2016 | Linen Count |
| | Name and address of the person who has possession of inventory records<br>Superior Linen | | |
| 27.2 | Doc Louis Wiener | 8/2016 | Linen Count |
| | Name and address of the person who has possession of inventory records<br>Superior Linen | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| D.W. Doc Wiener | 117 S. Royal Ascot Dr.<br>Las Vegas, NV 89144 | President - Managing Member | 11.44%<br>Membership<br>Interest |

Debtor    Superior Linen, LLC    Case number *(if known)*  16-15388

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rex Runzheimer | 5380 North Bay Road<br>Miami Beach, FL 33140 | Required Member per Operating Agreement | 13.03% thru Rex Runzheimer Living Trust |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Little Current, LLC | c/o Fred Seto<br>2316 Rancho Bel Air<br>Las Vegas, NV 89107 | Required Member per Operating Agreement | 15.46% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Rick Keister | 3101 S. Ocean Dr., #3708<br>Hollywood, FL 33019 | Required Member per Operating Agreement | 20.64% thru Bright Holdings, LLC |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Fortuna Partners One, LLC | c/o Philippe Pageau Goyette<br>6691 Las Vegas Blvd. S., Bldg. D210<br>Las Vegas, NV 89119 | Required Member per Operating Agreement | 13.41% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Robert E. Smith | P.O. Box 371789<br>Las Vegas, NV 89137 | Chief Financial Officer and Designated Responsible Person | 0.00% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Andrew P. Gasser | 4379 Brittonhurst Dr.<br>Hilliard, OH 43026 | Chief Financial Officer | 9/2014 to 9/2015 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | All items listed in SoFA Question 4 | | | |
| | Relationship to debtor | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor    **Superior Linen, LLC**                                        Case number *(if known)*  16-15388

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                        **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                        **Employer Identification number of the parent corporation**

Debtor  **Superior Linen, LLC**                                    Case number *(if known)*  **16-15388**

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 23, 2016**

**/s/ Robert E. Smith**                                    **Robert E. Smith**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Financial Officer & Designated
Responsible Person**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  __Superior Linen, LLC__ _____  Case No. __16-15388_____

_____ Debtor(s)  Chapter __11_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Larson & Zirzow received a total pre-petition retainer in the sum of $35,000 of which $8,197 was billed and paid pre-petition, including the filing fee for this chapter 11 case, thus leaving a balance continuing to be held in trust for post-petition services of the $26,803 as of the petition date.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__October 23, 2016_____        __/s/ Matthew C. Zirzow_____
_Date_                                       **Matthew C. Zirzow 7222**
                                             _Signature of Attorney_
                                             **LARSON & ZIRZOW, LLC**
                                             **850 E. Bonneville Ave.**
                                             **Las Vegas, NV 89101**
                                             **(702) 382-1170  Fax: (702) 382-1169**
                                             _Name of law firm_

---

# United States Bankruptcy Court
### District of Nevada

In re   **Superior Linen, LLC**

Debtor(s)

Case No.   **16-15388**
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Andrew P. Gasser<br>4379 Brittonhurst Dr.<br>Hilliard, OH 43026 | Common | 0.62% | Member |
| BrightLight Holdings, LLC<br>Attn: Richard L. Keister<br>3101 S. Ocean Dr., #3708<br>Hollywood, FL 33019 | Class A | 20.64% | Member |
| D.W. Doc Wiener<br>117 S. Royal Ascot Dr.<br>Las Vegas, NV 89144 | Common | 11.44% | Member |
| ESC Capital<br>Attn: Eric McLellan, President<br>139 E. Warm Springs Rd.<br>Las Vegas, NV 89119 | Class A | 0.21% | Member |
| Florian Nanz<br>Augsburger Strasse 554<br>Stuttgard 70329 Germany | Class A | 1.74% | Member |
| Fortuna Partners One, LLC<br>Attn: Philippe Pageau-Goyette<br>6671 Las Vegas Blvd. S. Bldg. D210<br>Las Vegas, NV 89119 | Class A | 13.41% | Member |
| Glen Amador<br>612 Chervile Valley<br>Las Vegas, NV 89138 | Class A | 2.68% | Member |
| Goyette Irrevocable Trust<br>Attn: Managing Agent or Trustee<br>6671 Las Vegas Blvd. S. Bldg. D210<br>Las Vegas, NV 89119 | Class A | 2.74% | Member |
| Little Current, LLC<br>Attn: Frederick Seto<br>2316 Ranch Bel Air<br>Las Vegas, NV 89107 | Class A | 15.46% | Member |
| M-Superior Investor, LLC<br>Attn: Camilo Miguel Jr.<br>119 Washington Ave., #505<br>Miami Beach, FL 33139 | Class A | 1.05% | Member |

Sheet 1 of 2 in List of Equity Security Holders

In re:  **Superior Linen, LLC**                                    Case No.  **16-15388**

                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Montresor Corporation**<br>**Attn: Ingrid Goyette, President**<br>**6671 Las Vegas Blvd., Bldg. D210**<br>**Las Vegas, NV 89119** | Class A | **5.90%** | **Member** |
| **Moritz Kratzer**<br>**Moselstr. 30**<br>**81677 Munchen  Germany** | Class A | **0.78%** | **Member** |
| **Nameriko, LLC**<br>**913 N. Market Street #1010**<br>**Wilmington, DE 19801** | Class A | **0.91%** | **Member** |
| **RD VII Investments, LLC**<br>**c/o Samuel Schwartz, Esq.**<br>**Schwartz Flansburg, PLLC**<br>**6623 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89119** | Class A | **6.74%** | **Member** |
| **Rex Runzheimer Living Trust**<br>**Attn: Trustee or Managing Agent**<br>**5380 North Bay Road**<br>**Miami Beach, FL 33140** | Class A | **13.03 %** | **Member** |
| **SPG Investments, LLC**<br>**c/o Little Current, LLC as Manager**<br>**840 S. Rancho Dr.**<br>**Las Vegas, NV 89106** | Class A | **2.65%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer & Designated Responsible Person** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 23, 2016**                     Signature  **/s/ Robert E. Smith**

                                                **Robert E. Smith**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Nevada

In re  Superior Linen, LLC

Debtor(s)

Case No.  16-15388

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Superior Linen, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

BrightLight Holdings, LLC
Attn: Richard L. Keister
3101 S. Ocean Dr., #3708
Hollywood, FL 33019

Fortuna Partners One, LLC
Attn: Philippe Pageau-Goyette
6671 Las Vegas Blvd. S. Bldg. D210
Las Vegas, NV 89119

Little Current, LLC
Attn: Frederick Seto
2316 Ranch Bel Air
Las Vegas, NV 89107

Rex Runzheimer Living Trust
Attn: Trustee or Managing Agent
5380 North Bay Road
Miami Beach, FL 33140

☐ None [Check if applicable]

October 23, 2016

Date

/s/ Matthew C. Zirzow

Matthew C. Zirzow 7222
Signature of Attorney or Litigant
Counsel for  Superior Linen, LLC
LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
(702) 382-1170 Fax:(702) 382-1169

# United States Bankruptcy Court
## District of Nevada

In re    __Superior Linen, LLC__ _____
                              Debtor(s)

Case No. __16-15388__

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer & Designated Responsible Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __October 23, 2016__ _____

/s/ Robert E. Smith _____
**Robert E. Smith/Chief Financial Officer & Designated Responsible Person**
Signer/Title

# Superior Linen  16-15388-mkn
## Supplemental Matrix
### Parties added 10/24/2016

Alternative Office Systems
Attn: Managing Member
3930 W. Ali Baba Lane
Las Vegas, NV 89118

AmTrust Insurance Co. of Kansas
Attn:  Managing Agent
11300 Tomahawk Creek Pkwy., Suite 300
Leawood, KS 66211

Avi Resort & Casino
Attn: Managing Agent
10000 Aha Macav Parkway
P.O. Box 77000
Laughlin, NV 89028-7011

Balboa Capital Corporation
Attn: Managing Agent
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626

BRE/Pac Nevada, LLC
c/o IndCor Properites
Attn: Lease Administration
2 N. Riverside Plaza, Ste. 2350
Chicago, IL 60606

BRE/Pac Nevada, LLC
c/o IndCor Properites
Attn: Charles E. Sullivan
7887 E. Belleview Ave., Ste. 325
Englewood, CO 80111

Bluehorse Corporation
Attn:  Akenaten Bluehorse
720 Steward #8
Reno, NV 89502

Bluehorse Corporation
c/o Akenaten Bluehorse
Resident Agent
212 Hillcrest Dr., #1A
Reno, NV  89509

Buddha dba TAO Nightclub
Attn: Managing Agent
3377 Las Vegas Blvd. South
Las Vegas, NV 89109

Codale Electric Supply, Inc.
Attn: Managing Agent
3920 W. Sunset Rd., #A
Las Vegas, NV 89118

David Lowden
3221 S. Torrey Pines
Las Vegas, NV 89146

El Cortez Hotel & Casino
Attn: General Manager
600 East Fremont Street
Las Vegas, NV 89101

El Cortez Hotel & Casino
Attn: Joe Woody
600 East Fremont St.
Las Vegas, NV 89101

Fortuna Partners Two, LLC
Attn:  Phillippe Goyette
139 E. Warm Springs Rd.
Las Vegas, NV 89119

FP Holdings, L.P.
dba The Palms Casino Resort
Attn: Managing Agent
4321 W. Flamingo Rd.
Las Vegas, NV 89178

G&B Fence
Attn: Managin Agent
3748 Archer St.
Las Vegas, NV 89108

Golden Gate Casino, LLC
Attn: Susan Hitch, CFO
1 Fremont Street
Las Vegas, NV 89101

HCA Far West Supply Chain Services
Division Director of Contracting
1120 W. Sportsplex Drive
Kaysville, UT 84037

International Fidelity Corp.
Attn:  Managing Agent
One Newark Center
Newark, NJ 07102-5207

Jean Development Company, LLC
Attn: Managing Agent
5195 S. Las Vegas blvd.
Las Vegas, NV 89119

Kevin M. Hanratty, Esq.
Hanratty Law Group
1815 Village Center #140
Las Vegas, NV 89134

LAVO Restaurant & Casino Club
Attn: Managing Agent
3325 Las Vegas Blvd. S.
Las Vegas, NV 89109

LVGV, LLC
dba The M Resort Spa and Casino
12300 S. Las Vegas Blvd.
Henderson, NV 89044

Mara Hernandez
c/o Cory J. Hilton, Esq.
Law Office of Cory J. Hilton
5545 Mountain Vista St., Suite E
Las Vegas, NV 89120-2115

Martin Harris Construction
Attn: Managing Agent
3030 S. Highland Dr.
Las Vegas, NV 89109

Marnell Gaming, LLC
Attn: Mark Bryant
2020 S. Casino Dr.
Laughlin, NV 89028

Mountain View Hospital & Medical Center
Attn: Director of Enviornmental Services
3100 N. Tenaya Way
Las Vegas, NV 89128

National Union Fire Insurance Co.
of Pittsburg, Pa.
Attn: Managing Agent
175 Water St., 18th Floor
New York, NY 10038

NEDCO IMC
Attn: Managing Agent
4200 W. Spring Mtn. Rd.
Las Vegas, NV 89102

New Image Dry Cleaners LLC
Attn: Andrew Zimmerman
Resident Agent
3644 Emerald Beach Ct.
Las Vegas, NV 89147

PWD Associates, Inc.
d/b/a Red Rock Insulation
c/o Marquiz Law Office, Resident Agent
3088 Via Flaminia Ct.
Henderson, NV 89052

Red Rock Insulation
Attn: Managing Agent
5810 S. Wynn Road
Las Vegas, NV 89118

Ohio Security Insurance Company
Attn: Managing Agent
9450 Seward Rd.
Fairfield, OH 45014

Piero's
Attn: Managing Agent
355 Convention Center
Las Vegas, NV 89169

Pioneer Hotel, Inc.
dba Pioneer Hotel & Gamling Hall
Attn: Margaret Gabaldon
2200 S. Casino Drive
Laughlin, NV 89029

Plaza Hotel and Casino, LLC
dba Plaza
Attn: Michael Pergolini
One Main Street
Las Vegas, NV 89101

QTS Custom Payrll & HR Solutions
Attn: Managing Member
8170 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117

Railroad Cleaners
Attn: S. Cunningham, Resident Agent
2195 Railroad Ave.
Pittsburg, CA 94565

Riverside Resort & Casino, LLC
Attn: Managing Agent
1650 South Casino Drive
Laughlin, NV 89029

Robert E. Smith
2003 Cedarcrest Ct.
P.O. Box 371789
Las Vegas, NV 89134

RoofDeck, LLC
dba Marquee Kitchen
Attn: Managing Agent
3700 Las Vegas Blvd. South
Las Vegas, NV 89109

SalesForce.com Inc.
Attn: Managing Agent
The Landmark at One Market, #300
San Francisco, CA 94105

Southern Hills Hospital & Medical Center
Attn: Director of Environmental Services
9300 W. Sunset Road
Las Vegas, NV 89148

The Primadonna Company, LLC
Primm Valley/Bufffalo Bills/Whiskey Pete
Attn: Managing Agent
31900 Las Vegas Blvd. South
Jean, NV 89019

TopGolf USA Las Vegas, LLC
Attn: Managing Agent
4627 Koval Lane
Las Vegas, NV 89109

TPM Services LLC
c/o Marc R. Bawden, Resident Agent
8309 Mount Logan Ct.
Las Vegas, NV 89131

TPM Services, LLC
c/o Rishawn Newman
3223 Via Seranova
Henderson, NV 89044

Tracy Trelz
c/o Lucas A. Grower, Esq.
515 S. 3rd St., Suite B
Las Vegas, NV 89101

United Healthcare Insurance Co.
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 740800
Atlanta, GA 30374-0800

West American Insurance Company
Attn: Managing Agent
175 Berkley St.
Boston, MA 02116

United Cleaners Supply, Inc.
Attn: Managing Agent
P.O. Box 90521
Sherman Oaks CA 91403