LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SUPERIOR LINEN, LLC,<br><br>Debtor. | Case No.: BK-S-16-15388-mkn<br>Chapter 11<br><br>Date:  OST PENDING<br>Time:  OST PENDING |

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME TO HEAR DEBTOR'S SECOND MOTION FOR AN ORDER:  (I) AUTHORIZING SUPERPRIORITY POST-PETITION FINANCING; (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (III) APPROVING LOAN DOCUMENTS RELATING TO THE FOREGOING; (IV) GRANTING RELIEF FROM THE AUTOMATIC STAY; AND (V) GRANTING OTHER RELATED RELIEF**

As required by the Court, I have contacted the parties below regarding the proposed Order Shortening Time to hear *Debtor's Second Motion For an Order: (I) Authorizing Superpriority Post-Petition Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Approving Loan Documents Relating to the Foregoing; (IV) Granting Relief From the Automatic Stay; and (V) Granting Other Related Relief* (the "Motion") filed in Debtor's bankruptcy case, and their positions on an order shortening time to hear the foregoing are as follows:

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| Office of the United States Trustee (J. Michal Bloom) | 1/6/2017 | | No response |
| Samuel Schwartz, Esq. Counsel for RD VII Investments, LLC | 1/6/2017 | X | |
| Candace Carlyon, Esq. (Counsel for Unsecured Creditors Committee) | 1/6/2017 | X | |
| Ryan J. Works, Esq. (Counsel for Midwest Community Develop.) | 1/6/2017 | | No response |

Dated: January 23, 2016.

LARSON & ZIRZOW, LLC

By:   /s/ Matthew C. Zirzow
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2