Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Tel.: (702) 873-4100
Fax: (702) 873-9966
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

Matthew S. Okin (admitted pro hac vice)
Texas Bar No. 00784695
David L. Curry, Jr. (admitted pro hac vice)
Texas Bar No. 24065107
OKIN & ADAMS LLP
1113 Vine St. Suite 201
Houston, Texas 77002
Tel: (713) 228-4100
Fax: (888) 865-2118
cadams@okinadams.com
dcurry@okinadams.com

*Attorneys for Midwest Community Development Fund VII, LLC*

*Electronically Filed January 23, 2017*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 16-15388-mkn |
| SUPERIOR LINEN, LLC, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

On the 20th day of January, 2017, I served the following document(s):

1. ***Notice of Subpoena Duces Tecum*** [Docket No. 205].

The undersigned hereby certifies that she served a true and correct copy of the foregoing pleadings by the following means:

    a.    ☒ **ECF System** (You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary).

***SEE ATTACHED NOTICE OF ELECTRONIC FILING***

b. ☒ **United States Postal Service**, postage fully prepaid *(Lists persons and addresses)*.

| | |
|---|---|
| Kung & Brown, PLC on behalf of<br>Creditor Baltic Linen Co. Inc.<br>214 S. Maryland Parkway<br>Las Vegas, NV 89101 | Larson & Zirzow, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101 |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of January, 2017.

/s/ Marianne Carter
An Employee of McDonald Carano Wilson LLP

**File a Notice:**

16-15388-mkn SUPERIOR LINEN, LLC
Type: bk    Chapter: 11 v    Office: 2 (Las Vegas)
Assets: y    Judge: mkn    Case Flag: BAPCPA

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from AMANDA M. PERACH entered on 1/20/2017 at 5:18 PM PST and filed on 1/20/2017
Case Name:     SUPERIOR LINEN, LLC
Case Number:     16-15388-mkn
Document Number: 205

Docket Text:
Notice *of Subpoena Duces Tecum* Filed by AMANDA M. PERACH on behalf of MIDWEST COMMUNITY DEVELOPMENT FUND VII, LLC (PERACH, AMANDA)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:Notice of Subpoena.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=989277954 [Date=1/20/2017] [FileNumber=29588149-0
] [4c187082f478ccfeefe62b589236fbbcb70ad09bc2f381303977d200aff42044970
3c1c7dee9f46f882be4899a1ed829ddb54309192791d5e43fb541355758ba]]

**16-15388-mkn Notice will be electronically mailed to:**

J MICHAL BLOOM on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
j.michal.bloom@usdoj.gov, j.michal.bloom@usdoj.gov

BRANDY L BROWN on behalf of Creditor BALTIC LINEN CO INC
bbrown@ajkunglaw.com, paralegal2@ajkunglaw.com;paralegal3@ajkunglaw.com;attorney5@ajkunglaw.com;paralegal5@ajkunglaw.com

CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL UNSECURED CREDITORS COMMITTEE
ccarlyon@mpplaw.com, CRobertson@MPPLAW.com;nrodriguez@mpplaw.com;mcarlyon@mpplaw.com

MATTHEW R. CARLYON on behalf of Creditor Committee OFFICIAL UNSECURED CREDITORS COMMITTEE
mcarlyon@mpplaw.com, CRobertson@MPPLAW.com;nrodriguez@mpplaw.com;ccarlyon@mpplaw.com

LARS EVENSEN on behalf of Creditor 13TH STREET PROPERTIES NORTH, LLC
agstajkowski@hollandhart.com, ecftevensen_bk@hollandhart.com;lkevensen@hollandhart.com

LARS EVENSEN on behalf of Creditor 13TH STREET PROPERTY, LLC
agstajkowski@hollandhart.com, ecftevensen_bk@hollandhart.com;lkevensen@hollandhart.com

BLAKELEY E. GRIFFITH on behalf of Creditor CITY OF NORTH LAS VEGAS
bgriffith@swlaw.com, docket_las@swlaw.com;mfull@swlaw.com;jmath@swlaw.com;jvelarde@swlaw.com;cgianelloni@swlaw.com

H STAN JOHNSON on behalf of Interested Party MAX ENTERPRISES, LLC
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com;cj@cohenjohnson.com;sgondek@cohenjohnson.com

ROBERT R. KINAS on behalf of Creditor CITY OF NORTH LAS VEGAS
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

MICHAEL S KOGAN on behalf of Creditor BALTIC LINEN CO INC
mkogan@koganlawfirm.com

A.J. KUNG on behalf of Creditor BALTIC LINEN CO INC
ajkung@ajkunglaw.com,
bbrown@ajkunglaw.com;paralegal2@ajkunglaw.com;paralegal5@ajkunglaw.com;paralegal3@ajkunglaw.com;gspangler@ajkunglaw.com;paralegal4@ajkunglaw.com

WILLIAM M. NOALL on behalf of Creditor NEVADA PROPERTY 1 LLC DBA THE COSMOPOLITAN OF LAS VEGAS
bknotices@gtg.legal, wnoall@gtg.legal

ALLYSON R. NOTO on behalf of Creditor Icon Pac Nevada Owner Pool 3, Nevada, LLC
allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com

AMANDA M. PERACH on behalf of Creditor MIDWEST COMMUNITY DEVELOPMENT FUND VII, LLC
aperach@mcdonaldcarano.com, mcarter@mcdonaldcarano.com

SAMUEL A. SCHWARTZ on behalf of Creditor RD VII INVESTMENTS, LLC
sam@nvfirm.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com

MICHAEL A. SHAKOURI on behalf of Creditor DTG LAS VEGAS, LLC
mshakouri@goodkinlynch.com

JEFFREY R. SYLVESTER on behalf of Creditor Icon Pac Nevada Owner Pool 3, Nevada, LLC
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor NEVADA PROPERTY 1 LLC DBA THE COSMOPOLITAN OF LAS VEGAS
mweisenmiller@gtg.legal, bknotices@gtg.legal

RYAN J. WORKS on behalf of Creditor MIDWEST COMMUNITY DEVELOPMENT FUND VII, LLC
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Debtor SUPERIOR LINEN, LLC
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

**16-15388-mkn Notice will not be electronically mailed to:**

DAVID CURRY, JR. on behalf of Creditor MIDWEST COMMUNITY DEVELOPMENT FUND VII, LLC
113 VINE STREET, SUITE 201
HOUSTON, TX 77002

KUNG & BROWN, PLC on behalf of Creditor BALTIC LINEN CO INC
214 S. MARYLAND PKWY
LAS VEGAS, NV 89101

LARSON & ZIRZOW, LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101

MATTHEW S. OKIN on behalf of Creditor MIDWEST COMMUNITY DEVELOPMENT FUND VII, LLC
1113 VINE STREET, SUITE 201
HOUSTON, TX 77002