_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
January 24, 2017

_____

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>SUPERIOR LINEN, LLC,<br><br>Debtor. | Case No.: BK-S-16-15388-mkn<br>Chapter 11<br><br>Date: January 27, 2017<br>Time: 10:30 a.m. |
|---|---|

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR SECOND MOTION FOR AN ORDER: (I) AUTHORIZING SUPERPRIORITY POST-PETITION FINANCING; (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (III) APPROVING LOAN DOCUMENTS RELATING TO THE FOREGOING; (IV) GRANTING RELIEF FROM THE AUTOMATIC STAY; AND (V) GRANTING OTHER RELATED RELIEF**

This Court having considered the *Ex Parte Application for Order Shortening Time to Hear Debtor's Second Motion For an Order: (I) Authorizing Superpriority Post-Petition Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III)*

*Approving Loan Documents Relating to the Foregoing; (IV) Granting Relief From the Automatic Stay; and (V) Granting Other Related Relief* (the "Application") filed by Superior Linen, LLC, a Nevada limited liability company, as debtor and debtor in possession (the "Debtor"), which sought a hearing on shortened time to hear *Debtor's Second Motion For an Order: (I) Authorizing Superpriority Post-Petition Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Approving Loan Documents Relating to the Foregoing; (IV) Granting Relief From the Automatic Stay; and (V) Granting Other Related Relief* (the "Motion") [ECF No. 208], and good cause appearing,

IT IS HEREBY ORDERED that the Debtor's Application is GRANTED;

IT IS FURTHER ORDERED that a hearing on Debtor's Motion shall be heard on shortened time on ___January 27___, 2017 at __10 : 30 a__.m. in the Foley Federal Building, located at 300 Las Vegas Boulevard South, Third Floor, Courtroom 2, Las Vegas, Nevada 89101; and

IT IS FURTHER ORDERED that any objections or oppositions to Debtor's Motion shall be filed by __noon on January 26, 2017__; any replies to the objections or oppositions shall be filed by __the hearing date and time__; and that Debtors' Motion and this Order Shortening Time shall be served with __1__ days from the entry of this Order Shortening Time.

**IT IS SO ORDERED.**

Prepared and submitted by:

LARSON & ZIRZOW, LLC

By:  /s/ Matthew C. Zirzow
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

# # #

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169