1  LARSON & ZIRZOW, LLC
   ZACHARIAH LARSON, ESQ.
2  Nevada Bar No. 7787
   E-mail: zlarson@lzlawnv.com
3  MATTHEW C. ZIRZOW, ESQ.
   Nevada Bar No. 7222
4  E-mail: mzirzow@lzlawnv.com
   850 E. Bonneville Ave.
5  Las Vegas, Nevada 89101
   Tel: (702) 382-1170
6  Fax: (702) 382-1169
7
8  Attorneys for Debtor

9

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

10

11

12  In re:                                    Case No.: BK-S-16-15388-mkn
                                              Chapter 11
    SUPERIOR LINEN, LLC,
13

14                            Debtor.          Date: N/A
                                               Time: N/A
15

### SECOND STIPULATION TO CONTINUE DEADLINE FOR THE
### DEBTOR TO ASSUME OR REJECT UNEXPIRED LEASE OF
### NONRESIDENTIAL REAL PROPERTY PURSUANT TO
### 11 U.S.C. § 365(d)(4) RE: 13TH STREET PROPERTY MASTER LEASE

16

17

18      Superior Linen, LLC, a Nevada limited liability company, as debtor and debtor in

19  possession (the "Debtor"), and 13th Street Property LLC and 13th Street Properties North, LLC

20  (collectively, the "Landlord", and together with the Debtor, the "Parties"), hereby stipulate and

21  agree (the "Stipulation") as follows:

22      1.      On January 18, 2017, the Parties entered into that certain *Stipulation to Continue*

23  *Deadline for the Debtor to Assume or Reject Unexpired Lease of Nonresidential Real Property*

24  *Pursuant to 11 U.S.C. § 365(d)(4) Re: 13th Street Property Master Lease* (the "First Stipulation")

25  [ECF No. 199], which was approved by entry of an order entered on January 19, 2017 (the "First

26  Order") [ECF No. 203], which extended the Assumption/Rejection Deadline through and

27  including March 29, 2017.  Except as modified herein, the terms of the First Stipulation and the

28  First Order are incorporated herein by reference and shall continue in full force and effect.  Unless

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the First Stipulation and the First Order.

2.    The Parties have conferred in good faith and at arms' length and determined that, in order to allow them to continue their discussions, among other reasons, it is in their best interests to agree to extend the Assumption/Rejection Deadline voluntarily an additional sixty (60) days as to the Lease, thus extending the Assumption/Rejection Deadline for the Lease through and including May 29, 2017.   The foregoing extension is without prejudice to further possible extensions of the Assumption/Rejection Deadline for the Lease as may be agreed to by the Parties in writing or as ordered by the Court.

NOW, THEREFORE, the Parties request that the Court enter the proposed Order attached hereto as **Exhibit 1**, thereby approving this Stipulation.

DATED:  March 29, 2017.

LARSON & ZIRZOW, LLC

By:   /s/ Matthew C. Zirzow
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel:  (702) 382-1170
Fax:  (702) 382-1169

Attorneys for Debtor

HOLLAND & HART, LLP

By:   /s/ Lars K. Evensen
LARS K. EVENSEN, ESQ.
Nevada Bar No. 8061
E-Mail: lkevensen@hollandhart.com
9555 Hillwood Dr., 2nd Floor
Las Vegas, NV 89134
Tel: (702) 669-4631
Fax: (702) 669-4650

Attorneys for 13th Street Property LLC
and 13th Street Properties North, LLC

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2

# EXHIBIT "1"

1

2

3

4

5

6

7

8

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

9

10

11

12

13

14

15

16

17

18

19

20

21

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

SUPERIOR LINEN, LLC,

            Debtor.

Case No.: BK-S-16-15388-mkn
Chapter 11

Date:  N/A
Time:  N/A

22

23

24

**ORDER GRANTING SECOND STIPULATION TO CONTINUE DEADLINE FOR**
**THE DEBTOR TO ASSUME OR REJECT UNEXPIRED LEASE OF**
**NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)**
**RE: 13TH STREET PROPERTY MASTER LEASE**

25

26

27

28

    Superior Linen, LLC, a Nevada limited liability company, as debtor and debtor in possession (the "Debtor"), and 13th Street Property LLC and 13th Street Properties North, LLC (collectively, the "Landlord", and together with the Debtor, the "Parties") having entered into that certain *Second Stipulation to Continue Deadline for the Debtor to Assume or Reject*

*(sidebar)* LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

*Unexpired Lease of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) Re: 13th Street Property Master Lease* (the "Stipulation")[1]; the Court having reviewed and considered the same; and good cause appearing;

**IT IS HEREBY ORDERED:**

1.    The Stipulation is APPROVED.

2.    The Debtor's Assumption/Rejection Deadline pursuant to 11 U.S.C. § 365(d)(4) as to the Lease is extended through and including May 29, 2017. The foregoing extension is without prejudice to further possible extensions of the Assumption/Rejection Deadline for the Lease as may be agreed to by the Parties in writing or as ordered by the Court.

3.    The Court reserves jurisdiction over the interpretation and implementation of the Stipulation and this Order. The effective date of this Order shall relate back to the date of entry of the Stipulation on the docket.

**IT IS SO ORDERED.**

LARSON & ZIRZOW, LLC                    HOLLAND & HART, LLP

By:  /s/ Matthew C. Zirzow            By:  /s/ Lars K. Evensen
ZACHARIAH LARSON, ESQ.          LARS K. EVENSEN, ESQ.
Nevada Bar No. 7787                        Nevada Bar No. 8061
MATTHEW C. ZIRZOW, ESQ.        E-Mail: lkevensen@hollandhart.com
Nevada Bar No. 7222                        9555 Hillwood Dr., 2nd Floor
850 E. Bonneville Ave.                      Las Vegas, NV 89134
Las Vegas, NV 89101                        Tel: (702) 669-4631
Tel: (702) 382-1170                          Fax: (702) 669-4650
Fax: (702) 382-1169

                                                        Attorneys for 13th Street Property LLC
Attorneys for Debtor                        and 13th Street Properties North, LLC

* * *

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as set forth in the Stipulation.