**SHELLEY D. KROHN**
Trustee in Bankruptcy
510 S. 8th Street
Las Vegas, NV 89101
(702) 421-2210 Fax (702) 366-1939
Shelley@TrusteeKrohn.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Chapter 7<br>Case No. BK-S 16-15388-MKN |
| SUPERIOR LINEN, LLC<br><br>Debtor(s). | **MOTION FOR AN ORDER AUTHORIZING PAYMENT OF ACCOUNTANT FEES TO PAUL M. HEALEY, CPA, IN THE AMOUNT OF $3,066.25** |
| | Hearing Date:  February 7, 2019<br>Hearing Time: 11:00 am |

SHELLEY D. KROHN, TRUSTEE of the above-entitled Estate, pursuant to Fed.R.Bank.P. 2002(a)(6), hereby moves this Court for an Order Authorizing payment of accountant's fees in the amount of $3,066.25.  An order approving the retention of Paul M. Healey, CPA was entered on August 28, 2018 (ECF #629).  An itemized statement of the services rendered is attached as Exhibit 1.  The fees include preparation of all Federal tax returns for the 2016 and 2017 tax years. Redacted copies of the returns that were prepared are attached as Exhibits 2 and 3, respectively. Shelley D. Krohn, Trustee, respectfully requests this Court to approve the fee request.

DATED this ____ day of January, 2019.

_____
SHELLEY D. KROHN, TRUSTEE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1



# Paul M. Healey & Sons CPAs Ltd.

| | |
|---|---|
| 3263 E. Warm Springs Road | 91 South Emery Street |
| Las Vegas, NV 89120 | Pahrump, NV 89048 |
| (702) 968-7800 Phone | (775) 751-3133 Phone |
| (702) 968-7803 Fax | (775) 751-3131 Fax |

Paul M. Healey
Certified Public Accountant
paul@healeyandsonscpas.com

Christopher C. Healey
Certified Public Accountant
chris@healeyandsonscpas.com

Michael J. Healey
Certified Public Accountant
Master of Science in Accountancy
mike@healeyandsonscpas.com

December 26, 2018

Invoice

Superior Linen LLC
C/O: Shelley D. Krohn, Bankruptcy Trustee
510 S. 8th St.
Las Vegas, NV 89101

| Paul Healey | | Hours |
|---|---|---|
| September 8, 2018 | Review Debtor 2013, 2014, 2015 Form 1065 Tax Filings | |
| | Review Petition/Filings | |
| | Review Form I & Form II | |
| | Review MOR's Sept. 2016 thru Aug. 2017 | 5.75 |
| November 23, 2018 | Review Staff Accouunting | |
| | Accounting for 2016, 2017 & 2018 | |
| | Revisions to accounting | 4.25 |
| November 27, 2018 | Tax Prep, Form 1065 - 2016 | 2.5 |
| November 29, 2018 | Tax Prep, Form 1065 - 2017 | 1.25 |
| **Chris Healey** | | |
| November 6, 2018 | Accouunting and tax work | 3 |

| | | |
|---|---|---|
| Subtotal | | 16.75 |

| | | |
|---|---|---|
| Paul Healey | 13.75 Hours @ $195/hr | $2,681.25 |
| Chris Heatey | 3 Hours @ $95/hr | $285.00 |
| Tax Processing | 2 Years @ $50/yr | $100.00 |
| **Total Balance Due** | | **$3,066.25** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2016, or tax year beginning _____, 2016,
ending _____, 20 ___.
▶ Information about Form 1065 and its separate instructions is at *www.irs.gov/form1065.*

OMB No. 1545-0123

**2016**

| | |
|---|---|
| **A** Principal business activity<br>LAUNDRY SERVICE | |
| **B** Principal product or service<br>LINEN | |
| **C** Business code number<br>812330 | |

Type
or
Print

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**D** Employer identification no.
27-1719434

**E** Date business started
1/21/2010

**F** Total assets (see the instrs)
$ 11,200,578.

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
(6) ☐ Technical termination — also check (1) or (2)

**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ _____ 14

**J** Check if Schedules C and M-3 are attached. ☐

**Caution.** Include *only* trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **I**<br>**N**<br>**C**<br>**O**<br>**M**<br>**E** | **1 a** Gross receipts or sales. | 1a | 12,859,211. | |
| | **b** Returns and allowances. | 1b | | |
| | **c** Balance. Subtract line 1b from line 1a. | | 1c | 12,859,211. |
| | **2** Cost of goods sold (attach Form 1125-A). | | 2 | 11,884,326. |
| | **3** Gross profit. Subtract line 2 from line 1c. | | 3 | 974,885. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement). | | 4 | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)). | | 5 | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797). | | 6 | |
| | **7** Other income (loss) (attach statement). | | 7 | |
| | **8** Total income (loss). Combine lines 3 through 7. | | 8 | 974,885. |

| | | | | |
|---|---|---|---|---:|
| **S**<br>**E**<br>**E**<br><br>**I**<br>**N**<br>**S**<br>**T**<br>**R**<br>**S**<br><br>**D**<br>**E**<br>**D**<br>**U**<br>**C**<br>**T**<br>**I**<br>**O**<br>**N**<br>**S**<br><br>**F**<br>**O**<br>**R**<br><br>**L**<br>**I**<br>**M**<br>**I**<br>**T**<br>**A**<br>**T**<br>**I**<br>**O**<br>**N**<br>**S** | **9** Salaries and wages (other than to partners) (less employment credits). | | 9 | 2,080,491. |
| | **10** Guaranteed payments to partners. | | 10 | |
| | **11** Repairs and maintenance. | | 11 | 29,347. |
| | **12** Bad debts. | | 12 | 27,906. |
| | **13** Rent. | | 13 | 996,076. |
| | **14** Taxes and licenses. | | 14 | 250,631. |
| | **15** Interest. | | 15 | 1,765,218. |
| | **16a** Depreciation (if required, attach Form 4562). | 16a | 997,268. | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return. | 16b | | 16c | 997,268. |
| | **17** Depletion (**Do not deduct oil and gas depletion.**). | | 17 | |
| | **18** Retirement plans, etc. | | 18 | |
| | **19** Employee benefit programs. | | 19 | 30,297. |
| | **20** Other deductions (attach statement). SEE STATEMENT 1 | | 20 | 2,585,315. |
| | **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20. | | 21 | 8,762,549. |
| | **22** Ordinary business income (loss). Subtract line 21 from line 8. | | 22 | -7,787,664. |

**Sign
Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ _____
Signature of general partner or limited liability company member manager

▶ _____
Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid
Preparer
Use Only**

| | | | | | |
|---|---|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | | Date | Check ☐ if self-employed | PTIN |
| Firm's name ▶ PAUL M. HEALEY & SONS CPAS LTD. | | | | Firm's EIN ▶ 68-0564739 | |
| Firm's address ▶ 3263 EAST WARM SPRINGS ROAD<br>LAS VEGAS, NV 89120 | | | | Phone no. (702) 968-7800 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**   PTPA0105L 01/06/17   Form **1065** (2016)

Form **1065** (2016)   SUPERIOR LINEN LLC                                  27-1719434                Page **2**

## Schedule B | Other Information

| | | | Yes | No |
|---|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | | |
| a | ☐ Domestic general partnership   b ☐ Domestic limited partnership | | | |
| c | ☒ Domestic limited liability company   d ☐ Domestic limited liability partnership | | | |
| e | ☐ Foreign partnership   f ☐ Other ► | | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | X |
| 3 | At the end of the tax year: | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | X |
| 4 | At the end of the tax year, did the partnership: | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (iv) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details. . . . . . . | | X |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 10 | At any time during calendar year 2016, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If 'Yes,' enter the name of the foreign country.   ► | | X |

PTPA0112L 01/06/17                                                                Form **1065** (2016)

Form **1065** (2016)   SUPERIOR LINEN LLC                                                27-1719434                Page **3**

| **Schedule B** | **Other Information** *(continued)* | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions. | | X |
| **12a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year). ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. | | |
| | See instructions   ▶ | | |
| 16 | Does the partnership have any foreign partners? If 'Yes,' enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership.   ▶ 2 | X | |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| **18a** | Did you make any payments in 2016 that would require you to file Form(s) 1099? See instructions. | | X |
| **b** | If 'Yes,' did you or will you file required Form(s) 1099? | | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892.   ▶ 0 | | |
| 21 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 22 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year (See the Instructions for Form 8938)? | | X |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| | | | |
|---|---|---|---|
| Name of designated TMP | ▶ | Identifying number of TMP | ▶ |
| If the TMP is an entity, name of TMP representative | ▶ | Phone number of TMP | ▶ |
| Address of designated TMP | ▶ | | |

PTPA0112L  01/06/17                                                                                    Form **1065** (2016)

Form **1065** (2016)  SUPERIOR LINEN LLC                                27-1719434        Page **4**

| Schedule K | | Partners' Distributive Share Items | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | | 1 | -7,787,664. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach stmt) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Guaranteed payments | | 4 | |
| | 5 | Interest income | | 5 | |
| | 6 | Dividends: **a** Ordinary dividends | | 6a | |
| | | **b** Qualified dividends | 6b | | |
| | 7 | Royalties | | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | 9a | |
| | b | Collectibles (28%) gain (loss) | 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | | 10 | |
| | 11 | Other income (loss) (see instructions)   Type ▶ | | 11 | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | | 12 | |
| | 13a | Contributions | | 13a | |
| | b | Investment interest expense | | 13b | |
| | c | Section 59(e)(2) expenditures: **(1)** Type ▶ _____ **(2)** Amount ▶ | | 13c (2) | |
| | d | Other deductions (see instructions)  Type ▶ | | 13d | |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment | | 14a | |
| | b | Gross farming or fishing income | | 14b | |
| | c | Gross nonfarm income | | 14c | |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | | 15a | |
| | b | Low-income housing credit (other) | | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 15c | |
| | d | Other rental real estate credits (see instructions)  Type ▶ | | 15d | |
| | e | Other rental credits (see instructions)  Type ▶ | | 15e | |
| | f | Other credits (see instructions)  Type ▶ | | 15f | |
| **Foreign Trans-actions** | 16a | Name of country or U.S. possession  ▶ | | | |
| | b | Gross income from all sources | | 16b | |
| | c | Gross income sourced at partner level | | 16c | |
| | | Foreign gross income sourced at partnership level | | | |
| | d | Passive category ▶ **e** General category ▶ **f** Other ▶ | | 16f | |
| | | Deductions allocated and apportioned at partner level | | | |
| | g | Interest expense ▶ **h** Other | | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| | i | Passive category ▶ **j** General category ▶ **k** Other ▶ | | 16k | |
| | l | Total foreign taxes (check one): ▶ Paid ☐   Accrued ☐ | | 16l | |
| | m | Reduction in taxes available for credit (attach statement) | | 16m | |
| | n | Other foreign tax information (attach statement) | | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | | 17a | |
| | b | Adjusted gain or loss | | 17b | |
| | c | Depletion (other than oil and gas) | | 17c | |
| | d | Oil, gas, and geothermal properties — gross income | | 17d | |
| | e | Oil, gas, and geothermal properties — deductions | | 17e | |
| | f | Other AMT items (attach stmt) | | 17f | |
| **Other Infor-mation** | 18a | Tax-exempt interest income | | 18a | |
| | b | Other tax-exempt income | | 18b | |
| | c | Nondeductible expenses | | 18c | 23,905. |
| | 19a | Distributions of cash and marketable securities | | 19a | |
| | b | Distributions of other property | | 19b | |
| | 20a | Investment income | | 20a | |
| | b | Investment expenses | | 20b | |
| | c | Other items and amounts (attach stmt) | | | |

**BAA**                                                                Form **1065** (2016)

Form **1065** (2016)  SUPERIOR LINEN LLC                                                27-1719434        Page **5**

## Analysis of Net Income (Loss)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l. | | | | | 1 | -7,787,664. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | -497,904. | -444,714. | | -5,727,547. | | -1,117,499. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 1,000. | | 136,287. |
| 2a | Trade notes and accounts receivable | 806,331. | | 1,231,070. | |
| b | Less allowance for bad debts | 12,728. | 793,603. | | 1,231,070. |
| 3 | Inventories | | 3,570,592. | | 2,860,484. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach stmt) SEE ST 2 | | 126,514. | | 47,024. |
| 7a | Loans to partners (or persons related to partners) | | 92,645. | | 86,895. |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach stmt) | | | | |
| 9a | Buildings and other depreciable assets | 7,723,805. | | 7,723,805. | |
| b | Less accumulated depreciation | 1,636,485. | 6,087,320. | 2,633,753. | 5,090,052. |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | 1,769,651. | | 1,769,651. | |
| b | Less accumulated amortization | 121,266. | 1,648,385. | 246,385. | 1,523,266. |
| 13 | Other assets (attach stmt) SEE ST 3 | | 267,316. | | 225,500. |
| 14 | Total assets | | 12,587,375. | | 11,200,578. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 938,171. | | 2,906,265. |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach stmt) SEE ST 4 | | 1,867,642. | | 1,161,345. |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 13,678,380. | | 19,721,806. |
| 20 | Other liabilities (attach stmt) SEE ST 5 | | 880,451. | | |
| 21 | Partners' capital accounts | | -4,777,269. | | -12,588,838. |
| 22 | Total liabilities and capital | | 12,587,375. | | 11,200,578. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** The partnership may be required to file Schedule M-3 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -7,811,569. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest . . . $ | |
| 3 | Guaranteed pmts (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation . . . . . . $ | |
| a | Depreciation . . . . . . $ | | | | |
| b | Travel and entertainment . . . . . $ 23,905. | | 8 | Add lines 6 and 7 | |
| | | 23,905. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -7,787,664. |
| 5 | Add lines 1 through 4 | -7,787,664. | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -4,777,269. | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | -7,811,569. | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -12,588,838. | 9 | Balance at end of year. Subtract line 8 from line 5 | -12,588,838. |

Form **1065** (2016)

651113

| Schedule K-1 (Form 1065) | **2016** | For calendar year 2016, or tax |
|---|---|---|

Department of the Treasury
Internal Revenue Service

year beginning _____, 2016

ending _____

## Partner's Share of Income, Deductions, Credits, etc.

► See separate instructions.

☐ Final K-1   ☐ Amended K-1    OMB No. 1545-0123

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | −1,127,148. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | _ _ _ _ _ _ _ 3,460. |

### Part I  Information About the Partnership

**A** Partnership's employer identification number

27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return

OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

FORTUNA PARTNERS ONE LLC
139 E WARM SPRINGS RD
LAS VEGAS, NV 89119

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? ...... PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here.................................. ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 14.4735 % | 14.4735 % |
| Loss | 14.4735 % | 14.4735 % |
| Capital | 16.4987 % | 16.4987 % |

**K** Partner's share of liabilities at year end:

Nonrecourse......................... $ _____

Qualified nonrecourse financing........ $ _____

Recourse............................ $ _____

**L** Partner's capital account analysis:

Beginning capital account............. $ _____−691,438.

Capital contributed during the year..... $ _____

Current year increase (decrease)....... $ −1,130,608.

Withdrawals & distributions........... $ _____

Ending capital account................ $ −1,822,046.

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book

☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?

☐ Yes   ☒ No

If 'Yes', attach statement (see instructions)

| | |
|---|---|
| 12 | Section 179 deduction |
| 13 | Other deductions |
| | |
| 14 | Self-employment earnings (loss) |

| | |
|---|---|
| 19 | Distributions |
| 20 | Other information |

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule K-1 (Form 1065) 2016

PTPA0312L  08/26/16

PARTNER 1

651113

**Schedule K-1**
**(Form 1065)**

**2016**

For calendar year 2016, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2016

ending _____

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

LITTLE CURRENT LLC
139 E WARM SPRINGS RD
LAS VEGAS, NV 89119

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? ...... PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | **Beginning** | **Ending** |
|---|---|---|
| Profit | 15.058 % | 15.058 % |
| Loss | 15.058 % | 15.058 % |
| Capital | 19.0268 % | 19.0268 % |

**K** Partner's share of liabilities at year end:
Nonrecourse .................... $
Qualified nonrecourse financing ....... $
Recourse ....................... $

**L** Partner's capital account analysis:
Beginning capital account ......... $ -719,361.
Capital contributed during the year ... $
Current year increase (decrease) ... $ -1,176,266.
Withdrawals & distributions ....... $
Ending capital account ........... $ -1,895,627.

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No   If 'Yes', attach statement (see instructions)

| 1 | Ordinary business income (loss) -1,172,666. | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 3,600. |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    Schedule K-1 (Form 1065) 2016

PARTNER 2    PTPA0312L  08/26/16

651113

| Schedule K-1 (Form 1065) | **2016** | ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**

**2016**

For calendar year 2016, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2016

ending _____

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

**Part I** Information About the Partnership

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II** Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

GLEN AMADOR
139 E WARM SPRINGS RD
LAS VEGAS, NV 89119

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? .... INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ................................ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 2.9028 % | 2.9028 % |
| Loss | 2.9028 % | 2.9028 % |
| Capital | 3.3031 % | 3.3031 % |

**K** Partner's share of liabilities at year end:

Nonrecourse.................... $ _____
Qualified nonrecourse financing........ $ _____
Recourse...................... $ _____

**L** Partner's capital account analysis:

Beginning capital account ............ $ -138,675.
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $ -226,754.
Withdrawals & distributions............ $ _____
Ending capital account ............... $ -365,429.

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If 'Yes', attach statement (see instructions)

**Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **15** | Credits |
| -226,060. | | |
| **2** Net rental real estate income (loss) | | |
| **3** Other net rental income (loss) | **16** | Foreign transactions |
| **4** Guaranteed payments | | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | | |
| **9a** Net long-term capital gain (loss) | **17** | Alternative minimum tax (AMT) items |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | | |
| **10** Net section 1231 gain (loss) | **18** | Tax-exempt income and nondeductible expenses |
| **11** Other income (loss) | C | 694. |
| **12** Section 179 deduction | **19** | Distributions |
| **13** Other deductions | **20** | Other information |
| **14** Self-employment earnings (loss) | | |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    Schedule K-1 (Form 1065) 2016

PTPA0312L  08/26/16

PARTNER 3

651113

| | |
|---|---|
| ☐ Final K-1 | ☐ Amended K-1 |

OMB No. 1545-0123

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2016**

For calendar year 2016, or tax

year beginning _____ , 2016

ending _____

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

JEFF MAHONEY
139 E WARM SPRINGS RD
LAS VEGAS, NV 89119

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? ...... INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ............................ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.0676 % | 0.0676 % |
| Loss | 0.0676 % | 0.0676 % |
| Capital | 0.0768 % | 0.0768 % |

**K** Partner's share of liabilities at year end:

Nonrecourse......................... $ _____
Qualified nonrecourse financing........ $ _____
Recourse............................ $ _____

**L** Partner's capital account analysis:

Beginning capital account ............ $ _____-3,229.
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $ _____-5,280.
Withdrawals & distributions........... $ _____
Ending capital account ............... $ _____-8,509.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -5,264. | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 16. |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule K-1 (Form 1065) 2016

PTPA0312L  08/26/16

PARTNER  4

651113

| Schedule K-1 | **2016** | | ☐ Final K-1    ☐ Amended K-1 | OMB No. 1545-0123 |
| --- | --- | --- | --- | --- |

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2016**

For calendar year 2016, or tax
year beginning _____ , 2016
ending _____

**Part III** **Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

| | | | |
| --- | --- | --- | --- |
| 1 | Ordinary business income (loss) | 15 | Credits |
| | -17,678. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 54. |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

**Part I** **Information About the Partnership**

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II** **Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

ESC CAPITAL
139 E WARM SPRINGS RD
LAS VEGAS, NV 89119

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? ...... DISREGARDED ENTITY

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .................................. ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | **Beginning** | **Ending** |
| --- | --- | --- |
| Profit | 0.227 % | 0.227 % |
| Loss | 0.227 % | 0.227 % |
| Capital | 0.2578 % | 0.2578 % |

**K** Partner's share of liabilities at year end:

Nonrecourse......................... $ _____
Qualified nonrecourse financing........ $ _____
Recourse........................... $ _____

**L** Partner's capital account analysis:

Beginning capital account ............. $ _____ -10,844.
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $ _____ -17,732.
Withdrawals & distributions............ $ _____
Ending capital account ................ $ _____ -28,576.

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

FOR IRS USE ONLY

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    Schedule K-1 (Form 1065) 2016

PTPA0312L  08/26/16

651113

**Schedule K-1**
**(Form 1065)**

**2016**

For calendar year 2016, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2016

ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

☐ Final K-1      ☐ Amended K-1

OMB No. 1545-0123

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | −147,140. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 452. |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

FLORIAN NANZ
AUGSBERGER STRASSE 554
STUTTGARD,  70329 GERMANY

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☐ Domestic partner   ☒ Foreign partner

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ................................... ☐

| 12 | Section 179 deduction |
|---|---|
| 13 | Other deductions |

| 19 | Distributions |
|---|---|
| 20 | Other information |

**J** Partner's share of profit, loss, and capital (see instructions):

| | **Beginning** | **Ending** |
|---|---|---|
| Profit | 1.8894 % | 1.8894 % |
| Loss | 1.8894 % | 1.8894 % |
| Capital | 2.1457 % | 2.1457 % |

**K** Partner's share of liabilities at year end:

Nonrecourse ...................... $ _____
Qualified nonrecourse financing ........ $ _____
Recourse ......................... $ _____

| 14 | Self-employment earnings (loss) |
|---|---|

**L** Partner's capital account analysis:

Beginning capital account ............ $   −90,262.
Capital contributed during the year ..... $ _____
Current year increase (decrease) ....... $  −147,592.
Withdrawals & distributions ........... $ _____
Ending capital account ............... $  −237,854.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

PARTNER  6

Schedule K-1 (Form 1065) 2016

PTPA0312L   08/26/16

Form **8805**

Department of the Treasury
Internal Revenue Service

# Foreign Partner's Information Statement
## of Section 1446 Withholding Tax

▶ Information about Form 8805 and its instructions is at *www.irs.gov/form8805.*

OMB No. 1545-0123

**2016**

Copy B for partner.
Keep for your records.

For partnership's calendar year 2016, or tax year beginning _____ , 2016, and ending _____ ,

| **1a** Foreign partner's name | **b** U.S. identifying no. | **5a** Name of partnership | **b** U.S. EIN |
|---|---|---|---|
| FLORIAN NANZ | | SUPERIOR LINEN LLC | 27-1719434 |

| **c** Address (if a foreign address, see instructions) | **c** Address (if a foreign address, see instructions) |
|---|---|
| AUGSBERGER STRASSE 554<br>STUTTGARD<br><br>70329 GERMANY | 510 S 8TH ST<br>LAS VEGAS<br>NV<br>89101 |

**2** Account number assigned by partnership (if any)

**6** Withholding agent's name. If partnership is also the withholding agent, enter 'SAME' and do not complete line 7.

**3** Type of partner (specify — see instructions) ▶ INDIVIDUAL

**4** Country code of partner (enter two-letter code; see instructions)

**7** Withholding agent's U.S. employer identification number

**8a** Check if the partnership identified on line 5a owns an interest in one or more partnerships. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**b** Check if any of the partnership's effectively connected taxable income (ECTI) is exempt from U.S. tax for the partner identified on line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| | | 9 | |
|---|---|---|---|
| **9** Partnership's ECTI allocable to partner for the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **9** | |
| **10** Total tax credit allowed to partner under section 1446 (see instructions). **Individual and corporate partners:** Claim this amount as a credit against your U.S. income tax on Form 1040NR, 1120-F, etc. . . . . . . . . . . . . . . . | | **10** | |

## Schedule T – Beneficiary Information (see instructions)

| **11a** Name of beneficiary | **c** Address (if a foreign address, see instructions) |
|---|---|
| **b** U.S. identifying number of beneficiary | |

| | | | |
|---|---|---|---|
| **12** Amount of ECTI on line 9 to be included in the beneficiary's gross income (see instructions) . . . . . . . . . . . . . . | | **12** | |
| **13** Amount of tax credit on line 10 that the beneficiary is entitled to claim on its return (see instructions) . . . . . . . | | **13** | |

**BAA**

Form **8805** (2016)

PTPA9512L 08/23/16

PARTNER 6:  FLORIAN NANZ   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

Form **8805**

**Foreign Partner's Information Statement of Section 1446 Withholding Tax**

► Information about Form 8805 and its instructions is at *www.irs.gov/form8805.*

OMB No. 1545-0123

**2016**

Copy C for partner.
Attach to your
Federal tax return.

Department of the Treasury
Internal Revenue Service

For partnership's calendar year 2016, or tax year beginning _____ , 2016, and ending _____ ,

| **1 a** Foreign partner's name  FLORIAN NANZ | **b** U.S. identifying no. | **5 a** Name of partnership  SUPERIOR LINEN LLC | **b** U.S. EIN  27-1719434 |
|---|---|---|---|

**c** Address (if a foreign address, see instructions)
AUGSBERGER STRASSE 554
STUTTGARD

70329 GERMANY

**c** Address (if a foreign address, see instructions)
510 S 8TH ST
LAS VEGAS
NV
89101

**2**  Account number assigned by partnership (if any)

**6**  Withholding agent's name. If partnership is also the withholding agent, enter 'SAME' and do not complete line 7.

**3**  Type of partner (specify — see instructions) ► INDIVIDUAL

**4**  Country code of partner (enter two-letter code; see instructions)

**7**  Withholding agent's U.S. employer identification number

**8 a** Check if the partnership identified on line 5a owns an interest in one or more partnerships. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**b** Check if any of the partnership's effectively connected taxable income (ECTI) is exempt from U.S. tax for the partner identified on line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| | | |
|---|---|---|
| **9**  Partnership's ECTI allocable to partner for the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10**  Total tax credit allowed to partner under section 1446 (see instructions). **Individual and corporate partners:** Claim this amount as a credit against your U.S. income tax on Form 1040NR, 1120-F, etc. . . . . . . . . . . . . . . | **10** | |

**Schedule T – Beneficiary Information (see instructions)**

**11 a** Name of beneficiary

**c** Address (if a foreign address, see instructions)

**b** U.S. identifying number of beneficiary

| | | |
|---|---|---|
| **12**  Amount of ECTI on line 9 to be included in the beneficiary's gross income (see instructions) . . . . . . . . . . . . . . | **12** | |
| **13**  Amount of tax credit on line 10 that the beneficiary is entitled to claim on its return (see instructions) . . . . . . . | **13** | |

**BAA**

Form **8805** (2016)

PTPA9534L  08/23/16

PARTNER 6:   FLORIAN NANZ   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

651113

| | |
|---|---|
| | ☐ Final K-1    ☐ Amended K-1 |

OMB No. 1545-0123

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2016**

For calendar year 2016, or tax

year beginning _____ , 2016

ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**    ► See separate instructions.

**Part I** Information About the Partnership

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II** Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

MONTRESSOR CORPORATION
139 E WARM SPRINGS RD
LAS VEGAS, NV 89119

**G** ☐ General partner or LLC
member-manager    ☒ Limited partner or other
LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? ...... CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.),
check here ............................................ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | **Beginning** | **Ending** |
|---|---|---|
| Profit | 6.3935 % | 6.3935 % |
| Loss | 6.3935 % | 6.3935 % |
| Capital | 7.2607 % | 7.2607 % |

**K** Partner's share of liabilities at year end:

Nonrecourse......................... $ _____
Qualified nonrecourse financing........ $ _____
Recourse.............................. $ _____

**L** Partner's capital account analysis:

Beginning capital account ............ $ ____-305,435.
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $ ____-499,432.
Withdrawals & distributions............ $ _____
Ending capital account................. $ ____-804,867.

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If 'Yes', attach statement (see instructions)

**Part III** Partner's Share of Current Year Income,
Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
| | -497,904. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | C        1,528. |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

PARTNER 7

PTPA0312L    08/26/16

651113

**Schedule K-1**
(Form 1065)

**2016**

For calendar year 2016, or tax

year beginning _____, 2016

ending _____

Department of the Treasury
Internal Revenue Service

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

MORITZ KRATZER
MOSELSTR. 30
MUNCHEN,  81677 GERMANY

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☐ Domestic partner    ☒ Foreign partner

**I1** What type of entity is this partner? ....... INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ................................................. ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.8507 % | 0.8507 % |
| Loss | 0.8507 % | 0.8507 % |
| Capital | 0.9661 % | 0.9661 % |

**K** Partner's share of liabilities at year end:

Nonrecourse........................... $ _____
Qualified nonrecourse financing........ $ _____
Recourse.............................. $ _____

**L** Partner's capital account analysis:

Beginning capital account ............ $ _____ -40,640.
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $ _____ -66,453.
Withdrawals & distributions........... $ _____
Ending capital account ............... $ _____ -107,093.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | -66,250. | **15** | Credits |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | **16** | Foreign transactions |
| **4** Guaranteed payments | | | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | **17** | Alternative minimum tax (AMT) items |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss) | | **18** | Tax-exempt income and nondeductible expenses |
| **11** Other income (loss) | | C | 203. |
| **12** Section 179 deduction | | **19** | Distributions |
| **13** Other deductions | | **20** | Other information |
| **14** Self-employment earnings (loss) | | | |

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule K-1 (Form 1065) 2016

PTPA0312L   08/26/16

PARTNER 8

Form **8805**

### Foreign Partner's Information Statement of Section 1446 Withholding Tax

▶ Information about Form 8805 and its instructions is at *www.irs.gov/form8805*.

OMB No. 1545-0123

**2016**

Department of the Treasury
Internal Revenue Service

For partnership's calendar year 2016, or tax year beginning                , 2016, and ending                .

Copy B for partner.
Keep for your records.

| 1a Foreign partner's name | b U.S. identifying no. | 5a Name of partnership | b U.S. EIN |
|---|---|---|---|
| MORITZ KRATZER | | SUPERIOR LINEN LLC | 27-1719434 |

**c** Address (if a foreign address, see instructions)

MOSELSTR. 30
MUNCHEN

81677 GERMANY

**c** Address (if a foreign address, see instructions)

510 S 8TH ST
LAS VEGAS
NV
89101

**2** Account number assigned by partnership (if any)

**6** Withholding agent's name. If partnership is also the withholding agent, enter 'SAME' and do not complete line 7.

**3** Type of partner (specify — see instructions) ▶ INDIVIDUAL

**4** Country code of partner (enter two-letter code; see instructions)

**7** Withholding agent's U.S. employer identification number

**8a** Check if the partnership identified on line 5a owns an interest in one or more partnerships............................................. ☐

**b** Check if any of the partnership's effectively connected taxable income (ECTI) is exempt from U.S. tax for the partner identified on line 1a .................................................................. ☐

| | | | |
|---|---|---|---|
| **9** | Partnership's ECTI allocable to partner for the tax year (see instructions) ................................ | **9** | |
| **10** | Total tax credit allowed to partner under section 1446 (see instructions). **Individual and corporate partners:** Claim this amount as a credit against your U.S. income tax on Form 1040NR, 1120-F, etc................. | **10** | |

### Schedule T – Beneficiary Information (see instructions)

**11a** Name of beneficiary

**c** Address (if a foreign address, see instructions)

**b** U.S. identifying number of beneficiary

| | | | |
|---|---|---|---|
| **12** | Amount of ECTI on line 9 to be included in the beneficiary's gross income (see instructions) ............... | **12** | |
| **13** | Amount of tax credit on line 10 that the beneficiary is entitled to claim on its return (see instructions)....... | **13** | |

**BAA**

Form **8805** (2016)

PTPA9512L  08/23/16

PARTNER 8:  MORITZ KRATZER  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

Form **8805**

## Foreign Partner's Information Statement of Section 1446 Withholding Tax

▶ Information about Form 8805 and its instructions is at *www.irs.gov/form8805.*

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0123

**2016**

Copy C for partner.
Attach to your
Federal tax return.

For partnership's calendar year 2016, or tax year beginning _____ , 2016, and ending _____ .

| | | |
|---|---|---|
| **1 a** Foreign partner's name<br>MORITZ KRATZER | **b** U.S. identifying no. | **5 a** Name of partnership<br>SUPERIOR LINEN LLC |
| **c** Address (if a foreign address, see instructions)<br>MOSELSTR. 30<br>MUNCHEN<br><br>81677 GERMANY | | **b** U.S. EIN<br>27-1719434 |

**5 c** Address (if a foreign address, see instructions)
510 S 8TH ST
LAS VEGAS
NV
89101

**2**  Account number assigned by partnership (if any)

**6**  Withholding agent's name. If partnership is also the withholding agent, enter 'SAME' and do not complete line 7.

**3**  Type of partner (specify — see instructions) ▶ INDIVIDUAL

**4**  Country code of partner (enter two-letter code; see instructions)

**7**  Withholding agent's U.S. employer identification number

**8 a** Check if the partnership identified on line 5a owns an interest in one or more partnerships............................................. ☐

   **b** Check if any of the partnership's effectively connected taxable income (ECTI) is exempt from U.S. tax for the partner identified on line 1a ............................................................................................. ☐

| | | |
|---|---|---|
| **9**  Partnership's ECTI allocable to partner for the tax year (see instructions) ................................. | **9** | |
| **10**  Total tax credit allowed to partner under section 1446 (see instructions). **Individual and corporate partners:** Claim this amount as a credit against your U.S. income tax on Form 1040NR, 1120-F, etc.................. | **10** | |

### Schedule T – Beneficiary Information (see instructions)

| | |
|---|---|
| **11 a** Name of beneficiary<br><br>**b** U.S. identifying number of beneficiary | **c** Address (if a foreign address, see instructions) |

| | | |
|---|---|---|
| **12**  Amount of ECTI on line 9 to be included in the beneficiary's gross income (see instructions) ............... | **12** | |
| **13**  Amount of tax credit on line 10 that the beneficiary is entitled to claim on its return (see instructions)....... | **13** | |

**BAA**

Form **8805** (2016)

PTPA9534L  08/23/16

PARTNER 8:   MORITZ KRATZER    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

651113

| Final K-1 ☐ | Amended K-1 ☐ | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2016**

For calendar year 2016, or tax

year beginning _____ , 2016

ending _____

**Partner's Share of Income, Deductions, Credits, etc.**  ► See separate instructions.

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

NAMERIKO LLC
913 N MARKET ST #1010
WILMINGTON, DE 19801

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.9876 % | 0.9876 % |
| Loss | 0.9876 % | 0.9876 % |
| Capital | 1.1215 % | 1.1215 % |

**K** Partner's share of liabilities at year end:

Nonrecourse............... $ _____
Qualified nonrecourse financing........ $ _____
Recourse................... $ _____

**L** Partner's capital account analysis:

Beginning capital account............ $    -47,180.
Capital contributed during the year..... $ _____
Current year increase (decrease)...... $    -77,147.
Withdrawals & distributions.......... $ _____
Ending capital account............... $    -124,327.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)    -76,911. | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C    236. | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

PARTNER 9

PTPA0312L   08/26/16

651113

Schedule K-1
(Form 1065)

**2016**

For calendar year 2016, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____, 2016

ending _____

☐ Final K-1    ☐ Amended K-1        OMB No. 1545-0123

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | -1,638,509. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 5,030. |

| **Part I** | **Information About the Partnership** |
|---|---|

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

| **Part II** | **Information About the Partner** |
|---|---|

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

BRIGHTLIGHT HOLDINGS LLC
ATTN: GABE DECKER
12505 PARK POTOMAC AVE STE 400
POTOMAC, MD 20854

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? ...... PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ............................................ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 21.0398 % | 21.0398 % |
| Loss | 21.0398 % | 21.0398 % |
| Capital | 25.4054 % | 25.205 % |

**K** Partner's share of liabilities at year end:

Nonrecourse........................ $ _____
Qualified nonrecourse financing........ $ _____
Recourse.......................... $ _____

**L** Partner's capital account analysis:

Beginning capital account ............ $ -1,005,128.
Capital contributed during the year...... $ _____
Current year increase (decrease)....... $ -1,643,539.
Withdrawals & distributions............ $ _____
Ending capital account ............... $ -2,648,667.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

| 12 | Section 179 deduction | 19 | Distributions |
|---|---|---|---|
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**         Schedule K-1 (Form 1065) 2016

PARTNER 10

PTPA0312L   08/26/16

651113

| Schedule K-1 | **2016** |
|---|---|
| (Form 1065) | For calendar year 2016, or tax |

year beginning _____, 2016

ending _____

Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Deductions, Credits, etc.

► See separate instructions.

□ Final K-1    □ Amended K-1    OMB No. 1545-0123

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | -88,289. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 271. |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

## Part I  Information About the Partnership

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** □ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

M-SUPERIOR INVESTOR LLC
119 WASHINGTON AVE #505
MIAMI BEACH, FL 33139

**G** □ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   □ Foreign partner

**I1** What type of entity is this partner? ....... PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ............................................. □

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 1.1337 % | 1.1337 % |
| Loss | 1.1337 % | 1.1337 % |
| Capital | 1.2874 % | 1.2874 % |

**K** Partner's share of liabilities at year end:

Nonrecourse........................ $ _____
Qualified nonrecourse financing........ $ _____
Recourse........................... $ _____

**L** Partner's capital account analysis:

Beginning capital account ............. $ _____ -54,160.
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $ _____ -88,560.
Withdrawals & distributions............ $ _____
Ending capital account ................ $ _____ -142,720.

☒ Tax basis   □ GAAP   □ Section 704(b) book
□ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
□ Yes   ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule K-1 (Form 1065) 2016

PARTNER 11

PTPA0312L  08/26/16

651113

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2016**
For calendar year 2016, or tax
year beginning _____ , 2016
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.** ► See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | -1,099,821. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 3,376. |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

REX RUNZHEIMER
LIVING TRUST
5380 NORTH BAY RD
MIAMI BEACH, FL 33140

**G** ☐ General partner or LLC   ☒ Limited partner or other
member-manager          LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? . . . . . . FIDUCIARY

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.),
check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 14.1226 % | 14.1226 % |
| Loss | 14.1226 % | 14.1226 % |
| Capital | 16.0382 % | 16.0382 % |

**K** Partner's share of liabilities at year end:

Nonrecourse . . . . . . . . . . . . . . . . . . . . . . $ _____
Qualified nonrecourse financing . . . . . . . . $ _____
Recourse . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

**L** Partner's capital account analysis:

Beginning capital account . . . . . . . . . . . $ -674,675.
Capital contributed during the year . . . . . $ _____
Current year increase (decrease) . . . . . . $ -1,103,197.
Withdrawals & distributions . . . . . . . . . . . $ _____
Ending capital account . . . . . . . . . . . . . . . $ -1,777,872.

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    Schedule K-1 (Form 1065) 2016

PARTNER 12

PTPA0312L  08/26/16

651113

| Schedule K-1 | **2016** |
|---|---|
| (Form 1065) | For calendar year 2016, or tax |

☐ Final K-1   ☐ Amended K-1

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2016

ending _____

## Partner's Share of Income, Deductions, Credits, etc.

► See separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
| | −825,757. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 2,535. |

### Part I Information About the Partnership

A  Partnership's employer identification number
  27-1719434

B  Partnership's name, address, city, state, and ZIP code

  SUPERIOR LINEN LLC
  510 S 8TH ST
  LAS VEGAS, NV 89101

C  IRS Center where partnership filed return
  OGDEN, UT

D  ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

E  Partner's identifying number

F  Partner's name, address, city, state, and ZIP code

  GOYETTE IRREVOCABLE TRUST
  6671 LAS VEGAS BLVD #D210
  LAS VEGAS, NV 89119

| 19 | Distributions |
|---|---|

G  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H  ☒ Domestic partner   ☐ Foreign partner

I1 What type of entity is this partner? ....... PARTNERSHIP

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ................................................ ☐

| 12 | Section 179 deduction | 20 | Other information |
|---|---|---|---|
| 13 | Other deductions | | |

J  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 10.6034 % | 10.6034 % |
| Loss | 10.6034 % | 10.6034 % |
| Capital | 3.3556 % | 3.556 % |

| 14 | Self-employment earnings (loss) |
|---|---|

K  Partner's share of liabilities at year end:

  Nonrecourse.......................... $
  Qualified nonrecourse financing........ $
  Recourse.............................. $

L  Partner's capital account analysis:

  Beginning capital account ............ $   −506,553.
  Capital contributed during the year..... $
  Current year increase (decrease)....... $   −828,292.
  Withdrawals & distributions............ $
  Ending capital account ............... $   −1,334,845.

  ☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
  ☐ Other (explain)

M  Did the partner contribute property with a built-in gain or loss?
  ☐ Yes   ☒ No
  If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

BAA **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule K-1 (Form 1065) 2016

PARTNER 13

PTPA0312L  08/26/16

651113

☐ Final K-1        ☐ Amended K-1        OMB No. 1545-0123

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2016**

For calendar year 2016, or tax

year beginning _____, 2016

ending _____

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | Description | # | Description |
|---|---|---|---|
| 1 | Ordinary business income (loss) **-798,267.** | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | **2,450.** |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

## Partner's Share of Income, Deductions, Credits, etc.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

SPG INVESTMENTS, LLC
6671 LAS VEGAS BLVD #D210
LAS VGEAS, NV 89119

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? **PARTNERSHIP**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ................. ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 10.2504 % | 10.2504 % |
| Loss | 10.2504 % | 10.2504 % |
| Capital | 3.2562 % | 3.2562 % |

**K** Partner's share of liabilities at year end:

Nonrecourse.................... $ _____
Qualified nonrecourse financing........ $ _____
Recourse...................... $ _____

**L** Partner's capital account analysis:

Beginning capital account ............ $ **-489,689.**
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $ **-800,717.**
Withdrawals & distributions............ $ _____
Ending capital account ................ $ **-1,290,406.**

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

FOR IRS USE ONLY

**SCHEDULE M-3**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

# Net Income (Loss) Reconciliation
## for Certain Partnerships
► Attach to Form 1065 or Form 1065-B.
► Information about Schedule M-3 (Form 1065) and its instructions is at *www.irs.gov/form1065*.

OMB No. 1545-0123

**2016**

| Name of partnership | Employer identification number |
|---|---|
| SUPERIOR LINEN LLC | 27-1719434 |

**This Schedule M-3 is being filed because (check all that apply):**

**A** ☐ The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.

**B** ☒ The amount of the partnership's adjusted total assets for the tax year is equal to $10 million or more. If box B is checked, enter the amount of adjusted total assets for the tax year  **19,012,147.**

**C** ☐ The amount of total receipts for the tax year is equal to $35 million or more. If box C is checked, enter the total receipts for the tax year  .

**D** ☐ An entity that is a reportable entity partner owns or is deemed to own an interest of 50 percent or more in the partnership's capital, profit, or loss, on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or Deemed Owned |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**E** ☐ Voluntary Filer.

## Part I   Financial Information and Net Income (Loss) Reconciliation

**1 a** Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?
  ☐ **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.
  ☒ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b** Did the partnership prepare a certified audited non-tax-basis income statement for that period?
  ☐ **Yes.** Skip line 1c and complete lines 2 through 11 with respect to that income statement.
  ☒ **No.** Go to line 1c.

**c** Did the partnership prepare a non-tax-basis income statement for that period?
  ☒ **Yes.** Complete lines 2 through 11 with respect to that income statement.
  ☐ **No.** Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period:   Beginning  **1/01/16**   Ending  **12/31/16**

**3 a** Has the partnership's income statement been restated for the income statement period on line 2?
  ☐ **Yes.** (If 'Yes', attach a statement and the amount of each item restated.)
  ☒ **No.**

**b** Has the partnership's income statement been restated for any of the five income statement periods immediately preceding the period on line 2?
  ☐ **Yes.** (If 'Yes', attach a statement and the amount of each item restated.)
  ☒ **No.**

| | | |
|---|---|---:|
| **4 a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | **4a** | **-7,811,569.** |
| **b** Indicate accounting standard used for line 4a (see instructions): | | |
|   **1** ☐ GAAP   **2** ☐ IFRS   **3** ☐ 704(b) | | |
|   **4** ☒ Tax-basis  **5** ☐ Other: (Specify) ► | | |
| **5 a** Net income from nonincludible foreign entities (attach statement) | **5a** | |
| **b** Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) | **5b** | |
| **6 a** Net income from nonincludible U.S. entities (attach statement) | **6a** | |
| **b** Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) | **6b** | |
| **7 a** Net income (loss) of other foreign disregarded entities (attach statement) | **7a** | |
| **b** Net income (loss) of other U.S. disregarded entities (attach statement) | **7b** | |
| **8** Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach statement) | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) | **9** | |
| **10** Other adjustments to reconcile to amount on line 11 (attach statement) | **10** | |
| **11** Net income (loss) per income statement of the partnership. Combine lines 4a through 10 | **11** | **-7,811,569.** |

**Note.** Part I, line 11, must equal Part II, line 26, column (a) or Schedule M-1, line 1 (see instructions).

**12** Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines:

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 | 11,200,578. | 23,789,416. |
| **b** Removed on Part I, line 5 | | |
| **c** Removed on Part I, line 6 | | |
| **d** Included on Part I, line 7 | | |

**BAA For Paperwork Reduction Act Notice, see the Instructions for your return.**          PTPA1101L 08/26/16          Schedule M-3 (Form 1065) 2016

Form **1125-A**
(Rev October 2016)
Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.
▶ Information about Form 1125-A and its instructions is at *www.irs.gov/form1125a.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| SUPERIOR LINEN LLC | 27-1719434 |

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year.................................................... **1** | 3,570,592. |
| 2 | Purchases.................................................................... **2** | 11,174,218. |
| 3 | Cost of labor................................................................. **3** | |
| 4 | Additional section 263A costs (attach schedule) .................................... **4** | |
| 5 | Other costs (attach schedule)................................................... **5** | |
| 6 | **Total.** Add lines 1 through 5.................................................... **6** | 14,744,810. |
| 7 | Inventory at end of year........................................................ **7** | 2,860,484. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions...................................... **8** | 11,884,326. |

**9 a** Check all methods used for valuing closing inventory:

    **(i)** ☐ Cost

    **(ii)** ☒ Lower of cost or market

    **(iii)** ☐ Other (Specify method used and attach explanation).....▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  **b** Check if there was a writedown of subnormal goods.......................................................▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)...................▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO............................................................................ **9d** | |

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions....... ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ................................................... ☐ Yes ☒ No

**BAA  For Paperwork Reduction Act Notice, see instructions.**  Form **1125-A** (Rev 10-2016)

CPCZ0401L  08/17/16

| 2016 | **FEDERAL STATEMENTS** | PAGE 1 |
|---|---|---|
| **CLIENT SUPERIOR** | **SUPERIOR LINEN LLC** | **27-1719434** |
| 12/20/18 | | 03:44PM |

**STATEMENT 1**
**FORM 1065, LINE 20**
**OTHER DEDUCTIONS**

| | | |
|---|---:|---|
| ADVERTISING | $ | 90,019. |
| AMORTIZATION | | 125,119. |
| AUTO AND TRUCK EXPENSE | | 42,154. |
| BANK CHARGES | | 22,113. |
| COMMISSIONS | | 16,358. |
| INSURANCE | | 133,599. |
| LEGAL AND PROFESSIONAL | | 258,210. |
| MANAGEMENT FEES | | 75,000. |
| MEALS AND ENTERTAINMENT | | 23,905. |
| OFFICE EXPENSE | | 154,171. |
| OTHER EXPENSE | | 11,941. |
| OUTSIDE SERVICES | | 47,222. |
| PAYROLL SERVICE FEES | | 14,575. |
| PREPETITION ADJUSTMENTS | | 1,506,289. |
| TELEPHONE | | 11,131. |
| TRAVEL | | 53,509. |
| TOTAL | $ | 2,585,315. |

**STATEMENT 2**
**FORM 1065, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|---:|---:|
| PREPAID EXPENSES | $ 126,514. | $ 47,024. |
| TOTAL | $ 126,514. | $ 47,024. |

**STATEMENT 3**
**FORM 1065, SCHEDULE L, LINE 13**
**OTHER ASSETS**

| | BEGINNING | ENDING |
|---|---:|---:|
| SECURITY DEPOSITS | $ 267,316. | $ 225,500. |
| TOTAL | $ 267,316. | $ 225,500. |

**STATEMENT 4**
**FORM 1065, SCHEDULE L, LINE 17**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|---:|---:|
| ACCRUED EXPENSES | $ 1,699,852. | $ 1,161,345. |
| PAYROLL LIABILITIES | 167,790. | 0. |
| TOTAL | $ 1,867,642. | $ 1,161,345. |

| 2016 | FEDERAL STATEMENTS | PAGE 2 |

| CLIENT SUPERIOR | SUPERIOR LINEN LLC | 27-1719434 |

12/20/18                                                                           03:44PM

**STATEMENT 5**
**FORM 1065, SCHEDULE L, LINE 20**
**OTHER LIABILITIES**

|  | BEGINNING | ENDING |
|---|---|---|
| OTHER LIABILITIES.............................................. $ | 880,451. | $ 0. |
| TOTAL $ | 880,451. | $ 0. |

Form **8805**

**Foreign Partner's Information Statement
of Section 1446 Withholding Tax**

► Information about Form 8805 and its instructions is at *www.irs.gov/form8805*.

OMB No. 1545-0123

**2016**

Department of the Treasury
Internal Revenue Service

Copy A for Internal
Revenue Service
Attach to Form 8804.

For partnership's calendar year 2016, or tax year beginning _____ , 2016, and ending _____ ,

| 1a Foreign partner's name | b U.S. identifying no. | 5a Name of partnership | b U.S. EIN |
|---|---|---|---|
| FLORIAN NANZ | | SUPERIOR LINEN LLC | 27-1719434 |

**c** Address (if a foreign address, see instructions)

AUGSBERGER STRASSE 554
STUTTGARD

70329 GERMANY

**c** Address (if a foreign address, see instructions)

510 S 8TH ST
LAS VEGAS
NV
89101

**2** Account number assigned by partnership (if any)

**6** Withholding agent's name. If partnership is also the withholding agent, enter 'SAME' and do not complete line 7.

**3** Type of partner (specify — see instructions) ► INDIVIDUAL

**4** Country code of partner (enter two-letter code; see instructions)

**7** Withholding agent's U.S. employer identification number

**8a** Check if the partnership identified on line 5a owns an interest in one or more partnerships. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**b** Check if any of the partnership's effectively connected taxable income (ECTI) is exempt from U.S. tax for the partner identified on line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| | | | |
|---|---|---|---|
| **9** Partnership's ECTI allocable to partner for the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** Total tax credit allowed to partner under section 1446 (see instructions). **Individual and corporate partners:** Claim this amount as a credit against your U.S. income tax on Form 1040NR, 1120-F, etc. . . . . . . . . . . . . . . . | **10** | |

**Schedule T – Beneficiary Information (see instructions)**

**11a** Name of beneficiary

**b** U.S. identifying number of beneficiary

**c** Address (if a foreign address, see instructions)

| | | |
|---|---|---|
| **12** Amount of ECTI on line 9 to be included in the beneficiary's gross income (see instructions) . . . . . . . . . . . . . . | **12** | |
| **13** Amount of tax credit on line 10 that the beneficiary is entitled to claim on its return (see instructions). . . . . . . | **13** | |

**BAA For Paperwork Reduction Act Notice, see separate Instructions for Forms 8804, 8805, and 8813.**

Form 8805 (2016)

PTPA9512L   08/23/16

Form **8805**

**Foreign Partner's Information Statement of Section 1446 Withholding Tax**

► Information about Form 8805 and its instructions is at *www.irs.gov/form8805.*

Department of the Treasury
Internal Revenue Service

For partnership's calendar year 2016, or tax year beginning _____ , 2016, and ending _____ ,

OMB No. 1545-0123

**2016**

Copy A for Internal
Revenue Service
Attach to Form 8804.

| **1 a** Foreign partner's name | **b** U.S. identifying no. | **5 a** Name of partnership | **b** U.S. EIN |
|---|---|---|---|
| MORITZ KRATZER | | SUPERIOR LINEN LLC | 27-1719434 |

| **c** Address (if a foreign address, see instructions) | **c** Address (if a foreign address, see instructions) |
|---|---|
| MOSELSTR. 30<br>MUNCHEN<br><br>81677 GERMANY | 510 S 8TH ST<br>LAS VEGAS<br>NV<br>89101 |

| **2** Account number assigned by partnership (if any) | **6** Withholding agent's name. If partnership is also the withholding agent, enter 'SAME' and do not complete line 7. |
|---|---|

| **3** Type of partner (specify — see instructions) ► INDIVIDUAL | |
|---|---|
| **4** Country code of partner (enter two-letter code; see instructions) | **7** Withholding agent's U.S. employer identification number |

**8 a** Check if the partnership identified on line 5a owns an interest in one or more partnerships. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

  **b** Check if any of the partnership's effectively connected taxable income (ECTI) is exempt from U.S. tax for the partner identified on line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| **9** Partnership's ECTI allocable to partner for the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
|---|---|---|
| **10** Total tax credit allowed to partner under section 1446 (see instructions). **Individual and corporate partners:** Claim this amount as a credit against your U.S. income tax on Form 1040NR, 1120-F, etc. . . . . . . . . . . . . . . . | **10** | |

**Schedule T – Beneficiary Information (see instructions)**

| **11 a** Name of beneficiary | **c** Address (if a foreign address, see instructions) |
|---|---|
| **b** U.S. identifying number of beneficiary | |

| **12** Amount of ECTI on line 9 to be included in the beneficiary's gross income (see instructions) . . . . . . . . . . . . . . | **12** | |
|---|---|---|
| **13** Amount of tax credit on line 10 that the beneficiary is entitled to claim on its return (see instructions). . . . . . . | **13** | |

**BAA  For Paperwork Reduction Act Notice, see separate Instructions for Forms 8804, 8805, and 8813.**            Form **8805** (2016)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

| Form **1065** | | **U.S. Return of Partnership Income** | OMB No. 1545-0123 | |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2017, or tax year beginning _____, 2017, ending _____, 20___ ▶ Go to *www.irs.gov/Form1065* for instructions and the latest information. | **2017** | |

| **A** Principal business activity<br>LAUNDRY SERVICE | Type or Print | SUPERIOR LINEN LLC<br>510 S 8TH ST<br>LAS VEGAS, NV 89101 | **D** Employer identification no.<br>27-1719434 |
|---|---|---|---|
| **B** Principal product or service<br>LINEN | | | **E** Date business started<br>1/21/2010 |
| **C** Business code number<br>812330 | | | **F** Total assets (see the instrs)<br>$ 376,853. |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**(6)** ☐ Technical termination — also check (1) or (2)

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ _____ 14

**J** Check if Schedules C and M-3 are attached. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

*Caution: Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| | | | |
|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1a** 3,263,163. | |
| | **b** Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . | **1b** | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** | 3,263,163. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 2,828,063. |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 435,100. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . . . . | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . . | **6** | |
| | **7** Other income (loss) (attach statement) . . . . . . . . . . SEE STATEMENT 1 | **7** | 2,921,757. |
| | **8** **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . . . . . . . | **8** | 3,356,857. |
| **S E E   I N S T R S   F O R   L I M I T A T I O N S   D E D U C T I O N S** | **9** Salaries and wages (other than to partners) (less employment credits) . . . . . . . | **9** | 248,437. |
| | **10** Guaranteed payments to partners . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| | **11** Repairs and maintenance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 5,877. |
| | **12** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | 190,305. |
| | **13** Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | 151,694. |
| | **14** Taxes and licenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 93,655. |
| | **15** Interest. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | 984,414. |
| | **16a** Depreciation (if required, attach Form 4562) . . . . . . . . . . | **16a** | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return . . . | **16b** | **16c** |
| | **17** Depletion (**Do not deduct oil and gas depletion.**). . . . . . . . . . . . . . . . . . | **17** | |
| | **18** Retirement plans, etc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| | **19** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | 26,472. |
| | **20** Other deductions (attach statement) . . . . . . . . . . . . SEE STATEMENT 2 | **20** | 2,244,366. |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . . . . . . . . . . | **21** | 3,945,220. |
| | **22** Ordinary business income (loss). Subtract line 21 from line 8 . . . . . . . . . . | **22** | -588,363. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____ Signature of partner or limited liability company member   Date _____

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ PAUL M. HEALEY & SONS CPAS LTD. | | | Firm's EIN ▶ 68-0564739 | |
| | Firm's address ▶ 3263 EAST WARM SPRINGS ROAD<br>LAS VEGAS, NV 89120 | | | Phone no. (702) 968-7800 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**     PTPA0105L 08/22/17     Form **1065** (2017)

Form 1065 (2017)   SUPERIOR LINEN LLC                                    27-1719434          Page **2**

| Schedule B | Other Information |
|---|---|

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |

**a** ☐ Domestic general partnership        **b** ☐ Domestic limited partnership

**c** ☒ Domestic limited liability company   **d** ☐ Domestic limited liability partnership

**e** ☐ Foreign partnership                 **f** ☐ Other ►

| | | Yes | No |
|---|---|---|---|
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person?.................................................................. | X | |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership.................................................................. | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership.................................................................. | | X |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (iv) below.................................................................. | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below.................. | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details........ | | X |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3.................................................... | | X |
| | If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)?.................................. | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?.................................................................. | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction?.................................................................. | | X |
| 10 | At any time during calendar year 2017, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If 'Yes,' enter the name of the foreign country.   ► | | X |

PTPA0112L  08/22/17                                                      Form **1065** (2017)

Form **1065** (2017)  SUPERIOR LINEN LLC                                          27-1719434                    Page **3**

| **Schedule B** | **Other Information** *(continued)* | | |
|---|---|---|---|
| | | Yes | No |

| | | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. | | |
| | See instructions   ▶ | | |
| 16 | Does the partnership have any foreign partners? If 'Yes,' enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership.  ▶  2 | X | |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2017 that would require you to file Form(s) 1099? See instructions. . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | If 'Yes,' did you or will you file required Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892.        ▶ 0 | | |
| 21 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 22 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year (See the Instructions for Form 8938)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | | Identifying number of TMP ▶ | |
|---|---|---|---|
| If the TMP is an entity, name of TMP representative ▶ | | Phone number of TMP ▶ | |
| Address of designated TMP ▶ | | | |

PTPA0112L  08/22/17

Form **1065** (2017)

Form **1065** (2017)  SUPERIOR LINEN LLC                                      27-1719434                    Page **4**

| Schedule K | | Partners' Distributive Share Items | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | | 1 | -588,363. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach stmt) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Guaranteed payments | | 4 | |
| | 5 | Interest income | | 5 | 88. |
| | 6 | Dividends: a Ordinary dividends | | 6a | |
| | | b Qualified dividends | 6b | | |
| | 7 | Royalties | | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | 9a | |
| | b | Collectibles (28%) gain (loss) | 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | | 10 | |
| | 11 | Other income (loss) (see instructions)    Type ► | | 11 | |
| **Deduc-tions** | 12 | Section 179 deduction (attach Form 4562) | | 12 | |
| | 13a | Contributions | | 13a | |
| | b | Investment interest expense | | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ►            (2) Amount ► | | 13c (2) | |
| | d | Other deductions (see instructions)  Type ► | | 13d | |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment | | 14a | |
| | b | Gross farming or fishing income | | 14b | |
| | c | Gross nonfarm income | | 14c | |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | | 15a | |
| | b | Low-income housing credit (other) | | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 15c | |
| | d | Other rental real estate credits (see instructions)  Type ► | | 15d | |
| | e | Other rental credits (see instructions)  Type ► | | 15e | |
| | f | Other credits (see instructions)  Type ► | | 15f | |
| **Foreign Trans-actions** | 16a | Name of country or U.S. possession... ► | | | |
| | b | Gross income from all sources | | 16b | |
| | c | Gross income sourced at partner level | | 16c | |
| | | Foreign gross income sourced at partnership level | | | |
| | d | Passive category ►          e General category ►          f Other ► | | 16f | |
| | | Deductions allocated and apportioned at partner level | | | |
| | g | Interest expense ►          h Other ► | | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| | i | Passive category ►          j General category ►          k Other ► | | 16k | |
| | l | Total foreign taxes (check one): ► Paid ☐  Accrued ☐ | | 16l | |
| | m | Reduction in taxes available for credit (attach statement) | | 16m | |
| | n | Other foreign tax information (attach statement) | | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | | 17a | |
| | b | Adjusted gain or loss | | 17b | |
| | c | Depletion (other than oil and gas) | | 17c | |
| | d | Oil, gas, and geothermal properties — gross income | | 17d | |
| | e | Oil, gas, and geothermal properties — deductions | | 17e | |
| | f | Other AMT items (attach statement) | | 17f | |
| **Other Infor-mation** | 18a | Tax-exempt interest income | | 18a | |
| | b | Other tax-exempt income | | 18b | |
| | c | Nondeductible expenses | | 18c | 74,311. |
| | 19a | Distributions of cash and marketable securities | | 19a | |
| | b | Distributions of other property | | 19b | |
| | 20a | Investment income | | 20a | 88. |
| | b | Investment expenses | | 20b | |
| | c | Other items and amounts (attach stmt) | | | |

BAA                                                                         Form **1065** (2017)

PTPA0134L   08/22/17

Form **1065** (2017)  SUPERIOR LINEN LLC                                           27-1719434        Page 5

## Analysis of Net Income (Loss)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | 1 | -588,275. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners . . . | | | | | | |
| **b** Limited partners . . . | -37,611. | -33,593. | | -432,655. | | -84,416. |

### Schedule L — Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 Cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 136,287. | | 376,853. |
| 2 a Trade notes and accounts receivable . . . . . . . | 1,231,070. | | | | |
| **b** Less allowance for bad debts . . . . . . . . . . . . . . | | 1,231,070. | | | |
| 3 Inventories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,860,484. | | | |
| 4 U.S. government obligations . . . . . . . . . . . . . . . | | | | | |
| 5 Tax-exempt securities . . . . . . . . . . . . . . . . . . . . | | | | | |
| 6 Other current assets (attach stmt) . . . SEE ST 3 | | 47,024. | | | |
| 7 a Loans to partners (or persons related to partners) . . . . . | | 86,895. | | | |
| **b** Mortgage and real estate loans . . . . . . . . . . . . | | | | | |
| 8 Other investments (attach stmt) . . . . . . . . . . . . . | | | | | |
| 9 a Buildings and other depreciable assets . . . . . . | 7,723,805. | | | | |
| **b** Less accumulated depreciation . . . . . . . . . . . . . | 2,633,753. | 5,090,052. | | | |
| 10 a Depletable assets . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| **b** Less accumulated depletion . . . . . . . . . . . . . . . | | | | | |
| 11 Land (net of any amortization) . . . . . . . . . . . . . | | | | | |
| 12 a Intangible assets (amortizable only) . . . . . . . . | 1,769,651. | | | | |
| **b** Less accumulated amortization . . . . . . . . . . . . | 246,385. | 1,523,266. | | | |
| 13 Other assets (attach stmt) . . . . SEE ST 4 | | 225,500. | | | |
| 14 Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 11,200,578. | | 376,853. |
| **Liabilities and Capital** | | | | | |
| 15 Accounts payable . . . . . . . . . . . . . . . . . . . . . . . . | | 2,906,265. | | 391,603. |
| 16 Mortgages, notes, bonds payable in less than 1 year . . . . . | | | | | |
| 17 Other current liabilities (attach stmt) . . SEE ST 5 | | 1,161,345. | | 590,122. |
| 18 All nonrecourse loans . . . . . . . . . . . . . . . . . . . . | | | | | |
| 19 a Loans from partners (or persons related to partners) . . . | | | | | |
| **b** Mortgages, notes, bonds payable in 1 year or more . . . . . | | 19,721,806. | | 12,646,552. |
| 20 Other liabilities (attach stmt) . . . . . . . . . . . . . . . | | | | | |
| 21 Partners' capital accounts . . . . . . . . . . . . . . . . . | | -12,588,838. | | -13,251,424. |
| 22 Total liabilities and capital . . . . . . . . . . . . . . . | | 11,200,578. | | 376,853. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note.** The partnership may be required to file Schedule M-3 (see instructions).

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books . . . . . . | -662,586. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | **a** Tax-exempt interest . . . . $ _ _ _ _ _ _ _ _ _ | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 3 Guaranteed pmts (other than health insurance) . . . . . | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | **a** Depreciation . . . . . . $ _ _ _ _ _ _ _ _ _ | | |
| **a** Depreciation . . . . . . $ _ _ _ _ _ _ _ | | | | |
| **b** Travel and entertainment . . . . . $ | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| STATEMENT 6 _ _ _ _ _ 74,311. | 74,311. | 8 Add lines 6 and 7 . . . . . . . . . . . . . . . . . . . . . . . | | |
| 5 Add lines 1 through 4 . . . . . . . . . . . . . . . | -588,275. | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 . . . . | | -588,275. |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year . . . . . | -12,588,838. | 6 Distributions: **a** Cash . . . . . . . . . . . . . . . . . | | |
| 2 Capital contributed: **a** Cash . . . . . . . . . . . | | **b** Property . . . . . . . . . . . . . . . . | | |
| **b** Property . . . . . . . . . | | 7 Other decreases (itemize): | | |
| 3 Net income (loss) per books . . . . . . . . . . . | -662,586. | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 4 Other increases (itemize): | | | | |
| | | 8 Add lines 6 and 7 . . . . . . . . . . . . . . . . . . . . . . | | |
| 5 Add lines 1 through 4 . . . . . . . . . . . . . . . | -13,251,424. | 9 Balance at end of year. Subtract line 8 from line 5 . . . . | | -13,251,424. |

PTPA0134L  08/22/17                                                          Form **1065** (2017)

651117

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax

☐ Final K-1    ☐ Amended K-1

OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

beginning /  / 2017   ending /  /

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

FORTUNA PARTNERS ONE LLC
139 E WARM SPRINGS RD
LAS VEGAS, NV 89119

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? ...... PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here................................ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 14.4735 % | 14.4735 % |
| Loss | 14.4735 % | 14.4735 % |
| Capital | 16.4987 % | 16.4987 % |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse......................... $ | |
| Qualified nonrecourse financing........ $ | |
| Recourse............................ $ | |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account............. $ | -1,822,046. |
| Capital contributed during the year..... $ | |
| Current year increase (decrease)....... $ | -95,900. |
| Withdrawals & distributions........... $ | |
| Ending capital account............... $ | -1,917,946. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
| | -85,156. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| | 12. | | |
| 6 a | Ordinary dividends | | |
| 6 b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9 a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9 b | Collectibles (28%) gain (loss) | | |
| 9 c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 10,756. |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| | | A | 12. |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

PTPA0312L   08/17/17

651117

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax

☐ Final K-1    ☐ Amended K-1

OMB No. 1545-0123

beginning / / 2017    ending / /

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

LITTLE CURRENT LLC
139 E WARM SPRINGS RD
LAS VEGAS, NV 89119

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? ...... PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ............................... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 15.058 % | 15.058 % |
| Loss | 15.058 % | 15.058 % |
| Capital | 19.0268 % | 19.0268 % |

**K** Partner's share of liabilities at year end:

Nonrecourse................... $
Qualified nonrecourse financing........ $
Recourse...................... $

**L** Partner's capital account analysis:

Beginning capital account............ $  -1,895,627.
Capital contributed during the year..... $
Current year increase (decrease)....... $  -99,773.
Withdrawals & distributions............ $
Ending capital account............... $  -1,995,400.

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If 'Yes', attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | -88,596. | **15** Credits | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | **16** Foreign transactions | |
| **4** Guaranteed payments | | | |
| **5** Interest income | 13. | | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | **17** Alternative minimum tax (AMT) items | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss) | | **18** Tax-exempt income and nondeductible expenses | |
| **11** Other income (loss) | | C | 11,190. |
| **12** Section 179 deduction | | **19** Distributions | |
| **13** Other deductions | | **20** Other information | |
| | | A | 13. |
| **14** Self-employment earnings (loss) | | | |

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    Schedule K-1 (Form 1065) 2017

PARTNER 2

PTPA0312L  08/17/17

651117

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax

☐ Final K-1      ☐ Amended K-1

OMB No. 1545-0123

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | -17,079. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| | 3. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 2,157. |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| | | A | 3. |
| 14 | Self-employment earnings (loss) | | |

beginning ___ / ___ / 2017   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**       ► See separate instructions.

**Part I  Information About the Partnership**

A  Partnership's employer identification number
27-1719434

B  Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

C  IRS Center where partnership filed return
OGDEN, UT

D  ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

E  Partner's identifying number

F  Partner's name, address, city, state, and ZIP code

GLEN AMADOR
139 E WARM SPRINGS RD
LAS VEGAS, NV 89119

G  ☐ General partner or LLC member-manager      ☒ Limited partner or other LLC member

H  ☒ Domestic partner      ☐ Foreign partner

I1  What type of entity is this partner? . . . . . . . INDIVIDUAL

I2  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

J  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 2.9028 % | 2.9028 % |
| Loss | 2.9028 % | 2.9028 % |
| Capital | 3.3031 % | 3.3031 % |

K  Partner's share of liabilities at year end:

Nonrecourse. . . . . . . . . . . . . . . . . $ _____
Qualified nonrecourse financing. . . . . . . $ _____
Recourse. . . . . . . . . . . . . . . . . . $ _____

L  Partner's capital account analysis:

Beginning capital account . . . . . . . . . . $   -365,429.
Capital contributed during the year. . . . . $ _____
Current year increase (decrease). . . . . . $   -19,233.
Withdrawals & distributions . . . . . . . . . $ _____
Ending capital account . . . . . . . . . . . . $   -384,662.

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

M  Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

FOR IRS USE ONLY

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule **K-1** (Form 1065) 2017

PTPA0312L  08/17/17

PARTNER  3

651117

| Schedule K-1 (Form 1065) | **2017** | |
| --- | --- | --- |

Department of the Treasury
Internal Revenue Service

For calendar year 2017, or tax

☐ Final K-1    ☐ Amended K-1

OMB No. 1545-0123

beginning ___/___/ 2017   ending ___/___/___

## Partner's Share of Income, Deductions, Credits, etc. ► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

JEFF MAHONEY
139 E WARM SPRINGS RD
LAS VEGAS, NV 89119

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? ....... INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .................................... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
| --- | --- | --- |
| Profit | 0.0676 % | 0.0676 % |
| Loss | 0.0676 % | 0.0676 % |
| Capital | 0.0768 % | 0.0768 % |

**K** Partner's share of liabilities at year end:

Nonrecourse......................... $ _____
Qualified nonrecourse financing........ $ _____
Recourse............................. $ _____

**L** Partner's capital account analysis:

Beginning capital account ............. $ -8,509.
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $ -448.
Withdrawals & distributions ............ $ _____
Ending capital account ................ $ -8,957.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
| --- | --- | --- | --- | --- |
| 1 | Ordinary business income (loss) -398. | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | | C | 50. |
| | | 19 | Distributions | |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | 20 | Other information | |
| 14 | Self-employment earnings (loss) | | | |

\*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

651117

| **Schedule K-1** (Form 1065) | **2017** | ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

For calendar year 2017, or tax

beginning ___ / ___ / 2017   ending ___ / ___ /

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -1,336. | 15 | Credits |
| 2 | Net real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 169. |

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

ESC CAPITAL
139 E WARM SPRINGS RD
LAS VEGAS, NV 89119

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? ....... DISREGARDED ENTITY

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ......... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.227 % | 0.227 % |
| Loss | 0.227 % | 0.227 % |
| Capital | 0.2578 % | 0.2578 % |

**K** Partner's share of liabilities at year end:

Nonrecourse.................... $ _____
Qualified nonrecourse financing........ $ _____
Recourse....................... $ _____

**L** Partner's capital account analysis:

Beginning capital account..... $ -28,576.
Capital contributed during the year..... $ _____
Current year increase (decrease)...... $ -1,505.
Withdrawals & distributions........... $ _____
Ending capital account.......... $ -30,081.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | | |
| | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

651117

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2017**
For calendar year 2017, or tax

☐ Final K-1   ☐ Amended K-1

OMB No. 1545-0123

beginning ___/___/ 2017 ending ___/___/___

**Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items

## Partner's Share of Income, Deductions, Credits, etc.
▶ See separate instructions.

**Part I** Information About the Partnership

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II** Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

FLORIAN NANZ
AUGSBERGER STRASSE 554
STUTTGARD,  70329 GERMANY

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☐ Domestic partner   ☒ Foreign partner

**I1** What type of entity is this partner? . . . . . . . INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 1.8894 % | 1.8894 % |
| Loss | 1.8894 % | 1.8894 % |
| Capital | 2.1457 % | 2.1457 % |

**K** Partner's share of liabilities at year end:

Nonrecourse . . . . . . . . . . . . . . . . $ _____
Qualified nonrecourse financing . . . . . . $ _____
Recourse . . . . . . . . . . . . . . . . . . $ _____

**L** Partner's capital account analysis:

Beginning capital account . . . . . . . . . . . $ -237,854.
Capital contributed during the year . . . . . $ _____
Current year increase (decrease) . . . . . . $ -12,519.
Withdrawals & distributions . . . . . . . . . $ _____
Ending capital account . . . . . . . . . . . . $ -250,373.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) -11,117. | | **15** Credits | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | **16** Foreign transactions | |
| **4** Guaranteed payments | | | |
| **5** Interest income 2. | | | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | **17** Alternative minimum tax (AMT) items | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss) | | **18** Tax-exempt income and nondeductible expenses | |
| **11** Other income (loss) C | | C 1,404. | |
| | | **19** Distributions | |
| **12** Section 179 deduction | | | |
| **13** Other deductions | | **20** Other information | |
| | | A 2. | |
| **14** Self-employment earnings (loss) | | | |

*See attached statement for additional information.

FOR IRS USE ONLY

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   Schedule K-1 (Form 1065) 2017

PARTNER  6

PTPA0312L  08/17/17

| Form **8805** | **Foreign Partner's Information Statement of Section 1446 Withholding Tax** ► Go to *www.irs.gov/Form8805* for instructions and the latest information. | OMB No. 1545-0123 **2017** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For partnership's calendar year 2017, or tax year beginning , 2017, and ending , | Copy B for partner. Keep for your records. |

| **1 a** Foreign partner's name FLORIAN NANZ | **b** U.S. identifying no. | **5 a** Name of partnership SUPERIOR LINEN LLC | **b** U.S. Employer Identification Number (EIN) 27-1719434 |
|---|---|---|---|
| **c** Address (if a foreign address, see instructions) AUGSBERGER STRASSE 554 STUTTGARD 70329 GERMANY | | **c** Address (if a foreign address, see instructions) 510 S 8TH ST LAS VEGAS NV 89101 | |

**2**  Account number assigned by partnership (if any)

**6**  Withholding agent's name. If partnership is also the withholding agent, enter 'SAME' and do not complete line 7.

**3**  Type of partner (specify — see instructions) ► INDIVIDUAL

**4**  Country code of partner (enter two-letter code; see instructions)

**7**  Withholding agent's U.S. EIN

**8 a** Check if the partnership identified on line 5a owns an interest in one or more partnerships . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

 **b** Check if any of the partnership's effectively connected taxable income (ECTI) is exempt from U.S. tax for the partner identified on line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| **9**  Partnership's ECTI allocable to partner for the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . | **9** | |
|---|---|---|
| **10**  Total tax credit allowed to partner under section 1446 (see instructions). **Individual and corporate partners:** Claim this amount as a credit against your U.S. income tax on Form 1040NR, 1120-F, etc . . . . . . . . . . . . . . . | **10** | |

### Schedule T – Beneficiary Information (see instructions)

| **11 a** Name of beneficiary | **c** Address (if a foreign address, see instructions) |
|---|---|
| **b** U.S. identifying number of beneficiary | |

| **12**  Amount of ECTI on line 9 to be included in the beneficiary's gross income (see instructions) . . . . . . . . . . . . . . | **12** | |
|---|---|---|
| **13**  Amount of tax credit on line 10 that the beneficiary is entitled to claim on its return (see instructions) . . . . . . . | **13** | |

BAA

Form **8805** (2017)

PTPA9512L  08/14/17

PARTNER 6:  FLORIAN NANZ   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

Form **8805**

Department of the Treasury
Internal Revenue Service

**Foreign Partner's Information Statement
of Section 1446 Withholding Tax**

► Go to *www.irs.gov/Form8805* for instructions and the latest information.

For partnership's calendar year 2017, or tax year beginning _____ , 2017, and ending _____

OMB No. 1545-0123

**2017**

Copy C for partner.
Attach to your
Federal tax return.

| 1a Foreign partner's name | b U.S. identifying no. |
|---|---|
| FLORIAN NANZ | |

**c** Address (if a foreign address, see instructions)

AUGSBERGER STRASSE 554
STUTTGARD

70329 GERMANY

**2** Account number assigned by partnership (if any)

**3** Type of partner (specify — see instructions) ►    INDIVIDUAL

**4** Country code of partner (enter two-letter code; see instructions)

| 5a Name of partnership | b U.S. Employer Identification Number (EIN) |
|---|---|
| SUPERIOR LINEN LLC | 27-1719434 |

**c** Address (if a foreign address, see instructions)

510 S 8TH ST
LAS VEGAS
NV
89101

**6** Withholding agent's name. If partnership is also the withholding agent, enter 'SAME' and do not complete line 7.

**7** Withholding agent's U.S. EIN

**8a** Check if the partnership identified on line 5a owns an interest in one or more partnerships ............................ ☐

**b** Check if any of the partnership's effectively connected taxable income (ECTI) is exempt from U.S. tax for the partner identified on line 1a ............................ ☐

| | | |
|---|---|---|
| **9** Partnership's ECTI allocable to partner for the tax year (see instructions) ........................ | **9** | |
| **10** Total tax credit allowed to partner under section 1446 (see instructions). **Individual and corporate partners:** Claim this amount as a credit against your U.S. income tax on Form 1040NR, 1120-F, etc. ................. | **10** | |

**Schedule T – Beneficiary Information (see instructions)**

**11a** Name of beneficiary

**b** U.S. identifying number of beneficiary

**c** Address (if a foreign address, see instructions)

| | | |
|---|---|---|
| **12** Amount of ECTI on line 9 to be included in the beneficiary's gross income (see instructions) ............... | **12** | |
| **13** Amount of tax credit on line 10 that the beneficiary is entitled to claim on its return (see instructions) ....... | **13** | |

BAA

Form **8805** (2017)

PTPA9534L  08/14/17

PARTNER 6:  FLORIAN NANZ   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

651117

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**    ▶ See separate instructions.

beginning ___/___/2017 ending ___/___/___

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -37,617. | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income 6. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 4,751. |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| | | A | 6. |
| 14 | Self-employment earnings (loss) | | |

**Part I  Information About the Partnership**

A Partnership's employer identification number
27-1719434

B Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

C IRS Center where partnership filed return
OGDEN, UT

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

E Partner's identifying number

F Partner's name, address, city, state, and ZIP code

MONTRESSOR CORPORATION
139 E WARM SPRINGS RD
LAS VEGAS, NV 89119

G ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H ☒ Domestic partner   ☐ Foreign partner

I1 What type of entity is this partner? ...... CORPORATION

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ..... ☐

J Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 6.3935 % | 6.3935 % |
| Loss | 6.3935 % | 6.3935 % |
| Capital | 7.2607 % | 7.2607 % |

K Partner's share of liabilities at year end:
Nonrecourse.......................... $ _____
Qualified nonrecourse financing........ $ _____
Recourse............................. $ _____

L Partner's capital account analysis:
Beginning capital account ............ $ -804,867.
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $ -42,362.
Withdrawals & distributions ........... $ _____
Ending capital account ............... $ -847,229.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2017

PARTNER 7

PTPA0312L  08/17/17

651117

## Schedule K-1
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

beginning ___ / ___ / 2017    ending ___ / ___ /

### Partner's Share of Income, Deductions, Credits, etc.    ► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

MORITZ KRATZER
MOSELSTR. 30
MUNCHEN,    81677 GERMANY

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☐ Domestic partner    ☒ Foreign partner

**I1** What type of entity is this partner? ....... INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .............. ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 0.8507 % | 0.8507 % |
| Loss | 0.8507 % | 0.8507 % |
| Capital | 0.9661 % | 0.9661 % |

**K** Partner's share of liabilities at year end:
Nonrecourse.......................... $ ___
Qualified nonrecourse financing........ $ ___
Recourse............................. $ ___

**L** Partner's capital account analysis:
Beginning capital account ............. $ -107,093.
Capital contributed during the year..... $ ___
Current year increase (decrease)....... $ -5,636.
Withdrawals & distributions........... $ ___
Ending capital account ................ $ -112,729.
☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If 'Yes', attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | |
|---|---|
| 1 Ordinary business income (loss) -5,005. | 15 Credits |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 16 Foreign transactions |
| 4 Guaranteed payments | |
| 5 Interest income 1. | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | 17 Alternative minimum tax (AMT) items |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| 11 Other income (loss) | C 632. |
| 12 Section 179 deduction | 19 Distributions |
| 13 Other deductions | 20 Other information |
| | A 1. |
| 14 Self-employment earnings (loss) | |

*See attached statement for additional information.

FOR IRS USE ONLY

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2017

PARTNER 8

PTPA0312L  08/17/17

Form **8805**

**Foreign Partner's Information Statement of Section 1446 Withholding Tax**

► Go to *www.irs.gov/Form8805* for instructions and the latest information.

OMB No. 1545-0123

**2017**

Copy B for partner.
Keep for your records.

Department of the Treasury
Internal Revenue Service

For partnership's calendar year 2017, or tax year beginning _____ , 2017, and ending _____

| | | |
|---|---|---|
| **1a** Foreign partner's name | **b** U.S. identifying no. | **5a** Name of partnership |
| MORITZ KRATZER | | SUPERIOR LINEN LLC |

**b** U.S. Employer Identification Number (EIN)
27-1719434

**c** Address (if a foreign address, see instructions)
MOSELSTR. 30
MUNCHEN

81677 GERMANY

**c** Address (if a foreign address, see instructions)
510 S 8TH ST
LAS VEGAS
NV
89101

**2** Account number assigned by partnership (if any)

**6** Withholding agent's name. If partnership is also the withholding agent, enter 'SAME' and do not complete line 7.

**3** Type of partner (specify — see instructions) ► INDIVIDUAL

**4** Country code of partner (enter two-letter code; see instructions)

**7** Withholding agent's U.S. EIN

**8a** Check if the partnership identified on line 5a owns an interest in one or more partnerships............................ ☐

**b** Check if any of the partnership's effectively connected taxable income (ECTI) is exempt from U.S. tax for the partner identified on line 1a ........................................................................................ ☐

**9** Partnership's ECTI allocable to partner for the tax year (see instructions).................................. **9**

**10** Total tax credit allowed to partner under section 1446 (see instructions). **Individual and corporate partners:** Claim this amount as a credit against your U.S. income tax on Form 1040NR, 1120-F, etc.................. **10**

**Schedule T – Beneficiary Information (see instructions)**

**11a** Name of beneficiary

**c** Address (if a foreign address, see instructions)

**b** U.S. identifying number of beneficiary

**12** Amount of ECTI on line 9 to be included in the beneficiary's gross income (see instructions)............... **12**

**13** Amount of tax credit on line 10 that the beneficiary is entitled to claim on its return (see instructions)....... **13**

BAA

Form **8805** (2017)

PTPA9512L   08/14/17

PARTNER 8:   MORITZ KRATZER   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

Form **8805**

**Foreign Partner's Information Statement of Section 1446 Withholding Tax**

► Go to *www.irs.gov/Form8805* for instructions and the latest information.

OMB No. 1545-0123

**2017**

Copy C for partner.
Attach to your
Federal tax return.

Department of the Treasury
Internal Revenue Service

For partnership's calendar year 2017, or tax year beginning _____ , 2017, and ending _____

| 1a Foreign partner's name | b U.S. identifying no. | 5a Name of partnership | b U.S. Employer Identification Number (EIN) |
|---|---|---|---|
| MORITZ KRATZER | | SUPERIOR LINEN LLC | 27-1719434 |

c Address (if a foreign address, see instructions)

MOSELSTR. 30
MUNCHEN

81677 GERMANY

c Address (if a foreign address, see instructions)

510 S 8TH ST
LAS VEGAS
NV
89101

**2** Account number assigned by partnership (if any)

**6** Withholding agent's name. If partnership is also the withholding agent, enter 'SAME' and do not complete line 7.

**3** Type of partner (specify — see instructions) ►   INDIVIDUAL

**4** Country code of partner (enter two-letter code; see instructions)

**7** Withholding agent's U.S. EIN

**8a** Check if the partnership identified on line 5a owns an interest in one or more partnerships........................................... ☐

**b** Check if any of the partnership's effectively connected taxable income (ECTI) is exempt from U.S. tax for the partner identified on line 1a ................................................................................................................. ☐

| | | |
|---|---|---|
| **9** Partnership's ECTI allocable to partner for the tax year (see instructions) ................................... | **9** | |
| **10** Total tax credit allowed to partner under section 1446 (see instructions). **Individual and corporate partners:** Claim this amount as a credit against your U.S. income tax on Form 1040NR, 1120-F, etc................. | **10** | |

**Schedule T – Beneficiary Information (see instructions)**

**11a** Name of beneficiary

c Address (if a foreign address, see instructions)

**b** U.S. identifying number of beneficiary

| | | |
|---|---|---|
| **12** Amount of ECTI on line 9 to be included in the beneficiary's gross income (see instructions) ............... | **12** | |
| **13** Amount of tax credit on line 10 that the beneficiary is entitled to claim on its return (see instructions)....... | **13** | |

**BAA**

Form **8805** (2017)

PTPA9534L 08/14/17

PARTNER 8:   MORITZ KRATZER   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

651117

| Schedule K-1 (Form 1065) | 2017 | |
|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2017, or tax

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

**Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items

beginning  /  / 2017  ending  /  /

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)<br>-5,811. | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income<br>1. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 734. |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| | | A | 1. |
| 14 | Self-employment earnings (loss) | | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

NAMERIKO LLC
913 N MARKET ST #1010
WILMINGTON, DE 19801

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? ....... PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ........................................ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.9876 % | 0.9876 % |
| Loss | 0.9876 % | 0.9876 % |
| Capital | 1.1215 % | 1.1215 % |

**K** Partner's share of liabilities at year end:

Nonrecourse.......................... $
Qualified nonrecourse financing........ $
Recourse.............................. $

**L** Partner's capital account analysis:

Beginning capital account ............. $  -124,327.
Capital contributed during the year..... $
Current year increase (decrease)....... $  -6,544.
Withdrawals & distributions ........... $
Ending capital account ................ $  -130,871.

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

FOR IRS USE ONLY

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule K-1 (Form 1065) 2017

PTPA0312L  08/17/17

PARTNER 9

651117

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2017**
For calendar year 2017, or tax

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

beginning [ / / 2017 ]  ending [ / / ]

## Partner's Share of Income, Deductions, Credits, etc.
▶ See separate instructions.

**Part I  Information About the Partnership**

A  Partnership's employer identification number
27-1719434

B  Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

C  IRS Center where partnership filed return
OGDEN, UT

D  ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

E  Partner's identifying number

F  Partner's name, address, city, state, and ZIP code

BRIGHTLIGHT HOLDINGS LLC
ATTN: GABE DECKER
12505 PARK POTOMAC AVE STE 400
POTOMAC, MD 20854

G  ☐ General partner or LLC    ☒ Limited partner or other
      member-manager              LLC member

H  ☒ Domestic partner          ☐ Foreign partner

I1  What type of entity is this partner? ....... PARTNERSHIP

I2  If this partner is a retirement plan (IRA/SEP/Keogh/etc.),
     check here ................................................. ☐

J  Partner's share of profit, loss, and capital (see instructions):

|          | Beginning  | Ending     |
|----------|------------|------------|
| Profit   | 21.0398 %  | 21.0398 %  |
| Loss     | 21.0398 %  | 21.0398 %  |
| Capital  | 25.205 %   | 25.205 %   |

K  Partner's share of liabilities at year end:

Nonrecourse.......................... $
Qualified nonrecourse financing........ $
Recourse............................. $

L  Partner's capital account analysis:

Beginning capital account ............ $  -2,648,667.
Capital contributed during the year..... $
Current year increase (decrease)....... $  -139,406.
Withdrawals & distributions........... $
Ending capital account ............... $  -2,788,073.

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

M  Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If 'Yes', attach statement (see instructions)

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| 1  Ordinary business income (loss) | 15  Credits |
|---|---|
| -123,790. | |
| 2  Net rental real estate income (loss) | |
| 3  Other net rental income (loss) | 16  Foreign transactions |
| 4  Guaranteed payments | |
| 5  Interest income | |
| 19. | |
| 6a  Ordinary dividends | |
| 6b  Qualified dividends | |
| 7  Royalties | |
| 8  Net short-term capital gain (loss) | 17  Alternative minimum tax (AMT) items |
| 9a  Net long-term capital gain (loss) | |
| 9b  Collectibles (28%) gain (loss) | |
| 9c  Unrecaptured section 1250 gain | |
| 10  Net section 1231 gain (loss) | 18  Tax-exempt income and nondeductible expenses |
| 11  Other income (loss) | C          15,635. |
| | 19  Distributions |
| 12  Section 179 deduction | |
| 13  Other deductions | 20  Other information |
| | A               19. |
| 14  Self-employment earnings (loss) | |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 2017

PARTNER 10

PTPA0312L  08/17/17

651117

| Schedule K-1 (Form 1065) | **2017** | ☐ Final K-1   ☐ Amended K-1 | OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

For calendar year 2017, or tax

beginning __/__/2017 ending __/__/__

# Partner's Share of Income, Deductions, Credits, etc.

▶ See separate instructions.

## Part I   Information About the Partnership

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

M-SUPERIOR INVESTOR LLC
119 WASHINGTON AVE #505
MIAMI BEACH, FL 33139

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? ...... PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ................. ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 1.1337 % | 1.1337 % |
| Loss | 1.1337 % | 1.1337 % |
| Capital | 1.2874 % | 1.2874 % |

**K** Partner's share of liabilities at year end:

Nonrecourse.................... $
Qualified nonrecourse financing........ $
Recourse....................... $

**L** Partner's capital account analysis:

Beginning capital account ............. $   -142,720.
Capital contributed during the year..... $
Current year increase (decrease)....... $   -7,511.
Withdrawals & distributions............ $
Ending capital account................ $   -150,231.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
| | -6,670. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income   1. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C   842. | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| | | A   1. | |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.        Schedule K-1 (Form 1065) 2017

PARTNER 11

PTPA0312L   08/17/17

651117

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax

☐ Final K-1     ☐ Amended K-1

OMB No. 1545-0123

beginning __/__ / 2017  ending __/__ /__

## Partner's Share of Income, Deductions, Credits, etc.    ► See separate instructions.

| **Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | -83,092. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| | 12. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 10,495. |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| | | A | 12. |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

REX RUNZHEIMER
LIVING TRUST
5380 NORTH BAY RD
MIAMI BEACH, FL 33140

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? ....... FIDUCIARY

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .................................... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 14.1226 % | 14.1226 % |
| Loss | 14.1226 % | 14.1226 % |
| Capital | 16.0382 % | 16.0382 % |

**K** Partner's share of liabilities at year end:

Nonrecourse....................... $ _____
Qualified nonrecourse financing........ $ _____
Recourse.......................... $ _____

**L** Partner's capital account analysis:

Beginning capital account ............ $ -1,777,872.
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $ -93,575.
Withdrawals & distributions ........... $ _____
Ending capital account ............... $ -1,871,447.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

**F O R   I R S   U S E   O N L Y**

651117

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2017**
For calendar year 2017, or tax

☐ Final K-1    ☐ Amended K-1

OMB No. 1545-0123

beginning [ / / 2017 ] ending [ / / ]

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

GOYETTE IRREVOCABLE TRUST
6671 LAS VEGAS BLVD #D210
LAS VEGAS, NV 89119

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? ....... PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ................ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 10.6034 % | 10.6034 % |
| Loss | 10.6034 % | 10.6034 % |
| Capital | 3.556 % | 3.556 % |

**K** Partner's share of liabilities at year end:
Nonrecourse.................... $ _____
Qualified nonrecourse financing........ $ _____
Recourse...................... $ _____

**L** Partner's capital account analysis:
Beginning capital account ............ $ -1,334,845.
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $ -70,256.
Withdrawals & distributions........... $ _____
Ending capital account .............. $ -1,405,101.

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If 'Yes', attach statement (see instructions)

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | -62,386. | **15** Credits | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | **16** Foreign transactions | |
| **4** Guaranteed payments | | | |
| **5** Interest income | 9. | | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | **17** Alternative minimum tax (AMT) items | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss) | | **18** Tax-exempt income and nondeductible expenses | |
| **11** Other income (loss) | | C | 7,879. |
| | | **19** Distributions | |
| **12** Section 179 deduction | | | |
| **13** Other deductions | | **20** Other information | |
| | | A | 9. |
| **14** Self-employment earnings (loss) | | | |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2017

PTPA0312L  08/17/17

PARTNER 13

651117

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

beginning ___/___/2017 ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | | |
|---|---|---|
| 1 | Ordinary business income (loss) | **15** Credits |
| | −60,310. | |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | **16** Foreign transactions |
| 4 | Guaranteed payments | |
| 5 | Interest income    9. | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | **17** Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | **18** Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C    7,617. |
| | | **19** Distributions |
| 12 | Section 179 deduction | |
| 13 | Other deductions | **20** Other information |
| | | A    9. |
| 14 | Self-employment earnings (loss) | |

**Part I Information About the Partnership**

**A** Partnership's employer identification number
27-1719434

**B** Partnership's name, address, city, state, and ZIP code

SUPERIOR LINEN LLC
510 S 8TH ST
LAS VEGAS, NV 89101

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

SPG INVESTMENTS, LLC
6671 LAS VEGAS BLVD #D210
LAS VGEAS, NV 89119

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? . . . . . . . PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 10.2504 % | 10.2504 % |
| Loss | 10.2504 % | 10.2504 % |
| Capital | 3.2562 % | 3.2562 % |

**K** Partner's share of liabilities at year end:

Nonrecourse . . . . . . . . . . . . . . . . . . . . . . $ _____
Qualified nonrecourse financing . . . . . . . . $ _____
Recourse . . . . . . . . . . . . . . . . . . . . . . . $ _____

**L** Partner's capital account analysis:

Beginning capital account . . . . . . . . . . . . $ −1,290,406.
Capital contributed during the year . . . . . $ _____
Current year increase (decrease) . . . . . . $ −67,918.
Withdrawals & distributions . . . . . . . . . . . $ _____
Ending capital account . . . . . . . . . . . . . . . $ −1,358,324.

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

FOR IRS USE ONLY

BAA **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule K-1 (Form 1065) 2017

PARTNER 14

PTPA0312L  08/17/17

Form **1125-A**
(Rev October 2016)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

► Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.
► Information about Form 1125-A and its instructions is at *www.irs.gov/form1125a.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| SUPERIOR LINEN LLC | 27-1719434 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 2,860,484. |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) ........ SEE STATEMENT 7 | 5 | −32,421. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 2,828,063. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 2,828,063. |

**9 a** Check all methods used for valuing closing inventory:

   **(i)** ☐ Cost

   **(ii)** ☒ Lower of cost or market

   **(iii)** ☐ Other (Specify method used and attach explanation). . . . . ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  **b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970). . . . . . . . . . . . . . . . . . ► ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . . ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**BAA** For Paperwork Reduction Act Notice, see instructions.

Form **1125-A** (Rev 10-2016)

CPCZ0401L  08/17/16

| 2017 | **FEDERAL STATEMENTS** | PAGE 1 |
|------|------------------------|--------|

| CLIENT SUPERIOR | **SUPERIOR LINEN LLC** | 27-1719434 |
|-----------------|------------------------|-----------|

12/20/18                                                                                          04:03PM

**STATEMENT 1**
**FORM 1065, LINE 7**
**OTHER INCOME (LOSS)**

| | | |
|---|---|---|
| GAIN ON ASSET SALES............................................................ | $ | 2,921,088. |
| OTHER........................................................................... | | 669. |
| TOTAL | $ | 2,921,757. |

**STATEMENT 2**
**FORM 1065, LINE 20**
**OTHER DEDUCTIONS**

| | | |
|---|---|---|
| AMORTIZATION.................................................................... | $ | 1,523,266. |
| BANK CHARGES.................................................................... | | 1,854. |
| INSURANCE....................................................................... | | 128,193. |
| LEGAL AND PROFESSIONAL.......................................................... | | 334,755. |
| MANAGEMENT FEE.................................................................. | | 125,000. |
| OFFICE EXPENSE.................................................................. | | 86,517. |
| TRAVEL.......................................................................... | | 17,045. |
| USTRO........................................................................... | | 27,736. |
| TOTAL | $ | 2,244,366. |

**STATEMENT 3**
**FORM 1065, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|-----------|--------|
| PREPAID EXPENSES................................................... | $ 47,024. | $ 0. |
| TOTAL | $ 47,024. | $ 0. |

**STATEMENT 4**
**FORM 1065, SCHEDULE L, LINE 13**
**OTHER ASSETS**

| | BEGINNING | ENDING |
|---|-----------|--------|
| SECURITY DEPOSITS................................................. | $ 225,500. | $ 0. |
| TOTAL | $ 225,500. | $ 0. |

**STATEMENT 5**
**FORM 1065, SCHEDULE L, LINE 17**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|-----------|--------|
| ACCRUED EXPENSES.................................................. | $ 1,161,345. | $ 590,122. |
| TOTAL | $ 1,161,345. | $ 590,122. |

| 2017 | FEDERAL STATEMENTS | PAGE 2 |
|---|---|---|
| CLIENT SUPERIOR | SUPERIOR LINEN LLC | 27-1719434 |
| 12/20/18 | | 04:03PM |

**STATEMENT 6**
**FORM 1065, SCHEDULE M-1, LINE 4**
**EXPENSES ON BOOKS NOT ON SCHEDULE K**

| | | |
|---|---|---|
| PENALTIES.................................................................. | $ | 74,311. |
| TOTAL | $ | 74,311. |

**STATEMENT 7**
**FORM 1125-A, LINE 5**
**OTHER COSTS**

| | | |
|---|---|---|
| MISCELLANEOUS............................................................. | $ | -32,421. |
| TOTAL | $ | -32,421. |

Form **8805**

Department of the Treasury
Internal Revenue Service

**Foreign Partner's Information Statement
of Section 1446 Withholding Tax**

► Go to *www.irs.gov/Form8805* for instructions and the latest information.

For partnership's calendar year 2017, or tax year beginning _____ , 2017, and ending _____ .

OMB No. 1545-0123

**2017**

Copy A for Internal
Revenue Service
Attach to Form 8804.

| **1a** Foreign partner's name | **b** U.S. identifying no. | **5a** Name of partnership | **b** U.S. Employer Identification Number (EIN) |
|---|---|---|---|
| FLORIAN NANZ | | SUPERIOR LINEN LLC | 27-1719434 |

**c** Address (if a foreign address, see instructions)

AUGSBERGER STRASSE 554
STUTTGARD

70329 GERMANY

**c** Address (if a foreign address, see instructions)

510 S 8TH ST
LAS VEGAS
NV
89101

**2** Account number assigned by partnership (if any)

**6** Withholding agent's name. If partnership is also the withholding agent, enter 'SAME' and do not complete line 7.

**3** Type of partner (specify — see instructions) ► INDIVIDUAL

**4** Country code of partner (enter two-letter code; see instructions)

**7** Withholding agent's U.S. EIN

**8a** Check if the partnership identified on line 5a owns an interest in one or more partnerships........................................ ☐

**b** Check if any of the partnership's effectively connected taxable income (ECTI) is exempt from U.S. tax for the partner identified on line 1a.................................................................. ☐

| **9** Partnership's ECTI allocable to partner for the tax year (see instructions)................................... | **9** | |
|---|---|---|
| **10** Total tax credit allowed to partner under section 1446 (see instructions). **Individual and corporate partners:** Claim this amount as a credit against your U.S. income tax on Form 1040NR, 1120-F, etc.................. | **10** | |

### Schedule T – Beneficiary Information (see instructions)

**11a** Name of beneficiary

**c** Address (if a foreign address, see instructions)

**b** U.S. identifying number of beneficiary

| **12** Amount of ECTI on line 9 to be included in the beneficiary's gross income (see instructions)............... | **12** | |
|---|---|---|
| **13** Amount of tax credit on line 10 that the beneficiary is entitled to claim on its return (see instructions)....... | **13** | |

**BAA** For Paperwork Reduction Act Notice, see separate Instructions for Forms 8804, 8805, and 8813.

Form **8805** (2017)

PTPA9512L  08/14/17

Form **8805**

Department of the Treasury
Internal Revenue Service

**Foreign Partner's Information Statement
of Section 1446 Withholding Tax**

► Go to *www.irs.gov/Form8805* for instructions and the latest information.

For partnership's calendar year 2017, or tax year beginning _____ , 2017, and ending _____

OMB No. 1545-0123

**2017**

Copy A for Internal
Revenue Service
Attach to Form 8804.

| 1 a Foreign partner's name | b U.S. identifying no. | 5 a Name of partnership | b U.S. Employer Identification Number (EIN) |
|---|---|---|---|
| MORITZ KRATZER | | SUPERIOR LINEN LLC | 27-1719434 |

c Address (if a foreign address, see instructions)

MOSELSTR. 30
MUNCHEN

81677 GERMANY

c Address (if a foreign address, see instructions)

510 S 8TH ST
LAS VEGAS
NV
89101

**2** Account number assigned by partnership (if any)

**6** Withholding agent's name. If partnership is also the withholding agent, enter 'SAME' and do not complete line 7.

**3** Type of partner (specify — see instructions) ► INDIVIDUAL

**4** Country code of partner (enter two-letter code; see instructions)

**7** Withholding agent's U.S. EIN

**8 a** Check if the partnership identified on line 5a owns an interest in one or more partnerships...................................... ☐

**b** Check if any of the partnership's effectively connected taxable income (ECTI) is exempt from U.S. tax for the partner identified on line 1a ...................................................................................................... ☐

| | | |
|---|---|---|
| **9** Partnership's ECTI allocable to partner for the tax year (see instructions).................................... | **9** | |
| **10** Total tax credit allowed to partner under section 1446 (see instructions). **Individual and corporate partners:** Claim this amount as a credit against your U.S. income tax on Form 1040NR, 1120-F, etc................... | **10** | |

**Schedule T – Beneficiary Information (see instructions)**

**11 a** Name of beneficiary

**b** U.S. identifying number of beneficiary

c Address (if a foreign address, see instructions)

| | | |
|---|---|---|
| **12** Amount of ECTI on line 9 to be included in the beneficiary's gross income (see instructions)................ | **12** | |
| **13** Amount of tax credit on line 10 that the beneficiary is entitled to claim on its return (see instructions)....... | **13** | |

**BAA  For Paperwork Reduction Act Notice, see separate Instructions for Forms 8804, 8805, and 8813.**

Form **8805** (2017)

PTPA9512L   08/14/17

**SHELLEY D. KROHN**
Trustee in Bankruptcy
510 S. 8th Street
Las Vegas, NV 89101
(702) 421-2210 Fax (702) 366-1939
Shelley@TrusteeKrohn.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>SUPERIOR LINEN, LLC<br><br>Debtor(s). | Chapter 7<br>Case No. BK-S 16-15570-MKN<br><br>**ORDER AUTHORIZING PAYMENT OF ACCOUNTANT FEES TO PAUL M. HEALEY, CPA IN THE AMOUNT OF $3,066.25**<br><br>Hearing Date: February 7, 2019<br>Hearing Time: 11:00 am |

SHELLEY D. KROHN, TRUSTEE, having filed a motion for an order authorizing payment of accountant fees in the amount of $3,066.25 to Paul M. Healey, CPA, the motion having been reviewed and approved by the Court, good cause appearing therefore, it is hereby

/ / /

/ / /

/ / /

ORDERED, that the motion for approval of accountant fees in the amount of $3,066.25 to Paul M. Healey, CPA, is approved and the Trustee is authorized to remit such funds immediately.

Submitted by:

_____
SHELLEY D. KROHN,
FEDERAL BANKRUPTCY TRUSTEE

## ALTERNATIVE METHOD re RULE 9021:

In accordance with Local Rule 9021, the Trustee submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The Court waived the requirement set forth in LR9021(b)(1).

___X___ No parties appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___X___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###