**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: SUPERIOR LINEN, LLC                §        Case No. 16-15388-MKN
                                         §
                                         §
                                         §
            Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Shelley D. Krohn, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,596,952.37 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $718,910.52 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $277,141.57 | |

3) Total gross receipts of $996,052.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $996,052.09 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $19,498,819.95 | $19,547,819.79 | $10,680,935.00 | $718,910.52 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $227,141.57 | $227,141.57 | $227,141.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $569,501.49 | $511,312.87 | $50,000.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $466,733.39 | $21,093.75 | $21,093.75 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $5,143,580.13 | $4,458,796.58 | $4,015,394.82 | $0.00 |
| **TOTAL DISBURSEMENTS** | $25,109,133.47 | $24,824,353.18 | $15,455,878.01 | $996,052.09 |

4) This case was originally filed under chapter 7 on 09/30/2016, and it was converted to chapter 7 on 08/21/2017.  The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    11/23/2021            By: /s/ Shelley D. Krohn
                                          Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DIP Account | 1229-000 | $428,038.66 |
| First Insurance refund | 1229-000 | $527.38 |
| Sale of Remnant Assets to Oak Point Partners | 1229-000 | $5,000.00 |
| Unclaimed Funds | 1229-000 | $684.96 |
| Lawsuit against Chem-Tainer Industries, Inc. | 1241-000 | $17,300.00 |
| Lawsuit against Nevada Property 1, LLC | 1241-000 | $20,000.00 |
| Lawsuit against Shimmer Clothing, Inc. | 1241-000 | $6,001.09 |
| Lawsuit against THELAUNDRYLIST.COM, INC. | 1241-000 | $8,500.00 |
| Lawsuit against Venus Group, LLC | 1241-000 | $10,000.00 |
| Settlement with National Union Fire Insurance Co | 1249-000 | $500,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$996,052.09** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RD VII | 4210-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| 30 | MIDWEST COMMUNITY DEVELOPMENT FUND VII, L.L.C. C/O MATTHEW S. OKIN | 4110-000 | $8,052,998.00 | $8,052,998.94 | $135,000.00 | $135,000.00 |
| 33 | CITY OF NORTH LAS VEGAS ATTN CHRISTOPHER CRAFT | 4110-000 | $909,886.95 | $905,387.08 | $0.00 | $0.00 |
| 35 | RD VII Investments, LLC c/o Samuel Schwartz, Esq. Schwartz Flansburg, PLLC | 4110-000 | $10,535,935.00 | $10,535,935.00 | $10,535,935.00 | $573,910.52 |
| 38 | Clark County Assessor c/o Bankruptcy Clerk | 4110-000 | NA | $43,498.77 | $0.00 | $0.00 |
| 64 | MIDWEST COMMUNITY DEVELOPMENT FUND VII, L.L.C. C/O MATTHEW S. OKIN | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$19,498,819.95** | **$19,547,819.79** | **$10,680,935.00** | **$718,910.52** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Shelley D. Krohn | 2100-000 | NA | $53,052.60 | $53,052.60 | $53,052.60 |
| Trustee, Expenses - Shelley D. Krohn | 2200-000 | NA | $4,597.57 | $4,597.57 | $4,597.57 |
| Fees, United States Trustee | 2950-000 | NA | $1,625.00 | $1,625.00 | $1,625.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $8,144.09 | $8,144.09 | $8,144.09 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $4,797.57 | $4,797.57 | $4,797.57 |
| Attorney for Trustee Fees (Other Firm) - Schwartzer & McPherson Law Firm | 3210-000 | NA | $136,197.50 | $136,197.50 | $136,197.50 |
| Attorney for Trustee Expenses (Other Firm)  - Schwartzer & McPherson Law Firm | 3220-000 | NA | $10,432.79 | $10,432.79 | $10,432.79 |
| Accountant for Trustee Fees (Other Firm) - Paul M. Healey | 3410-000 | NA | $4,166.25 | $4,166.25 | $4,166.25 |
| Accountant for Trustee Fees (Other Firm) - QTS Payroll Services Inc. | 3410-000 | NA | $4,128.20 | $4,128.20 | $4,128.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$227,141.57** | **$227,141.57** | **$227,141.57** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Professional Fees - Icon Pac Nevada Owner Pool 3 Nevada, LLC | 6700-000 | NA | $50,000.00 | $50,000.00 | $50,000.00 |
| Prior Chapter Other Operating Expenses - Ecolab Inc. | 6950-000 | NA | $55,000.00 | $55,000.00 | $0.00 |
| Prior Chapter Other Operating Expenses - Ecolab Inc. c/o Kohner, Mann & Kailas, S.C. | 6950-000 | NA | $29,630.00 | $80,592.14 | $0.00 |
| Prior Chapter Other State or Local Taxes - State of Nevada Department of Taxation attn: Bankruptcy Section | 6820-000 | NA | $90,846.31 | $90,846.31 | $0.00 |
| Prior Chapter Trade Debt - UNITED CLEANERS SUPPLY, INC. | 6910-000 | NA | $109,150.76 | $0.00 | $0.00 |
| Attorney for Creditor's Committee Fees (Chapter 11) - Clark Hill PLLC fka Morris, Polich & Purdy | 6700-140 | NA | $108,563.92 | $108,563.92 | $0.00 |
| Attorney for D-I-P Fees - Larson & Zirzow LLC | 6210-160 | NA | $120,368.00 | $120,368.00 | $0.00 |
| Special Counsel Fees (Chapter 11) - Barnett & Associates | 6210-600 | NA | $5,942.50 | $5,942.50 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$569,501.49** | **$511,312.87** | **$50,000.00** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | Dept. of Empl, Training & Rehab Employment Security Division | 5100-000 | NA | $67.26 | $67.26 | $0.00 |
| 69 | Dept. of Empl, Training & Rehab Employment Security Division | 5800-000 | NA | $4,549.61 | $4,549.61 | $0.00 |
| 70 | Dept. of Empl, Training & Rehab Employment Security Division | 5800-000 | NA | $16,476.88 | $16,476.88 | $0.00 |
| N/F | Adelaida Garcia Jackson | 5600-000 | $2,273.92 | NA | NA | NA |
| N/F | Christopher A. Hamb | 5600-000 | $1,895.58 | NA | NA | NA |
| N/F | Christopher C. McLemore | 5600-000 | $3,100.38 | NA | NA | NA |
| N/F | D.W. Doc Wiener | 5600-000 | $10,223.05 | NA | NA | NA |
| N/F | D.W. Wiener | 5600-000 | $3,009.50 | NA | NA | NA |
| N/F | Dana D. Brown | 5600-000 | $2,396.48 | NA | NA | NA |
| N/F | Doc L. Wiener | 5600-000 | $5,175.48 | NA | NA | NA |
| N/F | Evangeline D. Drake | 5600-000 | $2,273.93 | NA | NA | NA |
| N/F | Hortnecia Toboada | 5600-000 | $2,250.92 | NA | NA | NA |
| N/F | Hourly Employes (384) (Average of $939.00 per Employee) | 5600-000 | $360,577.70 | NA | NA | NA |
| N/F | Jordan Goodrich | 5600-000 | $2,480.95 | NA | NA | NA |
| N/F | Katherine Marck | 5600-000 | $2,479.32 | NA | NA | NA |
| N/F | Lance D. Yamashita | 5600-000 | $2,686.34 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Linda Rayne | 5600-000 | $3,733.88 | NA | NA | NA |
| N/F | Michael Browne | 5600-000 | $2,115.18 | NA | NA | NA |
| N/F | Nevada Departmnet of Taxation | 5600-000 | $45,355.88 | NA | NA | NA |
| N/F | Olga Cardoza | 5600-000 | $3,105.29 | NA | NA | NA |
| N/F | Perry J. Pierce II | 5600-000 | $1,279.92 | NA | NA | NA |
| N/F | Robert E. Smith | 5600-000 | $6,802.42 | NA | NA | NA |
| N/F | Ron Kamakeeaina | 5600-000 | $221.90 | NA | NA | NA |
| N/F | Tracy Trelz | 5600-000 | $3,295.37 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$466,733.39** | **$21,093.75** | **$21,093.75** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JMAC Plumbing & Air Conditioning Attn: Managing Member | 7100-000 | $4,790.00 | $4,790.00 | $4,790.00 | $0.00 |
| 2 | McMaster-Carr Attn: Managing Member | 7100-000 | $2,878.22 | $2,878.22 | $2,878.22 | $0.00 |
| 3 | Curtis Steel Attn: Managing Member | 7100-000 | $1,696.97 | $2,498.10 | $2,498.10 | $0.00 |
| 4 | W.W. GRAINGER | 7100-000 | $672.41 | $1,873.08 | $1,873.08 | $0.00 |
| 5 | BRIAN COMENO | 7100-000 | NA | $6,000.00 | $6,000.00 | $0.00 |
| 6 | All Hose, Inc Attn: Managing Member | 7100-000 | $599.01 | $1,070.51 | $1,070.51 | $0.00 |
| 7 | C & L REFRIGERATION NEVADA LLC | 7100-000 | $3,315.23 | $3,825.72 | $3,825.72 | $0.00 |
| 8 | NEDCO SUPPLY | 7100-000 | $3,239.09 | $3,239.09 | $3,239.09 | $0.00 |
| 9 | STAHELI LAUNDRY | 7100-000 | $10,324.64 | $15,621.83 | $15,621.83 | $0.00 |
| 10 | CONSOLIDATED INTERNATIONAL CORPORATION PETER ATTARIAN | 7100-000 | $12,135.97 | $17,648.03 | $17,648.03 | $0.00 |
| 11 | H&E Equipment Services, Inc. c/o The Corp. Trust Co. of Nevada Resident Agent | 7100-000 | $19,596.84 | $19,596.84 | $19,596.84 | $0.00 |
| 12 | DESERT BOILERS & CONTROLS, INC | 7100-000 | NA | $795.48 | $795.48 | $0.00 |
| 13 | JL Linen Recovery Inc. | 7100-000 | $9,776.53 | $9,776.53 | $9,776.53 | $0.00 |
| 14 | Destination, L.A. Inc Attn: Managing Member | 7100-000 | $17,700.00 | $26,443.40 | $26,443.40 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| 15 | United Parcel Service | 7100-000 | NA | $24.05 | $24.05 | $0.00 |
|---|---|---|---|---|---|---|
| 16 | Internal Revenue Service Attn: Bankruptcy Dept/Managing Agent | 7100-000 | NA | $50,131.00 | $50,131.00 | $0.00 |
| 17 | Regent Apparel, Inc. Attn: John N. Miller | 7100-000 | $11,702.83 | $11,702.83 | $11,702.83 | $0.00 |
| 19 | Penske Truck Leasing Co., L.P. | 7100-000 | $72,153.00 | $67,694.48 | $45,490.32 | $0.00 |
| 20 | National Union Fire Insurance Company of Pittsburg Kevin J. Larner, Authorized Representati | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 21U | Ecolab Inc. c/o Kohner, Mann & Kailas, S.C. | 7100-000 | $122,810.00 | $93,180.25 | $93,180.25 | $0.00 |
| 22 | Baltic Linen Attn: Managing Member | 7100-000 | $922,348.94 | $978,999.32 | $978,999.32 | $0.00 |
| 23 | BEDSPREADS INC. BRENDA ANDERSON | 7100-000 | $37,387.15 | $53,218.65 | $53,218.65 | $0.00 |
| 24 | DTG LAS VEGAS, LLC c/o Goodkin & Lynch, LLP | 7100-000 | NA | $25,000.00 | $25,000.00 | $0.00 |
| 25 | Nevada Power Company dba NV Energy | 7100-000 | $34,009.38 | $49,869.56 | $49,869.56 | $0.00 |
| 26 | 13TH STREET PROPERTIES NORTH, LLC c/o Lars K. Evensen Holland & Hart LLP | 7100-000 | $9,814.65 | $0.00 | $0.00 | $0.00 |
| 27 | 13TH STREET PROPERTY, LLC c/o Lars K. Evensen Holland & Hart LLP | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 28 | D.W. "Doc" Wiener c/o Cohen Johnson | 7100-000 | $66,769.23 | $625,000.00 | $625,000.00 | $0.00 |
| 29 | UNITED CLEANERS SUPPLY, INC. | 7100-000 | $107,998.27 | $109,150.76 | $0.00 | $0.00 |
| 31 | TheLaundryList.com, Inc. Attn: Brian B. Cohen, President | 7100-000 | $304,048.59 | $319,347.00 | $319,347.00 | $0.00 |

| 32 | Jimmerson Hansen Attn: Managing Member | 7100-000 | $1,404.35 | $7,268.86 | $7,268.86 | $0.00 |
|---|---|---|---|---|---|---|
| 34 | Icon Pac Nevada Owner Pool 3, Nevada, LLC c/o Sylvester & Polednak, Ltd. | 7100-000 | NA | $902,179.93 | $902,179.93 | $0.00 |
| 36 | Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas c/o William M. Noall, Esq. Garman Turner Gordon LLP | 7100-000 | NA | $60,000.00 | $60,000.00 | $0.00 |
| 37 | CHEMTREAT, INC. | 7100-000 | $4,301.68 | $3,226.26 | $3,226.26 | $0.00 |
| 39 | STEP-SAVER TRANSPORTATION | 7100-000 | $10,324.64 | $8,035.29 | $8,035.29 | $0.00 |
| 40 | STEP-SAVER INC. | 7100-000 | NA | $637.06 | $637.06 | $0.00 |
| 41 | CHEM AQUA AKA NCH CORPORATION CREDIT DEPT | 7100-000 | $3,541.68 | $3,541.68 | $3,541.68 | $0.00 |
| 42 | CHEM-TAINER INDUSTRIES INC. | 7100-000 | $36,680.00 | $36,680.00 | $36,680.00 | $0.00 |
| 45 | GOLDEN STAR INC. | 7100-000 | $5,606.50 | $5,606.50 | $5,606.50 | $0.00 |
| 46 | Merrill Corporation | 7100-000 | NA | $65,897.55 | $65,897.55 | $0.00 |
| 47 | THERMAL ENGINEERING OF ARIZONA, INC. | 7100-000 | $13,291.70 | $15,670.46 | $15,670.46 | $0.00 |
| 48 | Dashee Miller c/o Richard Harris Law Firm | 7100-000 | NA | $100,000.00 | $100,000.00 | $0.00 |
| 49 | Roshunda Chovan Richard Harris Law Firm | 7100-000 | NA | $100,000.00 | $100,000.00 | $0.00 |
| 50 | H&E EQUIPMENT SERVICES, INC. | 7100-000 | NA | $9,954.58 | $9,954.58 | $0.00 |
| 51 | ANIL YALAMANCHI | 7100-000 | NA | $143,028.20 | $143,028.20 | $0.00 |

| 52 | DE LAGE LANDEN FINANCIAL SERVICES, INC KEN JONES, LITIGATION & RECOVERY | 7100-000 | $383.81 | $4,852.08 | $4,852.08 | $0.00 |
| 53 | W.W. GRAINGER | 7100-000 | NA | $1,873.08 | $0.00 | $0.00 |
| 54 | GOLDEN STAR INC. | 7100-000 | NA | $5,606.50 | $0.00 | $0.00 |
| 55U | Province, Inc. | 7100-000 | NA | $231,207.26 | $0.00 | $0.00 |
| 57 | SURPLUS SALT | 7100-000 | NA | $1,836.55 | $1,836.55 | $0.00 |
| 58 | JL LINEN RECOVERY, INC. | 7100-000 | $9,776.53 | $9,776.53 | $9,776.53 | $0.00 |
| 59 | PYRO COMBUSTION AND CONTROLS, INC. | 7100-000 | NA | $34,554.88 | $34,554.88 | $0.00 |
| 60 | AmTrust North America, Inc. on behalf of AmTrust Insurance Company of Kansas, Inc c/o Maurice Wutscher LLP | 7100-000 | $27,142.00 | $18,550.00 | $18,550.00 | $0.00 |
| 61 | AmTrust North America, Inc. on behalf of AmTrust Insurance Company of Kansas, Inc c/o Maurice Wutscher LLP | 7100-000 | NA | $39,137.00 | $39,137.00 | $0.00 |
| 62 | AmTrust North America, Inc. on behalf of AmTrust Insurance Company of Kansas, Inc c/o Maurice Wutscher LLP | 7100-000 | NA | $38,691.00 | $38,691.00 | $0.00 |
| 63 | CHEM-TAINER INDUSTRIES INC. | 7100-000 | $36,680.00 | $36,680.00 | $0.00 | $0.00 |
| 65 | JASON TRACY COMPLETELY CLEAN | 7100-000 | NA | $225.00 | $225.00 | $0.00 |
| 66 | CHEM-TAINER INDUSTRIES INC. | 7100-000 | NA | $36,680.00 | $0.00 | $0.00 |
| 67 | Bradshaw, Smith & Co., LLP Attn: Managing Member | 7200-000 | $27,163.79 | $33,993.92 | $33,993.92 | $0.00 |

| 68 | Imperial Textile Attn: Managing Member | 7200-000 | $1,428.21 | $4,031.68 | $4,031.68 | $0.00 |
|---|---|---|---|---|---|---|
| N/F | 13th Street Property, LLC Attn: Managing Member | 7100-000 | $9,814.65 | NA | NA | NA |
| N/F | AT&T Mobility Attn: Managing Member | 7100-000 | $274.99 | NA | NA | NA |
| N/F | Aflac Attn: Managing Member | 7100-000 | $473.88 | NA | NA | NA |
| N/F | All Hose, Inc. Attn: Managing Member | 7100-000 | $599.01 | NA | NA | NA |
| N/F | AmTrust Attn: Managing Member | 7100-000 | $27,142.00 | NA | NA | NA |
| N/F | AquaPerfect Attn: Managing Member | 7100-000 | $75.68 | NA | NA | NA |
| N/F | Automotive Workwear, Inc. Attn: Managing Member | 7100-000 | $947.54 | NA | NA | NA |
| N/F | BRE/Pac Nevada LLC c/o Sylvester & Polednak Attn: Allyson No | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Baltic Linen Attn: Managing Member | 7100-000 | $922,348.94 | NA | NA | NA |
| N/F | Bedspreads Inc. Attn: Managing Member | 7100-000 | $37,387.15 | NA | NA | NA |
| N/F | Bluehorse Corporation Attn: Aeknaten Bluehorse | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bluehorse Corporation Attn: Aeknaten Bluehorse | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bradshaw, Smith & Co., LLp Attn: Managing Member | 7100-000 | $27,163.79 | NA | NA | NA |
| N/F | C&L Refigeration AttnL Managing Member | 7100-000 | $3,315.23 | NA | NA | NA |
| N/F | Century Link Attn: Managing Member | 7100-000 | $23,102.33 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| N/F | Chem-Aqua Attn: Managing Member | 7100-000 | $3,541.68 | NA | NA | NA |
|-----|--------------------------------|----------|-----------|-----|-----|-----|
| N/F | Chem-Trainer Los Angeles Attn: Managing Member | 7100-000 | $36,680.00 | NA | NA | NA |
| N/F | Chem-Treat, Inc. Attn: Managing Member | 7100-000 | $4,301.68 | NA | NA | NA |
| N/F | City of North Las Vegas Attn: Managing Member | 7100-000 | $755,817.00 | NA | NA | NA |
| N/F | City of North Las Vegas-3460-06-0 Attn: Managing Member | 7100-000 | $726.38 | NA | NA | NA |
| N/F | City of North Las Vegas-3460-06-0 Attn: Managing Member | 7100-000 | $146,029.76 | NA | NA | NA |
| N/F | City of North Las Vegas-3462-06-6 Attn: Managing Member | 7100-000 | $7,313.81 | NA | NA | NA |
| N/F | Codale Electric Supply, Inc. Attn: Managing Agent | 7100-000 | $354.13 | NA | NA | NA |
| N/F | Cohen Johnson, LLC Attn: Managing Member | 7100-000 | $8,255.00 | NA | NA | NA |
| N/F | Concentra Attn: Managing Member | 7100-000 | $774.00 | NA | NA | NA |
| N/F | Consolidated Int'l Corp Attn: Managing Member | 7100-000 | $12,135.97 | NA | NA | NA |
| N/F | Consumers Pipe Attn: Managing Member | 7100-000 | $597.89 | NA | NA | NA |
| N/F | Curtis Steel Attn: Managing Member | 7100-000 | $1,696.97 | NA | NA | NA |
| N/F | D.W. Doc Wiener | 7100-000 | $66,769.23 | NA | NA | NA |
| N/F | De Lage Landen Financial Services, Inc Attn: Managing Member | 7100-000 | $383.81 | NA | NA | NA |

| N/F | Destination, L.A. Inc. Attn: Managing Member | 7100-000 | $17,700.40 | NA | NA | NA |
| N/F | Ecolab Attn: Managing Member | 7100-000 | $122,810.25 | NA | NA | NA |
| N/F | Elliot's Sewer and Drain Attn: Managing Member | 7100-000 | $1,060.00 | NA | NA | NA |
| N/F | Fashion Seal Healthcare Attn: Managing Member | 7100-000 | $2,333.22 | NA | NA | NA |
| N/F | First Insurance Funding Corp. Attn: Managing Member | 7100-000 | $12,329.08 | NA | NA | NA |
| N/F | Frugal Pest Control Attn: Managing Member | 7100-000 | $600.00 | NA | NA | NA |
| N/F | G&B Fence Attn: Managin Agent | 7100-000 | $1,080.00 | NA | NA | NA |
| N/F | GBS Linens Attn: Managing Member | 7100-000 | $144.35 | NA | NA | NA |
| N/F | Garnier Thiebaut Inc. Attn: Managing Member | 7100-000 | $11,376.00 | NA | NA | NA |
| N/F | Global Industrial Attn: Managing Member | 7100-000 | $2,380.41 | NA | NA | NA |
| N/F | Golden Star Attn: Managing Member | 7100-000 | $5,606.50 | NA | NA | NA |
| N/F | Grainger Attn: Managing Member | 7100-000 | $672.41 | NA | NA | NA |
| N/F | Health Plan of Nevada Attn: Managing Member | 7100-000 | $32,363.35 | NA | NA | NA |
| N/F | Henderson Electric Motors, Inc. Attn: Managing Member | 7100-000 | $4,953.89 | NA | NA | NA |
| N/F | Imperial Textile Attn: Managing Member | 7100-000 | $1,428.21 | NA | NA | NA |
| N/F | Inernational Fidelity Corp. Attn: Managing Agent | 7100-000 | $0.00 | NA | NA | NA |

| N/F | JL Linen Recovery Inc. Attn: Managing Member | 7100-000 | $9,776.53 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | JMAC Plumbing & Air Conditioning Attn: Managing Member | 7100-000 | $4,790.00 | NA | NA | NA |
| N/F | Jensen USA INC Attn: Managing Member | 7100-000 | $1,238.76 | NA | NA | NA |
| N/F | Jimmerson Hansen, P.C. Attn: Jim Jimmerson, Esq. | 7100-000 | $1,404.35 | NA | NA | NA |
| N/F | Lavatec Laundry Attn: Managing Member | 7100-000 | $2,620.16 | NA | NA | NA |
| N/F | Lawson Products Attn: Managing Member | 7100-000 | $442.18 | NA | NA | NA |
| N/F | Lowato Law Firm, P.C. Attn: Mario Lovato Esq. | 7100-000 | $51,206.82 | NA | NA | NA |
| N/F | Mara Hernandez c/o Cory J. Hilton, Esq. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Martin Harris Construction Attn: Managing Agent | 7100-000 | $0.00 | NA | NA | NA |
| N/F | McMaster-Carr Attn: Managing Member | 7100-000 | $2,878.22 | NA | NA | NA |
| N/F | Motion Industries, Inc. Attn: Managing Member | 7100-000 | $7,950.29 | NA | NA | NA |
| N/F | NEDCO IMC Attn: Managing Agent | 7100-000 | $3,239.09 | NA | NA | NA |
| N/F | NV Energy Attn: Managing Member | 7100-000 | $34,009.38 | NA | NA | NA |
| N/F | Nevada Crystal Premium Attn: Managing Agent | 7100-000 | $31.91 | NA | NA | NA |
| N/F | Nevada Department of Taxation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | New City IT Attn: Managing Member | 7100-000 | $50.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Office Plus of Nevada Attn: Managing Member | 7100-000 | $883.76 | NA | NA | NA |
| N/F | PWD Associates, Inc. d/b/a Red Rock Insulation c/o Marquiz L | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Parallon Attn: Managing Member | 7100-000 | $124,162.56 | NA | NA | NA |
| N/F | Penske Attn: Managing Member | 7100-000 | $72,153.69 | NA | NA | NA |
| N/F | Premier Dry Cleaning & Laundry Attn: Managing Member | 7100-000 | $5,775.90 | NA | NA | NA |
| N/F | Principal Financial Group Attn: Managing Member | 7100-000 | $4,034.04 | NA | NA | NA |
| N/F | Purvise Industries Attn: Managing Member | 7100-000 | $2,823.65 | NA | NA | NA |
| N/F | Red Manufacturing Co, Inc. Attn: Managing Member | 7100-000 | $12,160.37 | NA | NA | NA |
| N/F | Regent Apparel Attn: Managing member | 7100-000 | $11,702.83 | NA | NA | NA |
| N/F | SalesForce.com Inc. Attn: Managing Agent | 7100-000 | $1,560.00 | NA | NA | NA |
| N/F | Shimmer Clothing Company Attn:Managing member | 7100-000 | $160,037.82 | NA | NA | NA |
| N/F | Snell & Wilmer, L.L.P Attn: Managing Member | 7100-000 | $37,662.00 | NA | NA | NA |
| N/F | Southwest Gas Corporation Attn: Managing Member | 7100-000 | $57,411.47 | NA | NA | NA |
| N/F | Southwest Laundry Equipment LLC Attn: Managing Member | 7100-000 | $17,759.32 | NA | NA | NA |
| N/F | Sprint Attn: Managing Member | 7100-000 | $583.94 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Staheli Laundry Services, LLC Attn: Managing Member | 7100-000 | $10,324.64 | NA | NA | NA |
| N/F | Stepsaver, Inc. Attn: Managing Member | 7100-000 | $10,324.64 | NA | NA | NA |
| N/F | Suburban Propane Attn: Managing member | 7100-000 | $185.60 | NA | NA | NA |
| N/F | TPM Services LLC c/o Marc R. Bawden, Resident Agent | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Temprite Air Conditioning Attn: Managing Member | 7100-000 | $2,100.00 | NA | NA | NA |
| N/F | Thermal Engineering of Arizona Attn: Managing Member | 7100-000 | $13,291.70 | NA | NA | NA |
| N/F | Tingue Brown & Co Attn: Managing Member | 7100-000 | $19,736.09 | NA | NA | NA |
| N/F | Tracy Trelz c/o Lucas A. Grower, Esq. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | United Cleaners Supply, Inc. Attn: Managing Agent | 7100-000 | $107,998.27 | NA | NA | NA |
| N/F | United Healthcare Insurance Co. Attn: Bankruptcy Dept/Managi | 7100-000 | $0.00 | NA | NA | NA |
| N/F | University of Kentucky Attn: Managing Member | 7100-000 | $540.00 | NA | NA | NA |
| N/F | Velocity truck Rental & Leasing Attn: Managing Member | 7100-000 | $3,319.53 | NA | NA | NA |
| N/F | Venus Group Attn: Managing Member | 7100-000 | $73,280.15 | NA | NA | NA |
| N/F | Veritas Laboratories Attn: Managing Member | 7100-000 | $335.00 | NA | NA | NA |
| N/F | Windstream Attn: Managing Member | 7100-000 | $5,443.06 | NA | NA | NA |

| | | | |
|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | **$5,143,580.13** | **$4,458,796.58** | **$4,015,394.82** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.:   16-15388-MKN

Case Name:   SUPERIOR LINEN, LLC

**For Period Ending:**   11/23/2021

Trustee Name:   (480070) Shelley D. Krohn

**Date Filed (f) or Converted (c):**   08/21/2017 (c)

**§ 341(a) Meeting Date:**   09/20/2017

**Claims Bar Date:**   01/05/2018

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value**<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon.** | **Sale/Funds<br>Received by the<br>Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |
| 1 | DIP Account (u) | 0.00 | 450,000.00 | | 428,038.66 | FA |
| 2 | Unclaimed Funds (u) | 0.00 | 669.00 | | 684.96 | FA |
| 3 | First Insurance refund (u) | 0.00 | 527.38 | | 527.38 | FA |
| 4 | Settlement with National Union Fire Insurance Co (u)<br>Settlement approved per Order #619. ADV Case 17-01217 | 0.00 | 500,000.00 | | 500,000.00 | FA |
| 5 | A/R<br>All A/R are collateral for RDVII & therefore are not property of the estate. | 1,229,569.66 | | | 0.00 | FA |
| 6 | Potential Ch 5 Causes of Action (u)<br>Asset included in remnant sale to Oak Point Partners (Asset #20) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | ADV Case #17-01216 (u)<br>Complaint filed by unsecured creditor's committee. Dismissed by Shelley after she was appointed. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | ADV Case #17-01217 (u)<br>Filed prior to Shelley's appointment. 9019 Motion filed 11/2017. Approved in 02/2018. ADV Case dismissed and closed in 05/2018. Resulted in settlement - See Asset #4. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Lawsuit against Ecolab, Inc. (u)<br>ADV Case #18-01096. See ADV Order #14 for settlement and ADV Order #17 for dismissal. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Lawsuit against Chem-Tainer Industries, Inc. (u)<br>ADV Case #18-01097. Settled for $17,300 per Order #687 | 0.00 | 151,514.00 | | 17,300.00 | FA |
| 11 | Lawsuit against Bedspreads, Inc. (u)<br>ADV Case #18-01098. Dismissed adversary as defendant provided new value defense. Debtor owed defendant more than the preference amount. | 0.00 | 43,073.04 | | 0.00 | FA |
| 12 | Lawsuit against Baltic Linen Company, Inc. (closed) (u)<br>ADV Case #18-01099. Based upon Counsel's review of the defenses provided, they have sufficient defenses for the whole amounts claimed as a preference. ADV Case dismissed. | 0.00 | 123,668.30 | | 0.00 | FA |
| 13 | Lawsuit against THELAUNDRYLIST.COM, INC. (u)<br>ADV Case #18-01100. See Order #688 approving settlement | 0.00 | 77,000.00 | | 8,500.00 | FA |
| 14 | Lawsuit against Meese Inc. (closed) (u)<br>ADV Case #18-01101. Based upon Counsel's review of the defenses provided, they have sufficient defenses for the whole amounts claimed as a preference. ADV Case dismissed. | 0.00 | 127,366.38 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 2

Case No.:   16-15388-MKN

Case Name:   SUPERIOR LINEN, LLC

For Period Ending:   11/23/2021

Trustee Name:   (480070) Shelley D. Krohn

Date Filed (f) or Converted (c):   08/21/2017 (c)

§ 341(a) Meeting Date:   09/20/2017

Claims Bar Date:   01/05/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Lawsuit against Staheli Laundry Services, LLC (closed) (u)<br>ADV Case #18-01102. Based upon Counsel's review of the defenses provided, they have sufficient defenses for the whole amounts claimed as a preference. ADV Case dismissed. | 0.00 | 53,969.66 | | 0.00 | FA |
| 16 | Lawsuit against Shimmer Clothing, Inc. (u)<br>ADV Case #18-01103. See Order 712 approving settlement. | 0.00 | 143,468.00 | | 6,001.09 | FA |
| 17 | Lawsuit against United Cleaners Supply, Inc. (u)<br>ADV Case #18-01104<br>Provided evidence for ordinary course defense. Dismissing adversary case. | 0.00 | 41,598.81 | | 0.00 | FA |
| 18 | Lawsuit against Venus Group, LLC (u)<br>ADV Case #18-01105<br>Venus Group offered defenses of ordinary course and new value.<br>See Order #689 approving settlement | 0.00 | 109,114.44 | | 10,000.00 | FA |
| 19 | Lawsuit against Nevada Property 1, LLC (u)<br>ADV Case #18-01106 - See ADV Order #36 approving settlement, ECF Order #700 | 0.00 | 150,000.00 | | 20,000.00 | FA |
| 20 | Sale of Remnant Assets to Oak Point Partners (u)<br>See Order #722 approving remnant sale. | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 21 | Cash on Hand<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 1,000.00 | 0.00 | | 0.00 | FA |
| 22 | Nevada State Bank - Payroll Account #7114<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Nevada State Bank - Operating Acct #7106<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 28,146.53 | 0.00 | | 0.00 | FA |
| 24 | Nevada State Bank - Owner Acct #3197<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 25 | SECURITY DEPOSITS AND PREPAYMENTS - 13th Street Property, LLC security deposit for lease<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 25,000.00 | 0.00 | | 0.00 | FA |
| 26 | SECURITY DEPOSITS AND PREPAYMENTS - Ellsworth & Stout CPAs - accounting retainer<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 18,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  3

Case No.:   16-15388-MKN

Case Name:    SUPERIOR LINEN, LLC

**For Period Ending:**   11/23/2021

**Trustee Name:**    (480070) Shelley D. Krohn

**Date Filed (f) or Converted (c):**   08/21/2017 (c)

**§ 341(a) Meeting Date:**   09/20/2017

**Claims Bar Date:**   01/05/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=$554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | SECURITY DEPOSITS AND PREPAYMENTS - First Insurance Funding bus. insurance prepayment<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 18,412.27 | 0.00 | | 0.00 | FA |
| 28 | SECURITY DEPOSITS AND PREPAYMENTS - Larson & Zirzow, LLC general BK Counsel retainer<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 26,803.00 | 0.00 | | 0.00 | FA |
| 29 | SECURITY DEPOSITS AND PREPAYMENTS - BRE/PAC Nevada, LLC security deposit for lease<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 165,000.00 | 0.00 | | 0.00 | FA |
| 30 | SECURITY DEPOSITS AND PREPAYMENTS - Penske truck rental<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 32,500.00 | 0.00 | | 0.00 | FA |
| 31 | SECURITY DEPOSITS AND PREPAYMENTS - NV Energy<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 10,270.00 | 0.00 | | 0.00 | FA |
| 32 | INVENTORY - Linen, Uniforms & Terry<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | Unknown | 0.00 | | 0.00 | FA |
| 33 | Office Furniture<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 105,526.09 | 0.00 | | 0.00 | FA |
| 34 | Office Fixtures<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | Unknown | 0.00 | | 0.00 | FA |
| 35 | Office Equipment<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | Unknown | 0.00 | | 0.00 | FA |
| 36 | GMC Model P32 Single Axle Step Van<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 5,000.00 | 0.00 | | 0.00 | FA |
| 37 | 2012 Freightliner M2 Truck 26' (Leased)<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 38 | 2012 Freightliner M2 Truck 26' (Leased)<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 39 | 2011 International Durastar Truck 26' (Leased)<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 4

Case No.:  16-15388-MKN

Case Name:   SUPERIOR LINEN, LLC

**For Period Ending:**  11/23/2021

**Trustee Name:**   (480070) Shelley D. Krohn

**Date Filed (f) or Converted (c):**   08/21/2017 (c)

**§ 341(a) Meeting Date:**   09/20/2017

**Claims Bar Date:**   01/05/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 40 | 2013 Freightliner Cascadia Tractor Truck (Leased)<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 41 | 2011 Freightliner Cascadia Tractor Truck (Leased)<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 42 | 2012 Great Dane 53' Trailer Van (Leased)<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 43 | 2011 Great Dane 53' Trailer Van (Leased)<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 44 | Other Machinery/Fixtures/Equipment<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 1,395,000.00 | 0.00 | | 0.00 | FA |
| 45 | Real Property Lease - 125 S. 13th Street, LV, NV 89101<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 46 | Real Property Lease - 4501 Mitchell Street, NLV, NV<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 47 | www.superlinenlv.com<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 48 | LinenMaster - linen management & distribution software<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 49 | Business License - City of NLV No. 99418<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 50 | Business License - Clark County No. 20004654-081-102<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 51 | Quickbooks Accounting Software License<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 52 | Trade name: Superior Linen and Laundry Services<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 5

Case No.:  16-15388-MKN

Case Name:   SUPERIOR LINEN, LLC

For Period Ending:   11/23/2021

Trustee Name:   (480070) Shelley D. Krohn

Date Filed (f) or Converted (c):   08/21/2017 (c)

§ 341(a) Meeting Date:   09/20/2017

Claims Bar Date:   01/05/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 53 | Officer Loan to D.W. Doc Wiener<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 87,645.00 | 0.00 | | 0.00 | FA |
| 54 | No tax refund; Debtor is disregarded entity and thus any NOLs are passed through to its owners<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 55 | Claim against Icon Pac Nevada, LLC Case No. A723838<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | Unknown | 0.00 | | 0.00 | FA |
| 56 | Claim against PWD Associates, Case No. A723828<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | Unknown | 0.00 | | 0.00 | FA |
| 57 | Potential claim against Martin Harris Construction<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | Unknown | 0.00 | | 0.00 | FA |
| 58 | Potential claim against Ecolab for chemicals mismanagement resulting in loss of linens<br>Note: This is a different cause of action than Asset #9. Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | Unknown | 0.00 | | 0.00 | FA |
| 59 | Leasehold Improvements<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 369,979.82 | 0.00 | | 0.00 | FA |
| 60 | UNLV Basketball season tickets (partial payment)<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 5,000.00 | 0.00 | | 0.00 | FA |
| 61 | Accrued loss charges (linen losses owing from customers)<br>Disclosed on initial schedules filed as ECF 54. Asset did not exist at time of conversion to Chapter 7. | 74,100.00 | 0.00 | | 0.00 | FA |
| **61** | **Assets Totals (Excluding unknown values)** | **$3,596,952.37** | **$1,976,969.01** | | **$996,052.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/22/21: TFR submitted to UST. BD
hearing set for 9-23-21.  sk
9/27/21: Checks mailed to creditors. BD
11/23/21: TDR submitted to UST. BD

Initial Projected Date Of Final Report (TFR):   08/21/2019

Current Projected Date Of Final Report (TFR):   07/22/2021 (Actual)

## Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 16-15388-MKN | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|
| Case Name: | SUPERIOR LINEN, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9434 | Account #: | ******6900 Checking |
| For Period Ending: | 11/23/2021 | Blanket Bond (per case limit): | $64,226,286.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/25/17 | {1} | Superior Linen, LLC | DIP Account proceeds | 1229-000 | 417,926.97 | | 417,926.97 |
| 09/25/17 | {1} | Superior Linen, LLC | DIP Account proceeds | 1229-000 | 10,111.69 | | 428,038.66 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.08 | 427,956.58 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 656.58 | 427,300.00 |
| 11/09/17 | 101 | Icon Pac Nevada Owner Pool 3 Nevada, LLC | Sales proceeds per Settlement. See Order #563, 11/7/17 | 6700-000 | | 50,000.00 | 377,300.00 |
| 11/21/17 | {2} | State of Nevada | Unclaimed Funds | 1229-000 | 669.00 | | 377,969.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 590.92 | 377,378.08 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 524.70 | 376,853.38 |
| 01/16/18 | {3} | First Insurance Funding | Insurance Refund | 1229-000 | 527.38 | | 377,380.76 |
| 01/23/18 | 102 | Office of the United States Trustee | Payment of quarterly fees per Order #605, 12/14/17 | 2950-000 | | 1,625.00 | 375,755.76 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 596.63 | 375,159.13 |
| 02/26/18 | 103 | RD VII Investments, LLC | Funds paid per Order #618, 2/7/18 | 4110-000 | | 363,572.50 | 11,586.63 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 504.33 | 11,082.30 |
| 03/13/18 | 104 | Shelley D. Krohn | Portion of Trustee's 3% surcharge paid per Order #618, 2/7/18 | 2100-000 | | 10,000.00 | 1,082.30 |
| 03/23/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -2,955.24 | 4,037.54 |
| 03/28/18 | 105 | Shelley D. Krohn | Remaining portion of Trustee's 3% surcharge paid per Order #618, 2/7/18 | 2100-000 | | 2,841.16 | 1,196.38 |
| 03/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.00 | 1,156.38 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 336.84 | 819.54 |
| 04/02/18 | {4} | National Union Fire Insurance Co of Pittsburgh | Settlement Proceeds | 1249-000 | 500,000.00 | | 500,819.54 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 620.76 | 500,198.78 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 786.97 | 499,411.81 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 690.43 | 498,721.38 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 760.80 | 497,960.58 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 735.89 | 497,224.69 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 379.25 | 496,845.44 |
| 10/25/18 | 106 | QTS Payroll Services Inc. | Fees paid per Order #655, 10/15/18 | 3410-000 | | 4,128.20 | 492,717.24 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 446.63 | 492,270.61 |
| 02/12/19 | 107 | Paul M. Healey | Accountant fees paid per Order #676, 2/12/19 | 3410-000 | | 3,066.25 | 489,204.36 |

Page Subtotals: $929,235.04    $440,030.68

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15388-MKN | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|
| Case Name: | SUPERIOR LINEN, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9434 | Account #: | ******6900 Checking |
| For Period Ending: | 11/23/2021 | Blanket Bond (per case limit): | $64,226,286.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/20/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******8211 | Transition Debit to Metropolitan Commercial Bank acct 3910018211 | 9999-000 | | 489,204.36 | 0.00 |

|  |  | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 929,235.04 | 929,235.04 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 489,204.36 | |
| Subtotal | | 929,235.04 | 440,030.68 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $929,235.04 | $440,030.68 | |

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case No.:** | 16-15388-MKN |
| **Case Name:** | SUPERIOR LINEN, LLC |
| **Taxpayer ID #:** | **-***9434 |
| **For Period Ending:** | 11/23/2021 |

| | |
|---|---|
| **Trustee Name:** | Shelley D. Krohn (480070) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******8211 Checking Account |
| **Blanket Bond (per case limit):** | $64,226,286.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/20/19 | | Transfer Credit from Rabobank, N.A. acct ******6900 | Transition Credit from Rabobank, N.A. acct 5019796900 | 9999-000 | 489,204.36 | | 489,204.36 |
| 03/25/19 | {10} | Leavitt Legal Services, PC | Settlement with Chemtainer per Order #687 | 1241-000 | 17,300.00 | | 506,504.36 |
| 04/05/19 | {13} | Kogan Law Firm, APC | Settlement with thelaundrylist.com | 1241-000 | 8,500.00 | | 515,004.36 |
| 04/22/19 | {18} | Venus Group, Inc | Settlement with Venus Group per Order #689 | 1241-000 | 10,000.00 | | 525,004.36 |
| 08/20/19 | {19} | Nevada Property 1, LLC | Settlement with Nevada Property 1 per Order #700 | 1241-000 | 20,000.00 | | 545,004.36 |
| 08/21/19 | 1000 | RD VII | Payment made per settlement agreement - See Order #700, 7/29/19 | 4210-000 | | 10,000.00 | 535,004.36 |
| 09/23/19 | 1001 | Paul M. Healey | Accountant Fees Paid per Order #710, 9/20/19 | 3410-000 | | 500.00 | 534,504.36 |
| 10/03/19 | {16} | Cohen-Johnson, LLC | Settlement with Shimmer Clothing | 1241-000 | 6,001.09 | | 540,505.45 |
| 01/08/20 | {20} | Oak Point Partners | Proceeds from sale of estate remnant assets | 1229-000 | 5,000.00 | | 545,505.45 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 435.95 | 545,069.50 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 871.21 | 544,198.29 |
| 05/10/20 | 1002 | Schwartzer & McPherson Law Firm | Attorney's Fees paid per Order #733, 05/08/2020 | 3210-000 | | 113,662.50 | 430,535.79 |
| 05/10/20 | 1003 | Schwartzer & McPherson Law Firm | Attorney's Expenses paid per Order #733, 05/08/2020 | 3220-000 | | 9,669.59 | 420,866.20 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 768.54 | 420,097.66 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 716.23 | 419,381.43 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 692.66 | 418,688.77 |
| 08/11/20 | 1004 | Paul M. Healey | Accountant fees paid per Order #744, 08/07/2020 | 3410-000 | | 600.00 | 418,088.77 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 646.42 | 417,442.35 |
| 09/01/20 | {2} | State of Nevada | Unclaimed Funds | 1229-000 | 15.96 | | 417,458.31 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 711.79 | 416,746.52 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 666.11 | 416,080.41 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 642.87 | 415,437.54 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 730.48 | 414,707.06 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 642.44 | 414,064.62 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 619.39 | 413,445.23 |
| 05/21/21 | 1005 | Schwartzer & McPherson Law Firm | Attorney Fees Paid Per Order #792, 5/21/21 | 3210-000 | | 22,535.00 | 390,910.23 |
| 05/21/21 | 1006 | Schwartzer & McPherson Law Firm | Attorney Expenses Paid Per Order #792, 5/21/21 | 3220-000 | | 763.20 | 390,147.03 |

**Page Subtotals:**          **$556,021.41**          **$165,874.38**

# Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 16-15388-MKN | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|
| Case Name: | SUPERIOR LINEN, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9434 | Account #: | ******8211 Checking Account |
| For Period Ending: | 11/23/2021 | Blanket Bond (per case limit): | $64,226,286.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/15/21 | 1007 | MIDWEST COMMUNITY DEVELOPMENT FUND VII, L.L.C. | Funds paid per Order #793, 05/21/2021 | 4110-000 | | 130,000.00 | 260,147.03 |
| 06/15/21 | 1008 | Samuel Schwartz, Esq. | Funds paid to RD VII's Counsel per Order #793, 05/21/2021 | 4110-000 | | 37,500.00 | 222,647.03 |
| 06/17/21 | 1009 | MIDWEST COMMUNITY DEVELOPMENT FUND VII, L.L.C. | Funds paid per Order #793, 05/21/2021 | 4110-000 | | 5,000.00 | 217,647.03 |
| 09/27/21 | 1010 | Shelley D. Krohn | 16-15388 SUPERIOR LINEN, LLC Distribution payment - Dividend paid at 75.80% of $53,052.60; Claim # FEE; Filed: $53,052.60 | 2100-000 | | 40,211.44 | 177,435.59 |
| 09/27/21 | 1011 | Shelley D. Krohn | 16-15388 SUPERIOR LINEN, LLC Distribution payment - Dividend paid at 100.00% of $4,597.57; Claim # TE; Filed: $4,597.57 | 2200-000 | | 4,597.57 | 172,838.02 |
| 09/27/21 | 1012 | RD VII Investments, LLC c/o Samuel Schwartz, Esq. Schwartz Flansburg, PLLC | 16-15388 SUPERIOR LINEN, LLC Distribution payment - Dividend paid at 1.64% of $10,535,935.00; Claim # 35; Filed: $10,535,935.00 | 4110-000 | | 172,838.02 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 556,021.41 | 556,021.41 | $0.00 |
| Less: Bank Transfers/CDs | 489,204.36 | 0.00 | |
| Subtotal | 66,817.05 | 556,021.41 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $66,817.05 | $556,021.41 | |

# Form 2

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| Case No.: | 16-15388-MKN | Trustee Name: | Shelley D. Krohn (480070) |
| Case Name: | SUPERIOR LINEN, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9434 | Account #: | ******8211 Checking Account |
| For Period Ending: | 11/23/2021 | Blanket Bond (per case limit): | $64,226,286.00 |
| | | Separate Bond (if applicable): | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6900 Checking | $929,235.04 | $440,030.68 | $0.00 |
| ******8211 Checking Account | $66,817.05 | $556,021.41 | $0.00 |
| | $996,052.09 | $996,052.09 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)